# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| TESCO CORPORATION § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. H-08-2531 |
| § | |
| v. § | |
| § | |
| WEATHERFORD INTERNATIONAL, INC.; § | JURY TRIAL DEMANDED |
| NATIONAL OILWELL VARCO, L.P.; § | |
| OFFSHORE ENERGY SERVICES, INC.; and § | |
| FRANK'S CASING CREW AND RENTAL | |
| TOOLS, INC. | |
| | |
| Defendants. | |

## CERTIFICATE OF INTERESTED PARTIES

Plaintiff Tesco Corporation certifies that the following is a complete list, to the best of its knowledge, of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities that are financially interested in the outcome of this litigation. Pursuant to the Court's order regarding disclosure of interested parties, each of the corporations underlined below are publicly traded.

Plaintiff:      <u>Tesco Corporation</u>

Defendants:  <u>Weatherford International, Inc.</u>
National Oilwell Varco, L.P.
Offshore Energy Services, Inc.
Frank's Casing Crew and Rental Tools, Inc.

Respectfully submitted this 3rd day of September, 2008.

        */s/ John F. Luman III*
Glenn A. Ballard, Jr.
Attorney-in-Charge
State Bar No. 01650200
John F. Luman III
State Bar No. 00794199
Andrew W. Zeve
State Bar No. 24042209

Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 - Telephone
(713) 221-1212 – Facsimile

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel of record pursuant to the Federal Rules of Civil Procedures via the Court's electronic filing service unless the Court record indicates other means of service on the 3rd day of September, 2008.

        */s/ John F. Luman III*
John F. Luman III