IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TESCO CORPORATION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | CIVIL ACTION NO. H-08-2531 |
| v. | § | |
| | § | |
| **WEATHERFORD INTERNATIONAL,** | § | |
| **INC., et al.** | § | JURY TRIAL DEMANDED |
| | § | |
| **Defendants.** | § | |

## WEATHERFORD INTERNATIONAL, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Defendant, Weatherford International, Inc., files this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, and states the following:

Defendant, Weatherford International, Inc., is a wholly-owned indirect subsidiary of Weatherford International Ltd., a publicly held corporation.

Defendant, Weatherford International, Inc., certifies that the following entities are financially interested in the outcome of this litigation.  Pursuant to the Court's August 19, 2008 order, publicly traded corporations are underlined:

    Plaintiff:

        <u>Tesco Corporation</u>

    Defendants:

        Weatherford International, Inc.
        <u>Weatherford International, Ltd.</u>
        National Oilwell Varco, L.P.
        <u>Offshore Energy Services, Inc.</u>
        Frank's Casing Crew & Rental Tools, Inc.

Dated: September 29, 2008    Respectfully submitted,

/s/ Paul E. Krieger
Paul E. Krieger
Texas Bar No. 11726470
Lucas T. Elliot
Texas Bar No. 06534150
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4200
Houston, Texas   77002
Tel:  (713) 890-5000
Fax:  (713) 6890-5001

Counsel for Defendant,
**WEATHERFORD INTERNATIONAL, INC.**

Of counsel:

Thomas R. Davis
Morgan, Lewis & Bockius LLP
1717 Main Street, Suite 3200
Dallas, Texas  75201
Tel: (214) 466-4000
Fax: (214) 466-4001

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2008, a copy of the foregoing document was filed electronically with the clerk of the court for the U. S. District Court, Southern District of Texas, Houston Division, using the electronic case filing system of the court.  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.

/s/  Paul E. Krieger
Paul E. Krieger