IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TESCO CORPORATION,** § | | **C.A. NO. H-08-2531** |
| Plaintiff, § | | |
| § | | |
| vs. § | | |
| § | | |
| **WEATHERFORD INTERNATIONAL,** § | | **JURY DEMANDED** |
| **INC., NATIONAL OILWELL VARCO,** § | | |
| **L.P., OFFSHORE ENERGY SERVICES,** § | | |
| **INC., AND FRANK'S CASING CREW** § | | |
| **AND RENTAL TOOLS, INC.,** § | | |
| Defendants. § | | |

**DEFENDANTS NATIONAL OILWELL VARCO, L.P. AND
FRANK'S CASING CREW AND RENTAL TOOLS, INC.'S
CERTIFICATE OF INTERESTED PARTIES**

Defendants National Oil Well Varco, L.P. ("National") and Frank's Casing Crew and Rental Tools, Inc. ("Frank's") certify that the following is a complete list, to the best of their knowledge, of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities that are financially interested in the outcome of this litigation. Pursuant to the Court's order regarding disclosure of interested parties, each of the corporations underlined below are publicly traded.

**INTERESTED PARTIES ON BEHALF OF PLAINTIFF**

1. Tesco Corporation

**INTERESTED PARTIES ON BEHALF OF DEFENDANTS**

1. Weatherford International, Inc.

2. National Oilwell Varco, L.P. is a Delaware Limited Partnership headquartered in Houston, Texas and is a wholly owned subsidiary of National Oilwell Varco, Inc., a

Delaware corporation. Common shares of National Oilwell Varco, Inc. are traded on the New York Stock Exchange under the symbol "NOV."

3. Offshore Energy Services, Inc.

4. Frank's Casing Crew and Rental Tools, Inc.

Defendants National and Frank's reserve the right to amend and/or supplement this Certificate of Interested Parties during the pendency of this litigation.

Dated: September 30, 2008

Respectfully submitted,

/s/ Robert M. Bowick
Robert M. Bowick
Attorney-in-Charge
Texas Bar No. 24029932
Federal I.D. 28377
MATTHEWS, LAWSON & BOWICK, PLLC
2000 Bering Dr., Suite 700
Houston, Texas 77057
Tel: (713) 355-4200
Fax: (713) 355-9689
Email: rbowick@matthewsfirm.com

**ATTORNEYS FOR DEFENDANTS / COUNTER PLAINTIFFS NATIONAL OILWELL VARCO, L.P. AND FRANK'S CASING CREW AND RENTAL TOOLS, INC.**

**CERTIFICATE OF SERVICE**

Pursuant to LR5.3 of the Local Rules for the United States District Court for the Southern District of Texas, I certify that a true and correct copy of the foregoing instrument has been served on September 30, 2008, on all counsel of record who have consented to electronic notification via CM/ECF through the United States District Court for the Southern District of Texas listed below:

Glenn A. Ballard, Jr.
Texas Bar No. 01650200
John F. Luman, III
Texas Bar No. 00794199

Andrew W. Zeve
Texas Bar No. 24042209
BRACEWELL & GUILIANI, LLP
711 Louisiana St., Suite 2300
Houston, Texas 77002
Tel:  (713) 221-1596
Fax:  (713) 221-1212
Email:   glenn.ballard@bracewellguiliani.com
            john.luman@bracewellguiliani.com
            andrew.zeve@bracewellguiliani.com
ATTORNEYS FOR PLAINTIFF TESCO CORPORATION

C. James Bushman
Texas Bar No. 03503000
Loren G. Helmreich
Texas Bar No. 09399700
BROWNING BUSHMAN, P.C.
5718 Westheimer, Suite 1800
Houston, Texas 77057
Tel:  (713) 266-5593
Fax:  (713) 266-5169
Email:  jbushman@browningbushman.com
           lhelmreich@browningbushman.com
ATTORNEYS FOR DEFENDANT OFFSHORE ENERGY SERVICES, INC.

Paul E. Krieger
Texas Bar No. 11726470
Lucas T. Elliot
Texas Bar No. 06534150
MORGAN, LEWIS & BOCKIUS, LLP
1000 Louisiana St., Suite 4200
Houston, Texas 77002
Tel:  (713) 890-5000
Fax:  (713) 890-5001
Email: pkrieger@morganlewis.com
           lelliot@morganlewis.com

and

Thomas R. Davis
Texas Bar No. 24055384
MORGAN, LEWIS & BOCKIUS, LLP
1717 Main St., Suite 3200
Dallas, Texas 75201
Tel:  (214) 466-4000

Fax:  (214) 466-4001
Email:  tdavis@morganlewis.com
ATTORNEYS FOR DEFENDANT WEATHERFORD INTERNATIONAL, INC.

/s/ Robert M. Bowick
Robert M. Bowick