IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TESCO CORPORATION,<br>    Plaintiff,<br><br>vs.<br><br>WEATHERFORD INTERNATIONAL,<br>INC., NATIONAL OILWELL VARCO,<br>L.P., OFFSHORE ENERGY SERVICES,<br>INC., AND FRANK'S CASING CREW<br>AND RENTAL TOOLS, INC.,<br>    Defendants. | §<br>§<br>§   Civil Action No. H-08-2531<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER FOR PARTIAL
## DISMISSAL OF COUNTERCLAIM

On consideration of the Stipulation for Partial Dismissal of Counterclaim filed by plaintiff, Tesco Corporation, and defendant, National Oilwell Varco, L.P. ("National"), National's counterclaim for infringement of U.S. Patent No. 7,096,977 shall be and is hereby dismissed, without prejudice.

Signed this 13th day of November, 2008.

Hon. Keith P. Ellison
United States District Judge