IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TESCO CORPORATION, | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| WEATHERFORD INTERNATIONAL, | § | |
| INC.; NATIONAL OILWELL VARCO, | § | Civil Action No. H-08-2531 |
| L.P.; OFFSHORE ENERGY SERVICES, | § | |
| INC.; and FRANK'S CASING CREW AND | § | |
| RENTAL TOOLS, INC., | § | |
|     Defendants. | § | |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Tesco Corporation ("Tesco"), pursuant to Rule 3 of the Federal Rules of Appellate Procedure, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Court's Memorandum and Order, dated December 6, 2012 (Dkt. No. 821)("Final Order"), granting Frank's Post-Trial Motion for Summary Judgment on Obviousness Based Upon Tesco Prior Art Brochures (Dkt. No. 713) and granting NOV and OES's Motion for Summary Judgment of Patent Invalidity Pursuant to 35 U.S.C. § 103(a) Obviousness (Dkt. No. 723), and from all other dispositive orders and rulings now that all pending matters have been ruled upon by the Court, including without limitation the Order dated November 11, 2012 (Dkt. No. 808) denying Tesco's Motion for Entry of Judgment on the Verdict as a Matter of Law, or Alternatively, Motion for Summary Judgment (Dkt. No. 711), and the Memorandum and Order dated August 5, 2010 (Dkt. No. 317) granting in-part Defendants' Motion for Partial Summary Judgment Limiting Liability Due to Plaintiff Tesco's Failure to Mark Pursuant to § 287(A) of the Patent Act (Dkt. No. 202).

Respectfully submitted,

BRACEWELL & GIULIANI LLP


By:  */s/ Glenn A. Ballard, Jr.*
     Glenn A. Ballard, Jr.
     Attorney-in-Charge
     State Bar No. 01650200
     John F. Luman III
     State Bar No. 00794199

711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
Telephone:  (713) 223-2300
Telecopy:    (713) 221-1212

**ATTORNEYS FOR PLAINTIFF**


## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record via the Court's electronic filing system pursuant to the Federal Rules of Civil Procedure on the 21st day of December, 2012.


     */s/ Glenn A. Ballard, Jr.*
     Glenn A. Ballard, Jr.