# EXHIBIT 2

**Page 1**

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
                   HOUSTON DIVISION


         _____

 TESCO CORPORATION,         ) C.A. NO. H-08-2531
      Plaintiff,            )
                            )
 vs.                        )
                            )
 WEATHERFORD INTERNATIONAL, )
 INC., NATIONAL OILWELL VARCO, )
 L.P., OFFSHORE ENERGY SERVICES, )
 INC., AND FRANK'S CASING CREW )
 AND RENTAL TOOLS, INC.,    )
      Defendants.           )

         _____

 Video deposition of KEITH EVERT BEIERBACH taken
 at the offices of Gowling Lafleur Henderson LLP,
 Calgary, Alberta, on the 13th day of January,
 2010.
         _____
```

**Page 2**

APPEARANCES:

J.F. Luman, III, and       For the Plaintiff/
M.Z. Fowler                Counter Defendant
Bracewell & Giuliani, LLP  Tesco Corporation
Suite 2300                 and Evert Beierbach
711 Louisiana Street
Houston, Texas
(713) 221-2300

P.E. Krieger               For the Defendant/
Morgan, Lewis &            Counter Plaintiff
Bockius, LLP               Weatherford
Suite 4200                 International, Inc.
1000 Louisiana Street
Houston, Texas
(713) 890-5000

R.M. Bowick                For the Defendants/
Matthews, Lawson &         Counter Plaintiffs
Bowick, PLLC               National Oilwell Varco,
Suite 700                  L.P. and Frank's
2000 Bering Drive          Casing Crew and Rental
Houston, Texas             Tools, Inc.
(713) 355-4200

**Page 3**

J.W. Raley, III            For the Defendants/
Cooper & Scully, P.C.      Counter Plaintiffs
Suite 3850                 National Oilwell Varco,
700 Louisiana Street       L.P. and Frank's
Houston, Texas             Casing Crew and Rental
(713) 236-6801             Tools, Inc.


C. Creaven                 For the Defendant/
National Oilwell           Counter Plaintiff
Varco, L.P.                National Oilwell Varco
7909 Parkwood Circle Dr.   L.P.
Houston, Texas
(713) 375-3700

C.J. Bushman               For the Defendant/
Browning Bushman, P.C.     Counter Plaintiff
Suite 1800                 Offshore Energy
5718 Westheimer            Services, Inc.
Houston, Texas
(713) 266-5593

K. Schumann, CSR(A)        Court Reporter
Dicta Court Reporting Inc.
610, 706-7 Avenue S.W.
Calgary, Alberta          (403) 531-0590

**Page 4**

(PROCEEDINGS COMMENCED AT 9:41 AM)

THE VIDEOGRAPHER:   Tape is rolling. Time on the monitor shows 9:41:22 Mountain Standard Time. The date is the January 13th, 2010. This is the deposition of Mr. Keith Evert, and the last name is Beierbach. My name is Chris Cozea. We are in Calgary, Alberta, Canada. Madam Court Reporter's name is Karoline Schumann.

And would the counsel present here present themselves, please.

MR. BOWICK:   Okay, Robert Bowick and John Raley for defendant National Oilwell Varco.

MR. CREAVEN:   Cormac Creaven, in-house counsel, National Oilwell Varco.

MR. BUSHMAN:   Jim Bushman representing Offshore Energy Services.

MR. KRIEGER:   Paul Krieger representing Weatherford International, Inc.

MR. FOWLER:   Mateo Fowler, Bracewell & Giuliani, representing Tesco Corporation.

MR. LUMAN:   John Luman of Bracewell & Giuliani, representing Tesco Corporation.

THE VIDEOGRAPHER:   Thank you very much, indeed. Karoline ...

KEITH EVERT BEIERBACH, Affirmed:

### 137

1  A  Which claim now?
2  Q  Claim number 4.
3     MR. LUMAN:          Is there a question, or
4     are we just reading?
5  Q  MR. BOWICK:         Does the Claim 4 refer to
6     a channel key?
7     MR. LUMAN:          Objection to form.
8     OBJECTION TO QUESTION
