

# Akin Gump
### Strauss Hauer & Feld LLP

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1251795 |
| Invoice Date | 04/22/09 |
| Client Number |  |
| Matter Number | |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Tkpr | Hours | Value |
|---|---|---|---|



FRANK'S CASING CREW AND RENTAL TOOLS, IN
Invoice Number: 1251795

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|---|-------|
| 03/31/09 | Duplication - In House | $6.80 |
| | Current Expenses | $6.80 |

**Total Amount of This Invoice**



FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1256965 |
| Invoice Date | 05/21/09 |
| Client Number |  |
| Matter Number | |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Tkpr | Hours | Value |
|---|---|---|---|



| Date | Tkpr | | Hours | Value |
|------|------|--|-------|-------|

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|--|-------|
| 04/03/09 | Document Image Printing   233 pages; black and white print job requested by M. Mingo. | 23.30 |
| 04/15/09 | Document Image Printing   138 pages; black & white print job requested M. Mingo. | 13.80 |
| 04/30/09 | Duplication - In House | $175.80 |

Current Expenses



FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1262109 |
| Invoice Date | 06/24/09 |
| Client Number |  |
| Matter Number | |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Tkpr | Hours | Value |
|---|---|---|---|



| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|



FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|---|-------|
| 05/06/09 | Document Image Printing   777 pages; black & white print job requested by A. Ludwig. | 77.70 |
| 05/22/09 | Document Image Printing   616 pages; black & white print job requested by L Marlin | 61.60 |
| 05/31/09 | Duplication - In House | $459.60 |

Current Expenses

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

■■■■■■■ Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN:  BRIAN BAIRD, ESQ.,  GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX  77042

| | |
|---|---|
| Invoice Number | 1265171 |
| Invoice Date | 07/17/09 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
| --- | --- | --- |
| 06/04/09 | Document Image Printing   1,233 pages; black & white print job requested by S. Davis | 123.30 |
| 06/30/09 | Duplication - In House | $409.00 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**



# AKIN GUMP
## STRAUSS HAUER & FELD LLP

■■■■■■■■■■ Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1271065 |
| Invoice Date | 08/21/09 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|------|-------|
| 06/25/09 | Document Image Printing   116 pages; black & white print job requested by L. Marlin | 11.60 |
| 06/25/09 | Document Image Printing   282 pages; black & white print job requested by L. Marlin | 28.20 |
| 07/06/09 | Document Image Printing   8 pages; black & white print job requested by L. Marlin | 0.80 |
| 07/09/09 | Document Image Printing   306 pages; black & white print job requested by L. Marlin | 30.60 |
| 07/13/09 | Document Image Printing   793  pages; black & white print job requested by L. Marlin | 79.30 |
| 07/16/09 | Document Image Printing   260 pages; black & white print job requested by L. Marlin | 26.00 |
| 07/17/09 | Document Image Printing   152  pages; black & white print job requested by L. Marlin | 15.20 |



| 07/31/09 | Duplication - In House | $431.40 |
| 07/31/09 | Postage | $4.81 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**

# AKIN GUMP
## STRAUSS HAUER & FELD LLP

Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1274245 |
| Invoice Date | 09/15/09 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|---|-------|
| 07/30/09 | Document Image Printing  147 pages; black & white print job requested by L. Marlin | 14.70 |
| 07/30/09 | Document Image Printing  82 pages; black & white print job requested by L. Marlin | 8.20 |
| 08/13/09 | Document Image Printing  194 pages; black & white print job requested by S. Davis | 19.40 |
| 08/13/09 | Document Image Printing  161 pages; black & white print job requested by S. Davis | 16.10 |
| 08/18/09 | Document Image Printing  280 pages; black & white print job requested by L. Marlin | 28.00 |
| 08/20/09 | Document Image Printing  72 pages; black & white print job requested by L. Marlin | 7.20 |
| 08/20/09 | Document Image Printing  75 pages; black & white print job requested by L. Marlin | 7.50 |
| 08/21/09 | Document Image Printing  3,360 pages; black & white print job requested by S. Davis | 336.00 |
| 08/21/09 | Document Image Printing  220 pages; black & white print job requested by L. Marlin | 22.00 |
| 08/26/09 | Document Image Printing  233 pages; black & white print job requested by L. Marlin | 23.30 |
| 08/26/09 | Document Image Printing  70 pages; black & white print job requested by L. Marlin | 7.00 |
| 08/26/09 | Document Image Printing  315 pages; black & white print job requested by L. Marlin | 31.50 |
| 08/26/09 | Document Image Printing  250 pages; black & white print job requested by L. Marlin | 25.00 |
| 08/31/09 | Duplication - In House | $470.80 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**