9  A  It refers to a channel key.
10 Q  MR. BOWICK:         Look at Claim 11, next
11    page. It's referring to an anti-rotation device?
12    MR. LUMAN:          Objection to form.
13    OBJECTION TO QUESTION
14 Q  MR. BOWICK:         Does it not?
15    MR. LUMAN:          Objection to form.
16    OBJECTION TO QUESTION
17 Q  MR. BOWICK:         Claim 12?
18 A  I haven't answered the question for Claim 11 yet.
19 Q  Okay.
20 A  So, yes.
21 Q  And Number 12 talks about an anti-rotation
22    bracket extending from the top drive.
23    MR. LUMAN:          Objection to form.
24    OBJECTION TO QUESTION
25 A  Yes.

### 138

1  Q  MR. BOWICK:         And you took these
2     pictures that are shown in this brochure at
3     Exhibit 65, correct?
4  A  I believe so.
5  Q  And those pictures had to have been taken I think
6     you said it was at that January 2002 Chevron job,
7     correct?
8  A  Correct.
9  Q  And on that job, this pipe engaging apparatus
10    included an anti-rotation device?
11    MR. LUMAN:          Objection to form.
12    OBJECTION TO QUESTION
13 Q  MR. BOWICK:         Is that true?
14 A  It did include an anti-rotation device, yes.
15 Q  And a device that I think you referred to in your
16    patent as a channel key?
17 A  A similar device.
18 Q  And it fits into a slot that extends from the top
19    drive, correct?
20    MR. LUMAN:          Objection to form.
21    OBJECTION TO QUESTION
22 A  That's correct.
23 Q  MR. BOWICK:         And you didn't tell the
24    patent office about these pictures or this
25    brochure, did you?

### 139

1     MR. LUMAN:          Objection to form.
2     OBJECTION TO QUESTION
3  A  Not that I'm aware of.
4  Q  MR. BOWICK:         But Tesco was using this
5     in January 2002, "this" being the channel key,
6     with a pipe engaging apparatus?
7     MR. LUMAN:          Objection to form.
8     OBJECTION TO QUESTION
9  A  A version or a similar thing.
10 Q  MR. BOWICK:         And you didn't feel the
11    need to tell the patent office about it?
12    MR. LUMAN:          Objection to form.
13    OBJECTION TO QUESTION
14 A  I don't know. I guess not.
15 Q  MR. BOWICK:         Why not?
16 A  Because I didn't think it was -- didn't think it
17    was material or relevant.
18 Q  It's certainly part of your invention, is it not?
19    MR. LUMAN:          Objection to form.
20    OBJECTION TO QUESTION
21 A  What is?
22 Q  MR. BOWICK:         The channel key.
23 A  The channel key -- or a channel key is a part of
24    our invention.
25 Q  And you had publicly used a channel key more than

### 140

1     a year before you filed for the 443 patent, did
2     you not?
3     MR. LUMAN:          Objection to form.
4     OBJECTION TO QUESTION
5  A  Wasn't more than a year.
6  Q  MR. BOWICK:         These pictures you said
7     were taken in January 2002 on that Chevron job.
8  A  Right.
9  Q  Your patent was filed November 10, 2003. Doing
10    the math, it's about a year and 11 months, almost
11    two years.
12 A  Okay, so what's the question?
13 Q  So you had publicly used a channel key more than
14    a year before you filed your patent, correct?
15    MR. LUMAN:          Objection to form.
16    OBJECTION TO QUESTION
17 A  A different form, but a form of channel key.
18 Q  MR. BOWICK:         How was it different?
19 A  The piece that goes into the channel is attached
20    to the actuator directly rather than being a part
21    of the link hanger.
22 Q  And the link hanger is sometimes called a
23    bracket?
24 A  Maybe.
25 Q  Look at your 443 patent, I think you use the term