# Akin Gump
## Strauss Hauer & Feld LLP

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX  77042

| | |
|---|---|
| Invoice Number | 1278837 |
| Invoice Date | 10/09/09 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|------|------|
| 08/31/09 | Document Image Printing   142 pages; black & white print job requested by R. Safiullah | 14.20 |
| 09/01/09 | Document Image Printing   313 pages; black & white print job requested by L. Marlin | 31.30 |
| 09/02/09 | Document Image Printing   119 pages; black & white print job requested by S. Davis | 11.90 |
| 09/17/09 | Document Image Printing   217 pages; black & white print job requested by R. Safiullah | 21.70 |



| | | |
|------|------|------|
| 05/29/09 | Professional Fees - Miscellaneous   VENDOR: IGNITED SOLUTIONS LLC; INVOICE#: 5128; DATE: 5/29/2009 | 651.66 |
| 09/30/09 | Professional Fees - Miscellaneous   VENDOR: DIGITAL LEGAL SERVICES-TX, LLC(03-048992; INVOICE#: 11248; DATE: 9/30/2009 | 31,738.90 |
| 07/14/09 | Audio and Web Conference Services   VENDOR: AT&T TELECONFERENCE SERVICES INVOICE#: AUG090010761500001 DATE: 8/1/2009 Multi-office omnibus teleconference invoice. Account# 00107615-00001 | 13.88 |

| | | |
|------|------|------|
| 09/08/09 | Transcripts   For Motion Hearing (9/2/09) VENDOR: JEANETTE BYERS; INVOICE#: JE090809; DATE: 9/8/2009 | 18.00 |
| 09/30/09 | Duplication - In House | $291.60 |
| 09/30/09 | Postage | $36.13 |

Current Expenses

**Total Amount of This Invoice**



# AKIN GUMP
# STRAUSS HAUER & FELD LLP

■ Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1283772 |
| Invoice Date | 11/12/09 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|---|-------|
| 09/28/09 | Document Image Printing   30 pages; black & white print job requested by S. Sutherland | 3.00 |
| 09/28/09 | Document Image Printing   120 pages; black & white print job requested by S. Sutherland | 12.00 |
| 09/28/09 | Document Image Printing   30 pages; black & white print job requested by S. Sutherland | 3.00 |
| 09/30/09 | Document Image Printing   12 pages; black & white print job requested by L. Marlin | 1.20 |
| 09/30/09 | Document Image Printing   53 pages; black & white print job requested by L. Marlin | 5.30 |
| 09/30/09 | Document Image Printing   12 pages; black & white print job requested by L. Marlin | 1.20 |

| | | |
|---|---|---|
| 09/30/09 | Document Image Printing   53 pages; black & white print job requested by L. Marlin | 5.30 |
| 10/20/09 | Document Image Printing   116 pages; black & white print job requested by L. Marlin | 11.60 |
| 10/09/09 | Professional Fees - Miscellaneous   VENDOR: DIGITAL LEGAL SERVICES-TX, LLC(03-048992; INVOICE#: 11267; DATE: 10/9/2009 | 379.50 |
| 10/31/09 | Duplication - In House | $471.20 |
| 10/31/09 | Postage | $5.32 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**



# AKIN GUMP
# STRAUSS HAUER & FELD LLP

■■■■■■■ Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1287008 |
| Invoice Date | 12/01/09 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|------|------|
| 10/28/09 | Document Image Printing   17 pages; black & white print job requested by S. Sutherland | 1.70 |
| 11/09/09 | Document Image Printing   16 pages; black & white print job requested by S. Sutherland | 1.60 |
| 10/31/09 | Miscellaneous   VENDOR: IRON MOUNTAIN; INVOICE#: BAA5429; DATE: 10/31/2009 | 25.51 |
| 11/23/09 | Duplication - In House | $120.80 |
| 11/23/09 | Postage | $1.90 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**




**ignited** DISCOVERY

2020 14th St. N
Suite 720
Arlington, VA 22201
800.690.8690
www.ignteddiscovery.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/29/2009 | 5128 |

**RECEIVED BY**

SEP 0 2 2009

**Bill To**
Akin Gump Strauss Hauer & Feld
ATTN: Accounts Payable
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

Account

**Deliver To**
Akin Gump Strauss Hauer & Feld
ATTN: Mike Morse
1111 Louisiana Street, 44th Floor
Houston, TX 77002-5200

| Client Matter | Case Name | Case Requestor | Terms | Due Date | Rep | Ignited Job ID |
|---------------|-----------|----------------|-------|----------|-----|----------------|
| | Franks Casing/... | LHewitt, ALudwig,... | Net 30 | 6/28/2009 | RK | 1086_1257 |

| Quantity | Item | Description | Unit Price | Amount |
|----------|------|-------------|------------|--------|
| 0.666 | TIFF Conversion | TIFF Conversion | 950.00 | 632.70 |
| 632 | OCR | OCR (Documents not containing extracted text) | 0.03 | 18.96 |
| | | Case Name: | | |
| | | Frank's Casing / Weatherford / TESCO | | |
| | | Case Requestor(s): | | |
| | | Lester Hewitt / Alan Ludwig / Lynn Marlin | | |
| | | Beginning Bates: | | |
| | | Custodian_Bourgeois_000166 | | |
| | | Volume Label: | | |
| | | WEATHERFORD05082009 | | |
| | | DC Sales Tax | 5.75% | 0.00 |

VENDOR # 55715
ACCT. 95988

SEP 0 4 2009

VOUCHER #
ENTERED    REVIEWED

RECEIVED
SEP 0 4 2009

**Terms and Conditions**
Payment must be submitted within 30 days of invoice date. If payment is not received on time, it becomes subject to a 1.5% late fee. Please make checks payable to "Ignited Solutions, LLC". Clients outside of VA/DC/MD are responsible for remitting sales tax with their appropriate state.

| | |
|---|---|
| **Total** | $651.66 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $651.66 |

Federal Tax ID Number: 71-0908206



**DIGITAL LEGAL**

Great verdicts begin
with great discovery.

806 Main Street
Suite 300
Houston, TX 77002
(713) 225-5357

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/30/2009 | 11248 |

Tax ID: 03-0489922

| Bill To |
|---------|
| Frank's International, Inc.<br>10260 Westheimer<br>Suite 700<br>Houston, TX 77042 |

**Did you know Digital Legal makes
FORENSIC
copies of hard drives?**

**Ask about our Forensic Services!!!**

| Ordered By | Client Project Name/Number | Ordered Date | Terms | Due Date | Rep | DLS Project Number |
|------------|---------------------------|--------------|-------|----------|-----|--------------------|
| Scott Simmons | H-08-2531Tesco v Weatherf | 8/21/2009 | Net 30 | 10/30/2009 | JL | 11099 |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 97.7 | EDD Indexing | 175.00 | 17,097.50T |
| 10.53 | EDD Processing (B/W) | 750.00 | 7,897.50T |
| 1.11 | EDD Processing (Color) | 1,250.00 | 1,387.50T |

RECEIVED OCT 16 2009

Thank You for your business.



**277139**

# Check Request

| | | | |
|---|---|---|---|
| **Today's Data** | September 8, 2009 | | |
| **Remit Vendor** | Jeanette, Byers, RPR, CSR | **Office** | HO - Houston ▼ |
| | | **Tax ID#** | |
| **Remit Address** | | | |
| REQUIRED if no invoice is attached | | | |
| **Invoice Amount** | $ 18.00 | **Due Date** | September 9, 2009 |
| **Narrative** | Transcript of Motion Hearing (09/02/09) | | |

For Client Expense, enter the description to be shown on the Prebill.

**Charge Information**

**Client Chargeable**

| Research Code | Click in **Disbursement Code** cell before clicking this drop-down. |

| Client Name | Matter Name | Client Number | Matter Number | Disbursement Code | Amount |
|---|---|---|---|---|---|
| Frank's Casing Crew | Tesco/Weatherfo | ████ | | TRANT | 18.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Firm Chargeable**

| Office | G/L Code | Department | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Sales & Use Tax (For Local Office Accounting Use Only)** | | | Amount |

| | | | |
|---|---|---|---|
| | | | |
| | SEP 14 2009 | | |

| | Amount of Check Due | $ 18.00 |

*Sarah Ring*

Requested By (Attorney/Manager)

*Sarah Ring*
**Attorney/Manager (Print Name)**

*MC*

Administrative Approval

*Mick C Pritchett*
**Administrative (Print Name)**

☐ Mail to Vendor          ☑ Special Handling

Return to L. Martin; Transcript needed for use as exhibit to 09/10/2009 filing

Detail instructions for Special Handling including date needed and reason for request.