# AKIN GUMP
## STRAUSS HAUER & FELD LLP

▬▬▬▬▬▬▬ Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1292440 |
| Invoice Date | 01/19/10 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Value |
| --- | --- |



| 12/10/09 | Document Image Printing   176 pages; black & white print job requested by L. Marlin | 17.60 |
| 12/21/09 | Document Image Printing   116 pages; black & white print job requested by L. Marlin | 11.60 |

| 12/31/09 | Duplication - In House | $46.60 |
| 12/31/09 | Postage | $10.89 |

Current Expenses

**Total Amount of This Invoice**



# AKIN GUMP
## STRAUSS HAUER & FELD LLP
■ Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX  77042

| Invoice Number | 1298161 |
| Invoice Date | 02/23/10 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 01/05/10 | Document Image Printing  2 pages; black & white print job requested by L. Marlin | 0.20 |
| 01/05/10 | Document Image Printing  16 pages; black & white print job requested by L. Marlin | 1.60 |
| 01/08/10 | Document Image Printing  242 pages; black & white print job requested by L. Hewitt | 24.20 |
| 01/08/10 | Document Image Printing  128 pages; black & white print job requested by L. Hewitt | 12.80 |
| 01/08/10 | Document Image Printing  128 pages; black & white print job requested by L. Hewitt | 12.80 |
| 01/08/10 | Document Image Printing  52 pages; black & white print job requested by L. Hewitt | 5.20 |
| 01/08/10 | Document Image Printing  63 pages; black & white print job requested by S. Sutherland | 6.30 |
| 01/11/10 | Document Image Printing  546 pages; black & white print job requested by L. Marlin | 54.60 |
| 01/14/10 | Document Image Printing  705 pages; black & white print job requested by L. Marlin | 70.50 |

| | | | |
|---|---|---|---|
| 01/14/10 | Document Image Printing 244 pages; black & white print job requested by L. Marlin | 24.40 |
| 01/14/10 | Document Image Printing 705 pages; black & white print job requested by L. Marlin | 70.50 |
| 01/14/10 | Document Image Printing 244 pages; black & white print job requested by L. Marlin | 24.40 |
| 01/31/10 | Duplication - In House | $325.80 |

Current Expenses



**Total Amount of This Invoice**

# AKIN GUMP
## STRAUSS HAUER & FELD LLP
■■■■■■■■■■ Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1302723 |
| Invoice Date | 03/24/10 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:
Date                                                                 Value

| | | |
|---|---|---|
| 02/17/10 | Document Image Printing  1,675 pages; black & white print job requested by L. Marlin | 167.50 |
| 02/19/10 | Document Image Printing  65 pages; black & white print job requested by L. Marlin | 6.50 |
| 02/19/10 | Document Image Printing  556 pages; black & white print job requested by L. Marlin | 55.60 |
| 02/19/10 | Document Image Printing  4,854 pages; black & white print job requested by L. Marlin | 485.40 |
| 02/28/10 | Duplication - In House | $502.40 |
| 02/28/10 | Postage | $2.58 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**

# AKIN GUMP
## STRAUSS HAUER & FELD LLP

▬▬▬▬▬ Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1305591 |
| Invoice Date | 04/15/10 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 02/25/10 | Document Image Printing   135 pages; black & white print job requested by L. Marlin | 13.50 |
| 02/25/10 | Document Image Printing   107 pages; black & white print job requested by L. Marlin | 10.70 |
| 02/25/10 | Document Image Printing   256 pages; black & white print job requested by R. Githumbi | 25.60 |
| 02/25/10 | Document Image Printing   26 pages; black & white print job requested by S. Ring | 2.60 |
| 02/25/10 | Document Image Printing   8 pages; black & white print job requested by S. Ring | 0.80 |
| 02/25/10 | Document Image Printing   74 pages; black & white print job requested by L. Marlin | 7.40 |
| 02/25/10 | Document Image Printing   468 pages; black & white print job requested by R. Githumbi | 46.80 |
| 03/15/10 | Document Image Printing   513 pages; black & white | 51.30 |

|  |  |  |
|---|---|---|
|  | print job requested by R. Githumbi |  |
| 03/16/10 | Document Image Printing  80 pages; black & white | 8.00 |
|  | print job requested by L. Marlin |  |
| 03/18/10 | Document Image Printing  23 pages; black & white | 2.30 |
|  | print job requested by S. Sutherland |  |
| 03/18/10 | Document Image Printing  1,674 pages; black & white | 167.40 |
|  | print job requested by R. Githumbi |  |
| 03/18/10 | Document Image Printing  202 pages; black & white | 20.20 |
|  | print job requested by R. Githumbi |  |
| 03/19/10 | Document Image Printing  2,187 pages; black & white | 218.70 |
|  | print job requested by R. Githumbi |  |
| 03/22/10 | Document Image Printing  1,198 pages; black & white | 119.80 |
|  | print job requested by S. Sutherland |  |
| 03/22/10 | Document Image Printing  300 pages; black & white | 30.00 |
|  | print job requested by S. Sutherland |  |
| 03/22/10 | Document Image Printing  489 pages; black & white | 48.90 |
|  | print job requested by L. Marlin |  |
| 03/22/10 | Document Image Printing  224 pages; black & white | 22.40 |
|  | print job requested by L. Marlin |  |
| 03/22/10 | Document Image Printing  172 pages; black & white | 17.20 |
|  | print job requested by S. Sutherland |  |
| 03/22/10 | Document Image Printing  9 pages; black & white print | 0.90 |
|  | job requested by L. Marlin |  |
| 03/22/10 | Document Image Printing  176 pages; black & white | 17.60 |
|  | print job requested by R. Githumbi |  |
| 03/22/10 | Document Image Printing  708 pages; black & white | 70.80 |
|  | print job requested by L. Marlin |  |
| 03/22/10 | Document Image Printing  410 pages; black & white | 41.00 |
|  | print job requested by R. Githumbi |  |
| 03/22/10 | Document Image Printing  424 pages; black & white | 42.40 |
|  | print job requested by L. Marlin |  |
| 03/22/10 | Document Image Printing  66 pages; black & white | 6.60 |
|  | print job requested by L. Marlin |  |
| 03/22/10 | Document Image Printing  51 pages; black & white | 5.10 |
|  | print job requested by R. Githumbi |  |
| 03/22/10 | Document Image Printing  995 pages; black & white | 99.50 |
|  | print job requested by R. Githumbi |  |
| 03/22/10 | Document Image Printing  348 pages; black & white | 34.80 |
|  | print job requested by L. Marlin |  |
| 03/22/10 | Document Image Printing  172 pages; black & white | 17.20 |
|  | print job requested by R. Githumbi |  |
| 03/22/10 | Document Image Printing  123 pages; black & white | 12.30 |
|  | print job requested by L. Marlin |  |
| 03/22/10 | Document Image Printing  76 pages; black & white | 7.60 |
|  | print job requested by S. Ring |  |

| 03/31/10 | Duplication - In House | $2,389.20 |
| 03/31/10 | Postage | $20.74 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**



# AKIN GUMP
## STRAUSS HAUER & FELD LLP

■■■■■■■■ Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| Invoice Number | 1311379 |
|---|---|
| Invoice Date | 05/20/10 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|---|-------|
| 03/30/10 | Document Image Printing   198 pages; black & white print job requested by L. Marlin | 19.80 |
| 03/31/10 | Document Image Printing   208 pages; black & white print job requested by S. Ring | 20.80 |
| 04/02/10 | Document Image Printing   2,555 pages; black & white print job requested by L. Marlin | 255.50 |
| 04/05/10 | Document Image Printing   110 pages; black & white print job requested by R. Githumbi | 11.00 |
| 04/08/10 | Document Image Printing   538 pages; black & white print job requested by R. Githumbi | 53.80 |
| 04/09/10 | Document Image Printing   184 pages; black & white print job requested by L. Marlin | 18.40 |
| 04/13/10 | Document Image Printing   75 pages; black & white print job requested by L. Marlin | 7.50 |

| 04/15/10 | Document Image Printing  715 pages; black & white print job requested by R. Githumbi | 71.50 |
| 04/16/10 | Document Image Printing  260 pages; black & white print job requested by L. Marlin | 26.00 |
| 04/16/10 | Document Image Printing  180 pages; black & white print job requested by L. Marlin | 18.00 |
| 04/19/10 | Document Image Printing  928 pages; black & white print job requested by L. Marlin | 92.80 |
| 04/20/10 | Document Image Printing  165 pages; black & white print job requested by R. Githumbi | 16.50 |
| 04/20/10 | Document Image Printing  186 pages; black & white print job requested by L. Marlin | 18.60 |
| 04/23/10 | Document Image Printing  68 pages; black & white print job requested by L. Malrin | 6.80 |
| 03/17/10 | Duplication - Off Site  Hyatt Regency Irvine Business Center | 3.00 |
| 03/17/10 | Duplication - Off Site  Hyatt Regency Irvine Business Center | 19.50 |

| 03/24/10 | Deposition  Vernon Bouligny VENDOR: ROSS REPORTING SERVICES INC; INVOICE#: 111578; DATE: 3/24/2010 | 424.96 |
| 04/01/10 | Deposition  Charles Michael Webre VENDOR: ROSS REPORTING SERVICES INC; INVOICE#: 111626; DATE: 4/1/2010 | 834.48 |
| 04/01/10 | Deposition  Charles Michael Webre VENDOR: ROSS REPORTING SERVICES INC; INVOICE#: 111628; DATE: 4/1/2010 | 833.97 |
| 04/02/10 | Deposition  Mark Margavio VENDOR: ROSS REPORTING SERVICES INC; INVOICE#: 111641; DATE: 4/2/2010 | 946.50 |
| 04/13/10 | Deposition  Jonathan Ancelet VENDOR: ROSS REPORTING SERVICES INC; INVOICE#: 111739; DATE: 4/13/2010 | 891.26 |
| 04/13/10 | Deposition  John Veverica VENDOR: ROSS REPORTING SERVICES INC; INVOICE#: 111737; DATE: 4/13/2010 | 948.12 |



| 04/30/10 | Duplication - In House | $1,703.20 |
| 04/30/10 | Postage | $16.89 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**



# AKIN GUMP
## STRAUSS HAUER & FELD LLP
■■■■■■ Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1315828 |
| Invoice Date | 06/21/10 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|------|-------|
| 04/26/10 | Document Image Printing  518 pages; black & white print job requested by L. Marlin | 51.80 |
| 04/26/10 | Document Image Printing  386 pages; black & white print job requested by L. Marlin | 38.60 |
| 04/28/10 | Document Image Printing  63 pages; black & white print job requested by R. Githumbi | 6.30 |
| 04/28/10 | Document Image Printing  105 pages; black & white print job requested by R. Githumbi | 10.50 |
| 04/28/10 | Document Image Printing  57 pages; black & white print job requested by L. Marlin | 5.70 |
| 04/29/10 | Document Image Printing  168 pages; black & white | 16.80 |

|          |                                                                                               |           |
|----------|-----------------------------------------------------------------------------------------------|-----------|
|          | print job requested by L. Marlin                                                              |           |
| 04/30/10 | Document Image Printing  56 pages; black & white                                              | 5.60      |
|          | print job requested by L. Marlin                                                              |           |
| 04/30/10 | Document Image Printing  108 pages; black & white                                             | 10.80     |
|          | print job requested by L. Marlin                                                              |           |
| 04/30/10 | Document Image Printing  42 pages; black & white                                              | 4.20      |
|          | print job requested by L. Marlin                                                              |           |
| 05/11/10 | Document Image Printing  288 pages; black & white                                             | 28.80     |
|          | print job requested by R. Githumbi                                                            |           |
| 05/11/10 | Document Image Printing  225 pages; black & white                                             | 22.50     |
|          | print job requested by R. Githumbi                                                            |           |
| 05/12/10 | Document Image Printing  645 pages; black & white                                             | 64.50     |
|          | print job requested by L. Marlin                                                              |           |
| 05/14/10 | Document Image Printing  142 pages; black & white                                             | 14.20     |
|          | print job requested by L. Marlin                                                              |           |
| 05/21/10 | Document Image Printing  288 pages; black & white                                             | 28.80     |
|          | print job requested by L. Marlin                                                              |           |
| 05/21/10 | Document Image Printing  276 pages; black & white                                             | 27.60     |
|          | print job requested by M. Mingo                                                               |           |
| 05/27/10 | Document Image Printing  354 pages; black & white                                             | 35.40     |
|          | print job requested by L. Marlin                                                              |           |
| 05/28/10 | Document Image Printing  608 pages; black & white                                             | 60.80     |
|          | print job requested by L. Marlin                                                              |           |
| 04/27/10 | Deposition  Kevin Nikiforuk                                                                    | 2,040.00  |
|          | VENDOR: LEGALINK, INC., A MERRILL                                                              |           |
|          | COMPANY; INVOICE#: 16042812; DATE: 4/27/2010                                                  |           |
| 04/22/10 | Transcripts  Kevin Nikiforuk                                                                   | 2,187.30  |
|          | VENDOR: LEGALINK, INC., A MERRILL                                                              |           |
|          | COMPANY; INVOICE#: 16042733; DATE: 4/22/2010                                                  |           |
| 05/31/10 | Duplication - In House                                                                         | $4,486.40 |

Current Expenses



**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

■■■■■■■■■■ Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX  77042

| | |
|---|---|
| Invoice Number | 1319156 |
| Invoice Date | 07/15/10 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

Date                                                                                    Value

| Date | Description | Amount |
|---|---|---|
| 06/02/10 | Document Image Printing  231 pages; black & white print job requested by R. Githumbi | 23.10 |
| 06/02/10 | Document Image Printing  547 pages; black & white print job requested by R. Githumbi | 54.70 |
| 06/03/10 | Document Image Printing  221 pages; black & white print job requested by L. Marlin | 22.10 |
| 06/03/10 | Document Image Printing  953 pages; black & white print job requested by R. Githumbi | 95.30 |
| 06/03/10 | Document Image Printing  318 pages; black & white print job requested by A. Ludwig | 31.80 |
| 06/03/10 | Document Image Printing  288 pages; black & white print job requested by A. Ludwig | 28.80 |
| 06/03/10 | Document Image Printing  384 pages; black & white print job requested by A. Ludwig | 38.40 |
| 06/03/10 | Document Image Printing  102 pages; black & white print job requested by A. Ludwig | 10.20 |
| 06/03/10 | Document Image Printing  114 pages; black & white print job requested by A. Ludwig | 11.40 |
| 05/12/10 | Photographs/Video  Tracy Cummins VENDOR: ROSS REPORTING SERVICES INC; INVOICE#: 111962; DATE: 5/12/2010 | 510.00 |
| 05/12/10 | Photographs/Video  Charles Webre VENDOR: ROSS REPORTING SERVICES INC; INVOICE#: 111991; DATE: 5/12/2010 | 355.00 |
| 05/12/10 | Photographs/Video  Jonathan Ancelet VENDOR: ROSS REPORTING SERVICES INC; INVOICE#: 111966; DATE: 5/12/2010 | 480.00 |
| 05/12/10 | Photographs/Video  Vernon Bouligny VENDOR: ROSS REPORTING SERVICES INC; INVOICE#: 111964; DATE: 5/12/2010 | 325.00 |
| 05/12/10 | Photographs/Video  Mark Margavio VENDOR: ROSS REPORTING SERVICES INC; INVOICE#: 111997; DATE: 5/12/2010 | 355.00 |
| 05/12/10 | Photographs/Video  Jon Veverica VENDOR: ROSS REPORTING SERVICES INC; INVOICE#: 111995; DATE: 5/12/2010 | 385.00 |
| 05/12/10 | Photographs/Video  Charles Webre VENDOR: ROSS REPORTING SERVICES INC; INVOICE#: 111993; DATE: 5/12/2010 | 355.00 |
| 06/24/10 | Deposition  Gary R. Wooley VENDOR: KEAIS REPORTING; INVOICE#: 8504; DATE: 6/24/2010 | 1,897.54 |
| 06/17/10 | Transcripts   VENDOR: KATHERINE L METZGER; INVOICE#: 20100087; DATE: 6/17/2010 | 22.50 |
| 06/30/10 | Duplication - In House | $1,621.60 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**



# AKIN GUMP
## STRAUSS HAUER & FELD LLP
■ Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1319156 |
| Invoice Date | 07/15/10 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Value |
| --- | --- |

| | | |
|---|---|---|
| 06/02/10 | Document Image Printing 231 pages; black & white print job requested by R. Githumbi | 23.10 |
| 06/02/10 | Document Image Printing 547 pages; black & white print job requested by R. Githumbi | 54.70 |
| 06/03/10 | Document Image Printing 221 pages; black & white print job requested by L. Marlin | 22.10 |
| 06/03/10 | Document Image Printing 953 pages; black & white print job requested by R. Githumbi | 95.30 |
| 06/03/10 | Document Image Printing 318 pages; black & white print job requested by A. Ludwig | 31.80 |
| 06/03/10 | Document Image Printing 288 pages; black & white print job requested by A. Ludwig | 28.80 |
| 06/03/10 | Document Image Printing 384 pages; black & white print job requested by A. Ludwig | 38.40 |
| 06/03/10 | Document Image Printing 102 pages; black & white print job requested by A. Ludwig | 10.20 |
| 06/03/10 | Document Image Printing 114 pages; black & white print job requested by A. Ludwig | 11.40 |

| | | |
|---|---|---|
| 05/12/10 | Photographs/Video Tracy Cummins VENDOR: ROSS REPORTING SERVICES INC; INVOICE#: 111962; DATE: 5/12/2010 | 510.00 |
| 05/12/10 | Photographs/Video Charles Webre VENDOR: ROSS REPORTING SERVICES INC; INVOICE#: 111991; DATE: 5/12/2010 | 355.00 |
| 05/12/10 | Photographs/Video Jonathan Ancelet VENDOR: ROSS REPORTING SERVICES INC; INVOICE#: 111966; DATE: 5/12/2010 | 480.00 |
| 05/12/10 | Photographs/Video Vernon Bouligny VENDOR: ROSS REPORTING SERVICES INC; INVOICE#: 111964; DATE: 5/12/2010 | 325.00 |
| 05/12/10 | Photographs/Video Mark Margavio VENDOR: ROSS REPORTING SERVICES INC; INVOICE#: 111997; DATE: 5/12/2010 | 355.00 |
| 05/12/10 | Photographs/Video Jon Veverica VENDOR: ROSS REPORTING SERVICES INC; INVOICE#: 111995; DATE: 5/12/2010 | 385.00 |
| 05/12/10 | Photographs/Video Charles Webre VENDOR: ROSS REPORTING SERVICES INC; INVOICE#: 111993; DATE: 5/12/2010 | 355.00 |
| 06/24/10 | Deposition Gary R. Wooley VENDOR: KEAIS REPORTING; INVOICE#: 8504; DATE: 6/24/2010 | 1,897.54 |
| 06/17/10 | Transcripts VENDOR: KATHERINE L METZGER; INVOICE#: 20100087; DATE: 6/17/2010 | 22.50 |
| 06/30/10 | Duplication - In House | $1,621.60 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**



# AKIN GUMP
# STRAUSS HAUER & FELD LLP
■■■■■■■■■ Attorneys at Law

| FRANK'S CASING CREW AND RENTAL TOOLS, IN | Invoice Number | 1325514 |
| ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL | Invoice Date | 08/24/10 |
| 10260 WESTHEIMER | | |
| SUITE 700 | | |
| HOUSTON, TX 77042 | | |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

Date                                                                Value

| | | |
|---|---|---|
| 07/01/10 | Photographs/Video  Gary R Wooley<br>VENDOR: KEAIS REPORTING; INVOICE#: 8562;<br>DATE: 7/1/2010 | 828.75 |
| 07/14/10 | Deposition  Julio Quintana<br>VENDOR: LEGALINK, INC., A MERRILL<br>COMPANY; INVOICE#: 16043804; DATE: 7/14/2010 | 1,145.00 |
| 07/14/10 | Deposition  Alan Ratliff<br>VENDOR: KEAIS RECORDS SERVICE, INC;<br>INVOICE#: 8592; DATE: 7/14/2010 | 942.10 |
| 07/14/10 | Transcripts  Julio Quintana<br>VENDOR: LEGALINK, INC., A MERRILL<br>COMPANY; INVOICE#: 16043735; DATE: 7/14/2010 | 1,347.93 |
| 07/31/10 | Duplication - In House | $736.40 |
| 07/31/10 | Postage | $8.00 |

Current Expenses

**Total Amount of This Invoice**



# AKIN GUMP
# STRAUSS HAUER & FELD LLP

▬▬▬▬▬▬ Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| Invoice Number | 1328269 |
|---|---|
| Invoice Date | 09/15/10 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 08/17/10 | Professional Fees - Miscellaneous   Court reporter VENDOR: JEANETTE BYERS; INVOICE#: JE081710; DATE: 8/17/2010 | 242.00 |
| 07/28/10 | Deposition   James Brugman VENDOR: ROSS REPORTING SERVICES INC; | 592.04 |

|  |  |  |
|---|---|---|
|  | INVOICE#: 112699; DATE: 7/28/2010 |  |
| 07/29/10 | Deposition Tommy Warren | 388.86 |
|  | VENDOR: KEAIS RECORDS SERVICE, INC; |  |
|  | INVOICE#: 8723; DATE: 7/29/2010 |  |
| 07/29/10 | Deposition Chris Della Mattia | 454.14 |
|  | VENDOR: KEAIS RECORDS SERVICE, INC; |  |
|  | INVOICE#: 8677; DATE: 7/29/2010 |  |
| 07/29/10 | Deposition Tommy Warren | 1,083.62 |
|  | VENDOR: KEAIS RECORDS SERVICE, INC; |  |
|  | INVOICE#: 8718; DATE: 7/29/2010 |  |
| 07/30/10 | Deposition Jed Gibson | 1,050.54 |
|  | VENDOR: KEAIS RECORDS SERVICE, INC; |  |
|  | INVOICE#: 8710; DATE: 7/30/2010 |  |
| 07/30/10 | Deposition Tommy Warren | 1,191.02 |
|  | VENDOR: KEAIS RECORDS SERVICE, INC; |  |
|  | INVOICE#: 8758; DATE: 7/30/2010 |  |
| 08/16/10 | Deposition James Brugman | 355.00 |
|  | VENDOR: ROSS REPORTING SERVICES INC; |  |
|  | INVOICE#: 112857; DATE: 8/16/2010 |  |

| 08/31/10 | Duplication - In House | $46.80 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**



# AKIN GUMP
## STRAUSS HAUER & FELD LLP
■■■■■■■■ Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| Invoice Number | 1333516 |
|---|---|
| Invoice Date | 10/19/10 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Value |
|------|-------|



| | | |
|---|---|---|
| 08/31/10 | Miscellaneous   VENDOR: DOCUMENT GROUP; INVOICE#: 102577; DATE: 8/31/2010 | 655.22 |

| | | |
|---|---|---|
| 07/22/10 | Deposition   Kyle Fontenot VENDOR: ROSS REPORTING SERVICES INC; INVOICE#: 112577; DATE: 7/22/2010 | 337.16 |
| 09/30/10 | Duplication - In House | $283.00 |
| 09/30/10 | Postage | $3.66 |

Current Expenses

**Total Amount of This Invoice**



# AKIN GUMP
## STRAUSS HAUER & FELD LLP

■■■■■■■■■■■■■■■■ Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1338221 |
| Invoice Date | 11/15/10 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:
Date                                                                    Value

| Date | Description | Amount |
|---|---|---|
| 10/24/10 | Document Image Printing 37 pages; black & white print job requested by J. Duncan | 3.70 |
| 10/28/10 | Document Image Printing 4,025 pages; black & white print job requested by S. Csizmadia | 402.50 |
| 10/29/10 | Document Image Printing 16 pages; black & white print job requested by L. Marlin | 1.60 |
| 10/29/10 | Document Image Printing 580 pages; black & white print job requested by S. Csizmadia | 58.00 |
| 10/29/10 | Document Image Printing 152 pages; black & white print job requested by L. Marlin | 15.20 |
| 10/29/10 | Document Image Printing 345 pages; black & white print job requested by S. Csizmadia | 34.50 |
| 10/29/10 | Document Image Printing 3,296 pages; black & white print job requested by R. Githumbi | 329.60 |
| 10/21/10 | Duplication - Off Site VENDOR: DOCUMENT GROUP; INVOICE#: 103282; DATE: 10/21/2010 | 5,559.63 |
| 10/21/10 | Duplication - Off Site VENDOR: DOCUMENT GROUP; INVOICE#: 103281; DATE: 10/21/2010 | 721.77 |
| 10/29/10 | Duplication - Off Site VENDOR: DOCUMENT GROUP; INVOICE#: 103417; DATE: 10/29/2010 | 1,376.05 |
| 10/29/10 | Duplication - Off Site VENDOR: DOCUMENT GROUP; INVOICE#: 103414; DATE: 10/29/2010 | 849.76 |
| 10/29/10 | Duplication - Off Site VENDOR: DOCUMENT GROUP; INVOICE#: 103416; DATE: 10/29/2010 | 283.40 |
| 10/29/10 | Duplication - Off Site VENDOR: DOCUMENT GROUP; INVOICE#: 103415; DATE: 10/29/2010 | 519.61 |
| 10/31/10 | Duplication - Off Site VENDOR: DOCUMENT GROUP; INVOICE#: 103429; DATE: 10/31/2010 | 727.49 |
| 10/31/10 | Duplication - Off Site VENDOR: DOCUMENT GROUP; INVOICE#: 103430; DATE: 10/31/2010 | 1,102.57 |



| 09/23/10 | Professional Fees - Miscellaneous   VENDOR: KEAIS RECORDS SERVICE, INC; INVOICE#: 9154; DATE: 9/23/2010  -  JOB NO.: 7155 | 742.50 |



| 10/31/10 | Duplication - In House | $2,799.80 |
| 10/31/10 | Postage | $22.06 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**

# AKIN GUMP
## STRAUSS HAUER & FELD LLP

■■■■■■■■■■ Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| Invoice Number | 1340569 |
|---|---|
| Invoice Date | 11/24/10 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|------|------|
| 11/09/10 | Document Image Printing 68 pages; black & white print job requested by R. Githumbi | 6.80 |
| 11/10/10 | Document Image Printing 1,068 pages; black & white print job requested by L. Marlin | 106.80 |
| 11/12/10 | Document Image Printing 852 pages; black & white print job requested by R. Githumbi | 85.20 |
| 11/12/10 | Document Image Printing 590 pages; black & white print job requested by R. Githumbi | 59.00 |
| 11/15/10 | Document Image Printing 304 pages; black & white print job requested by L. Marlin | 30.40 |
| 11/17/10 | Document Image Printing 97 pages; black & white print job requested by R. Githumbi | 9.70 |
| 11/05/10 | Departmental Special Supplies Riot Creative Imaging | 240.32 |
| 10/15/10 | Office Supplies VENDOR: LEGAL SPECIALTIES PLUS, INC; INVOICE#: 004014; DATE: 10/15/2010 | 707.41 |
| 10/20/10 | Office Supplies VENDOR: LEGAL SPECIALTIES PLUS, INC; INVOICE#: 004056; DATE: 10/20/2010 | 545.10 |
| 10/25/10 | Office Supplies VENDOR: LEGAL SPECIALTIES | -118.21 |

| | | |
|---|---|---|
| 10/25/10 | PLUS, INC; INVOICE#: 004096; DATE: 10/25/2010<br>Office Supplies   VENDOR: LEGAL SPECIALTIES<br>PLUS, INC; INVOICE#: 004097; DATE: 10/25/2010 | 272.59 |
| 09/20/10 | Photographs/Video   VENDOR: KEAIS REPORTING;<br>INVOICE#: 9122; DATE: 9/20/2010 | 212.00 |
| 09/20/10 | Photographs/Video   VENDOR: KEAIS REPORTING;<br>INVOICE#: 9123; DATE: 9/20/2010 | 730.08 |
| 09/20/10 | Photographs/Video   VENDOR: KEAIS REPORTING;<br>INVOICE#: 9124; DATE: 9/20/2010 | 654.55 |
| 11/01/10 | Professional Fees - Process Server   VENDOR: EASY<br>SERVE; INVOICE#: 195030-3; DATE: 11/1/2010;<br>CLIENT REF#: H-08-2531 | 240.00 |
| 11/01/10 | Professional Fees - Process Server   VENDOR: EASY<br>SERVE; INVOICE#: 195030-2; DATE: 11/1/2010 -<br>CLIENT REF#: H-08-2531 | 204.00 |
| 11/01/10 | Professional Fees - Process Server   VENDOR: EASY<br>SERVE; INVOICE#: 195030-1; DATE: 11/1/2010 -<br>CLIENT REF#: H-08-2531 | 144.00 |
| 11/15/10 | Professional Fees - Process Server   VENDOR: EASY<br>SERVE; INVOICE#: 195332-1; DATE: 11/15/2010 | 144.00 |



| 11/22/10 | Duplication - In House | $277.60 |

Current Expenses

**Total Amount of This Invoice**

    **Prior Balance Due**

        **Total Balance Due Upon Receipt**



```
                          ROSS REPORTING SERVICES, INC.        INVOICE#    111578
(281) 484-0770            CERTIFIED SHORTHAND REPORTERS         DATE:       3/24/10
TAX I.D. 76-0295065            11706 PLAYA COURT                PAGE           01
                               HOUSTON, TX 77034                JOB #     10-409AW

        MR. LESTER HEWITT                                       H082531
        AKIN, GUMP, STRAUSS,                                    CAUSE NUMBER
1789    HAUER & FELD, L.L.P.
        1100 LOUISIANA, STE. 4400
        HOUSTON, TX 77002


    ONE COPY OF THE DEPOSITION OF:                                         424.96
    VERNON BOULIGNY, TAKEN ON 3-17-10

    TESCO CORPORATION
    VS.
    WEATHERFORD INTERNATIONAL INC., ET AL

    (D)


                                                                          424.96

                                                                        --------
    Total . . . . . . . . . . . . . . . . . . . . . . . . . .            424.96

    TERMS: 30 DAYS
```

NOW ACCEPTING VISA, MASTERCARD, AMEX & DISCOVER

LOCALLY OWNED AND INDEPENDENTLY OPERATED

REPORTING - RECORDS - VIDEO - VIDEOCONFERENCING



```
(281) 484-0770          ROSS REPORTING SERVICES, INC.    INVOICE#    111628
TAX I.D. 76-0295065     CERTIFIED SHORTHAND REPORTERS     DATE:      4/01/10
                             11706 PLAYA COURT            PAGE            01
                             HOUSTON, TX 77034            JOB #    10-453MF

          MR. LESTER HEWITT                              H082531
          AKIN, GUMP, STRAUSS,                           CAUSE NUMBER
   1789   HAUER & FELD, L.L.P.
          1100 LOUISIANA, STE. 4400
          HOUSTON, TX 77002


      ONE COPY OF THE DEPOSITION OF:                             833.97
      CHARLES MICHAEL WEBRE, VOL. 2, TAKEN ON 3-25-10

      TESCO CORPORATION
      VS.
      WEATHERFORD INTERNATIONAL INC., ET AL

      (D)


                                                                 833.97

                                                                --------
      Total . . . . . . . . . . . . . . . . . . . . . . . . .    833.97

      TERMS: 30 DAYS




            NOW ACCEPTING VISA, MASTERCARD, AMEX & DISCOVER

            LOCALLY OWNED AND INDEPENDENTLY OPERATED

         REPORTING - RECORDS - VIDEO - VIDEOCONFERENCING
```



```
(281) 484-0770          ROSS REPORTING SERVICES, INC.        INVOICE#   111641
TAX I.D. 76-0295065     CERTIFIED SHORTHAND REPORTERS        DATE:     4/02/10
                             11706 PLAYA COURT               PAGE           01
                             HOUSTON, TX 77034               JOB #   10-465KK

          MR. GREGORY HASLEY                                 H082531
          AKIN, GUMP, STRAUSS,                               CAUSE NUMBER
   1789   HAUER & FELD, L.L.P.
          1100 LOUISIANA, STE. 4400
          HOUSTON, TX 77002


       ONE COPY OF THE DEPOSITION OF:                                946.50
       MARK MARGAVIO, TAKEN ON 3-26-10

       TESCO CORPORATION
       VS.
       WEATHERFORD INTERNATIONAL INC., ET AL

       (D)


                                                                     946.50
                                                                   --------
       Total . . . . . . . . . . . . . . . . . . . . . . . .        946.50

       TERMS: 30 DAYS
```

NOW ACCEPTING VISA, MASTERCARD, AMEX & DISCOVER

LOCALLY OWNED AND INDEPENDENTLY OPERATED

REPORTING - RECORDS - VIDEO - VIDEOCONFERENCING



```
(281) 484-0770          ROSS REPORTING SERVICES, INC.        INVOICE#    111737
TAX I.D. 76-0295065     CERTIFIED SHORTHAND REPORTERS        DATE:      4/13/10
                             11706 PLAYA COURT               PAGE            01
                             HOUSTON, TX 77034               JOB #     10-511AW

        MR. LESTER HEWITT                                    H082531
        AKIN, GUMP, STRAUSS,                                 CAUSE NUMBER
1789    HAUER & FELD, L.L.P.
        1100 LOUISIANA, STE. 4400
        HOUSTON, TX 77002


    ONE COPY OF THE DEPOSITION OF:                                      948.12
    JOHN VEVERICA, TAKEN ON 4-9-10

    TESCO CORPORATION
    VS.
    WEATHERFORD INTERNATIONAL INC., ET AL

    (D)


                                                                       948.12
                                                                     --------
    Total . . . . . . . . . . . . . . . . . . . . . . . . .           948.12

    TERMS: 30 DAYS



            NOW ACCEPTING VISA, MASTERCARD, AMEX & DISCOVER

            LOCALLY OWNED AND INDEPENDENTLY OPERATED

         REPORTING - RECORDS - VIDEO - VIDEOCONFERENCING
```



```
(281) 484-0770              ROSS REPORTING SERVICES, INC.        INVOICE#    111739
TAX I.D. 76-0295065         CERTIFIED SHORTHAND REPORTERS        DATE:      4/13/10
                                 11706 PLAYA COURT               PAGE            01
                                 HOUSTON, TX 77034               JOB #    10-510AW
```

          MR. LESTER HEWITT                              H082531
          AKIN, GUMP, STRAUSS,                           CAUSE NUMBER
1789      HAUER & FELD, L.L.P.
          1100 LOUISIANA, STE. 4400
          HOUSTON, TX 77002


     ONE COPY OF THE DEPOSITION OF:                              891.26
     JONATHAN ANCELET, TAKEN ON 4-8-10

     TESCO CORPORATION
     VS.
     WEATHERFORD INTERNATIONAL INC., ET AL

     (D)


                                                                 891.26
                                                                --------
     Total . . . . . . . . . . . . . . . . . . . . . . . . . .   891.26

     TERMS: 30 DAYS



              NOW ACCEPTING VISA, MASTERCARD, AMEX & DISCOVER

              LOCALLY OWNED AND INDEPENDENTLY OPERATED

           REPORTING - RECORDS - VIDEO - VIDEOCONFERENCING



# MERRILL CORPORATION

**LegaLink, Inc.**

315 Capitol Street
Suite 210
Houston, TX 77002
Phone: 713.426.0400
Fax: 713.426.0600

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16042733 | 04/22/2010 | 1601-94528 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/06/2010 | RICHDA | 4:08-CV-2531 |

| CASE CAPTION |
|---|
| Tesco Corporation vs. Weatherford International Inc. et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld
1111 Louisiana
44th Floor
Houston, TX 77002

```
ORIGINAL + 1 COPY OF TRANSCRIPT AND WORD INDEX OF:
  Kevin Nikiforuk
(TAXABLE   $  1,927.00)                                     1,952.00

ORIGINAL + 1 COPY OF TRANSCRIPT AND WORD INDEX OF:
  Kevin Nikiforuk Certified Questions
(TAXABLE   $    70.50)                                         70.50

                               TOTAL   DUE  >>>>           2,022.50
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality audio recording transcription services by litigation support experts. Contact your local Merrill office today or email audiotran@merrillcorp.com to submit your work request or for more information.

TAX ID NO. : 20-2665382

(713) 220-5800    Fax (713) 236-0822

*Please detach bottom portion and return with payment.*

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld
1111 Louisiana
44th Floor
Houston, TX 77002

```
Invoice No.:  16042733
Date       :  04/22/2010
TOTAL DUE  :  2,022.50


Job No.  :  1601-94528
Case No. :  4:08-CV-2531
Tesco Corporation vs. Weatherford In
```

Remit To:     **LegaLink, Inc.**
              **PO Box 277951**
              **Atlanta, GA 30384**

# MERRILL CORPORATION

**LegaLink, Inc.**
315 Capitol Street
Suite 210
Houston TX 77002
Phone: 713.426.0400
Fax: 713.426.0600

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16042812 | 04/27/2010 | 1602-94529 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/06/2010 | MARSWI | 4:08-CV-2531 |

**CASE CAPTION**

Tesco Corporation vs. Weatherford International Inc. et al

**TERMS**

Immediate, sold FOB Merrill facility

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld
1111 Louisiana
44th Floor
Houston, TX 77002

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Kevin Nikiforuk

| | | | |
|---|---|---|---:|
| Set Up & First Hour | | | 200.00 |
| Additional Deposition Hr | 8.00 Hours @ | 100.00/Hour | 800.00 |
| After Hours Rate | | | 165.00 |
| Tape Stock - Digital | 5.00 Tapes @ | 35.00/Tape | 175.00 |
| Legalink Viewer | 9.00 Hours @ | 75.00/Hour | 675.00 |
| Parking | | | 10.00 |
| Shipping & Handling | | | 15.00 |

**TOTAL  DUE  >>>>**  **2,040.00**

Do you have audio recordings you need transcribed? Count on Merrill for high quality
audio recording transcription services by litigation support experts. Contact your
local Merrill office today or email audiotran@merrillcorp.com to submit your work
request or for more information.

TAX ID NO. : 20-2665382

(713) 220-5800    Fax (713) 236-0822

*Please detach bottom portion and return with payment.*

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld
1111 Louisiana
44th Floor
Houston, TX 77002

Invoice No. :  16042812
Date       :  04/27/2010
**TOTAL  DUE  :**   **2,040.00**

Job No.   :  1602-94529
Case No.  :  4:08-CV-2531
Tesco Corporation vs. Weatherford In

Remit To:    LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384

```
                    ROSS REPORTING SERVICES, INC.      INVOICE#    111966
 (281) 484-0770     CERTIFIED SHORTHAND REPORTERS      DATE:       5/12/10
 TAX I.D. 76-0295065       11706 PLAYA COURT           PAGE             01
                           HOUSTON, TX 77034           JOB #    10-510VD

         MR. LESTER HEWITT                             H082531
         AKIN, GUMP, STRAUSS,                          CAUSE NUMBER
 1789    HAUER & FELD, L.L.P.                           Reprinted: 6/15/10
         1111 LOUISIANA, STE. 4400
         HOUSTON, TX 77002
```



```
   ONE COPY OF THE VIDEO OF THE DEPOSITION OF:                    480.00
   JONATHAN ANCELET, TAKEN ON 4-8-10

   TESCO CORPORATION
   VS.
   WEATHERFORD INTERNATIONAL INC., ET AL

   (D)

                                                              --------
   Total . . . . . . . . . . . . . . . . . . . . . . . .        480.00
      Less Payment Received                               -

   Total Now Due . . . . . . . . . . . . . . . . . . . .        480.00


   PAST DUE ACCOUNT - PLEASE REMIT PAYMENT
   FEEL FREE TO CONTACT ME IF YOU HAVE ANY QUESTIONS
   TERRY@ROSSREPORTING.COM
   281 412-5617 DIRECT

              NOW ACCEPTING VISA, MASTERCARD, AMEX & DISCOVER
                 LOCALLY OWNED AND INDEPENDENTLY OPERATED

           REPORTING - RECORDS - VIDEO - VIDEOCONFERENCING
```

```
(281) 484-0770        ROSS REPORTING SERVICES, INC.      INVOICE#    111962
TAX I.D. 76-0295065   CERTIFIED SHORTHAND REPORTERS       DATE:      5/12/10
                          11706 PLAYA COURT               PAGE           01
                          HOUSTON, TX 77034               JOB #     10-441VD

          MR. LESTER HEWITT                          H082531
          AKIN, GUMP, STRAUSS,                       CAUSE NUMBER
1789      HAUER & FELD, L.L.P.                        Reprinted: 6/15/10
          1111 LOUISIANA, STE. 4400
          HOUSTON, TX 77002
```



```
    ONE COPY OF THE VIDEO OF THE DEPOSITION OF                        510.00
    TRACY CUMMINS, VOL. 2, TAKEN ON 3-23-10

    TESCO CORPORATION
    VS.
    WEATHERFORD INTERNATIONAL INC., ET AL

    (D)

                                                                  --------
    Total . . . . . . . . . . . . . . . . . . . . . . . . .         510.00
         Less Payment Received                            -

    Total Now Due . . . . . . . . . . . . . . . . . . . . .         510.00


    PAST DUE ACCOUNT - PLEASE REMIT PAYMENT
    FEEL FREE TO CONTACT ME IF YOU HAVE ANY QUESTIONS
    TERRY@ROSSREPORTING.COM
    281 412-5617 DIRECT


              NOW ACCEPTING VISA, MASTERCARD, AMEX & DISCOVER
               LOCALLY OWNED AND INDEPENDENTLY OPERATED

            REPORTING - RECORDS - VIDEO - VIDEOCONFERENCING
```

```
(281) 484-0770          ROSS REPORTING SERVICES, INC.        INVOICE#    111964
TAX I.D. 76-0295065      CERTIFIED SHORTHAND REPORTERS       DATE:        5/12/10
                             11706 PLAYA COURT               PAGE              01
                             HOUSTON, TX 77034               JOB #      10-409VD
```

MR. LESTER HEWITT
AKIN, GUMP, STRAUSS,                         H082531
1789    HAUER & FELD, L.L.P.                 CAUSE NUMBER
        1111 LOUISIANA, STE. 4400            Reprinted: 6/15/10
        HOUSTON, TX 77002

ONE COPY OF THE VIDEO OF THE DEPOSITION OF:                      325.00
VERNON BOULIGNY, TAKEN ON 3-17-10

TESCO CORPORATION
VS.
WEATHERFORD INTERNATIONAL INC., ET AL

(D)

```
                                                                --------
Total . . . . . . . . . . . . . . . . . . .              .         325.00
   Less Payment Received                                 -

Total Now Due . . . . . . . . . . . . . .              . .         325.00
```

PAST DUE ACCOUNT - PLEASE REMIT PAYMENT
FEEL FREE TO CONTACT ME IF YOU HAVE ANY QUESTIONS
TERRY@ROSSREPORTING.COM
281 412-5617 DIRECT

NOW ACCEPTING VISA, MASTERCARD, AMEX & DISCOVER
LOCALLY OWNED AND INDEPENDENTLY OPERATED

REPORTING - RECORDS - VIDEO - VIDEOCONFERENCING

(281) 484-0770
TAX I.D. 76-0295065

ROSS REPORTING SERVICES, INC.
CERTIFIED SHORTHAND REPORTERS
11706 PLAYA COURT
HOUSTON, TX 77034

INVOICE# 111991
DATE: 5/12/10
PAGE 01
JOB # 10-453VD

1789

MR. LESTER HEWITT
AKIN, GUMP, STRAUSS,
HAUER & FELD, L.L.P.
1111 LOUISIANA, STE. 4400
HOUSTON, TX 77002

RECEIVED BY

JUN 23 2010

Accounting

H082531
CAUSE NUMBER
Reprinted: 6/15/10

ONE COPY OF THE VIDEO OF THE DEPOSITION OF:
CHARLES WEBRE, VOL. 2, TAKEN ON 3-25-10

TESCO CORPORATION
VS.
WEATHERFORD INTERNATIONAL INC., ET AL

(D)

355.00

Total . . . . . . . . . . . . . . . . . . . . . . . .
Less Payment Received

355.00

Total Now Due . . . . . . . . . . . . . . . . . . .

355.00

PAST DUE ACCOUNT - PLEASE REMIT PAYMENT
FEEL FREE TO CONTACT ME IF YOU HAVE ANY QUESTIONS
TERRY@ROSSREPORTING.COM
281 412-5617 DIRECT

NOW ACCEPTING VISA, MASTERCARD, AMEX & DISCOVER
LOCALLY OWNED AND INDEPENDENTLY OPERATED

REPORTING - RECORDS - VIDEO - VIDEOCONFERENCING

VENDOR # 61369
ACCT. 103887

JUN 28 2010

VOUCHER #
ENTERED nB REVIEWED

RECEIVED
JUN 28 2010

ROSS REPORTING SERVICES, INC.
CERTIFIED SHORTHAND REPORTERS
11706 PLAYA COURT
HOUSTON, TX 77034

(281) 484-0770
TAX I.D. 76-0295065

| | |
|---|---|
| INVOICE# | 111993 |
| DATE: | 5/12/10 |
| PAGE | 01 |
| JOB # | 10-452VD |

MR. LESTER HEWITT
AKIN, GUMP, STRAUSS,
HAUER & FELD, L.L.P.
1111 LOUISIANA, STE. 4400
HOUSTON, TX 77002

1789

H082531
CAUSE NUMBER
Reprinted: 6/15/10

███████████████

ONE COPY OF THE VIDEO OF THE DEPOSITION OF:            355.00
CHARLES WEBRE, VOL. 1, TAKEN ON 3-24-10

TESCO CORPORATION
VS.
WEATHERFORD INTERNATIONAL INC., ET AL

(D)

Total . . . . . . . . . . . . . . . . . . . . . .      --------
     Less Payment Received                              355.00

Total Now Due . . . . . . . . . . . . . . . . . . .
                                                        355.00

PAST DUE ACCOUNT - PLEASE REMIT PAYMENT
FEEL FREE TO CONTACT ME IF YOU HAVE ANY QUESTIONS
TERRY@ROSSREPORTING.COM
281 412-5617 DIRECT

NOW ACCEPTING VISA, MASTERCARD, AMEX & DISCOVER
LOCALLY OWNED AND INDEPENDENTLY OPERATED

REPORTING - RECORDS - VIDEO - VIDEOCONFERENCING

(281) 484-0770          ROSS REPORTING SERVICES, INC.          INVOICE#    111997
TAX I.D. 76-0295065    CERTIFIED SHORTHAND REPORTERS          DATE:      5/12/10
                            11706 PLAYA COURT                  PAGE            01
                            HOUSTON, TX 77034                  JOB #     10-465VD

        MR. LESTER HEWITT                                      H082531
        AKIN, GUMP, STRAUSS,                                   CAUSE NUMBER
1789    HAUER & FELD, L.L.P.                                   Reprinted: 6/15/10
        1111 LOUISIANA, STE. 4400
        HOUSTON, TX 77002

        ONE COPY OF THE VIDEO OF THE DEPOSITION OF:                     355.00
        MARK MARGAVIO, TAKEN ON 3-26-10

        TESCO CORPORATION
        VS.
        WEATHERFORD INTERNATIONAL INC., ET AL

        (D)



        Total . . . . . . . . . . . . . . . . . . . . . .       --------
            Less Payment Received                                       355.00
                                                                     -
        Total Now Due . . . . . . . . . . . . . . . . . . .             355.00

        PAST DUE ACCOUNT - PLEASE REMIT PAYMENT
        FEEL FREE TO CONTACT ME IF YOU HAVE ANY QUESTIONS
        TERRY@ROSSREPORTING.COM
        281 412-5617 DIRECT

                    NOW ACCEPTING VISA, MASTERCARD, AMEX & DISCOVER
                     LOCALLY OWNED AND INDEPENDENTLY OPERATED

                    REPORTING - RECORDS - VIDEO - VIDEOCONFERENCING

(281) 484-0770
TAX I.D. 76-0295065

ROSS REPORTING SERVICES, INC.
CERTIFIED SHORTHAND REPORTERS
11706 PLAYA COURT
HOUSTON, TX 77034

INVOICE#      11199!
DATE:        5/12/1(
PAGE              0
JOB #       10-511VI

MR. LESTER HEWITT
AKIN, GUMP, STRAUSS,
HAUER & FELD, L.L.P.
1111 LOUISIANA, STE. 4400
HOUSTON, TX 77002

1789

H082531
CAUSE NUMBER
Reprinted: 6/15/10

ONE COPY OF THE VIDEO OF THE DEPOSITION OF:
JON VEVERICA, TAKEN ON 4-9-10

TESCO CORPORATION
VS.
WEATHERFORD INTERNATIONAL INC., ET AL

(D)

385.00

Total . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Less Payment Received
                                                  --------
                                                  385.00
Total Now Due . . . . . . . . . . . . . . . . . . . . . -
                                                  385.00

PAST DUE ACCOUNT - PLEASE REMIT PAYMENT
FEEL FREE TO CONTACT ME IF YOU HAVE ANY QUESTIONS
TERRY@ROSSREPORTING.COM
281 412-5617 DIRECT

NOW ACCEPTING VISA, MASTERCARD, AMEX & DISCOVER
LOCALLY OWNED AND INDEPENDENTLY OPERATED

REPORTING - RECORDS - VIDEO - VIDEOCONFERENCING

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

 6/17/2010

INVOICE NO: 20100087

**MAKE CHECKS PAYABLE TO:**

Lynn D. Marlin
Akin Gump Strauss Hauer & Feld, LLP
1111 Louisiana Street
44th Foor
Houston, TX 77002

Phone: (713) 220-5824

Katherine L. Metzger
Official Court Reporter
515 Rusk, Room 8016
Houston, TX 77002

Phone: (713) 250-5208

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL | X CIVIL | 06-17-2010 | 06-17-2010 |

**Case Style:** CA H-08-2531, Tesco Corporation v Weatherford Int'l, et al
Transcript of 6-9-10 hearing

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 25 | 0.90 | 22.50 | | | | 22.50 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 22.50 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| **Date Paid:** | **Amt:** | TOTAL DUE: | $22.50 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | | DATE |
|---|---|---|
| | | 06-17-2010 |

(All previous editions of this form are
cancelled and should be destroyed)

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8504 | 6/24/2010 | 6871 |
| **Job Date** | **Case No.** | |
| 6/4/2010 | H-08-2531 | |
| | **Case Name** | |
| TESCO CORPORATION v. WEATHERFORD INTERNATIONAL INC. | | |
| | **Payment Terms** | |
| Due upon receipt | | |

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002

FOR A COPY OF THE DEPOSITION OF:

Gary R. Wooley

1,897.54

**TOTAL DUE >>>**     **$1,897.54**

AFTER 7/24/2010  PAY     $2,011.39

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
We appreciate your business.



**Tax ID:** 71-0938618

Phone: 713-220-5800    Fax:713-236-0822

*Please detach bottom portion and return with payment.*

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002

Invoice No.   :  8504
Invoice Date  :  6/24/2010
**Total Due    :  $ 1,897.54**
AFTER 7/24/2010  PAY  $2,011.39

Remit To:  **Keais Reporting**
              **1010 Lamar, 3rd Floor**
              **3rd Floor**
              **Houston, TX 77002**

Job No.     :  6871
BU ID       :  1-MAIN
Case No.    :  H-08-2531
Case Name   :  TESCO CORPORATION v. WEATHERFORD
              INTERNATIONAL INC.

Morgan, Lewis & Bockius LLP
1000 Louisiana Street
Suite 4000
Houston, TX 77002
Tel. 713.890.5000
Fax: 713.890.5001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Paul E. Krieger**
Partner
713.890.5160
pkrieger@MorganLewis.com

July 19, 2010

| Robert M. Bowick | C. James Bushman | Lester L. Hewitt |
|---|---|---|
| John W. Raley, III | Browning Bushman, P.C. | Akin Gump Strauss Hauer & Feld LLP |
| Raley and Bowick LLP | 5851 San Felipe, Suite 975 | 1111 Louisiana Street, 44th Floor |
| 1800 Augusta Dr. S 300 | Houston, TX 77057 - 8018 | Houston, Texas 77002-5002 |
| Houston, TX 77057 | | |

Re: Civil Action No. 4:08-CV-02531; *Tesco Corporation v. Weatherford International, Inc., National Oilwell Varco, L.P., Offshore Energy Services, Inc. and Frank's Casing Crew and Rental Tools, Inc.*; United States District Court, Southern District of Texas, Houston Division

Gentlemen:

Enclosed is a copy of an Invoice from George Boyadjieff dated June 30, 2010 in the amount of ▧▧▧▧ This Invoice covers services from April through June, 2010. As previously agreed, this cost will be split four ways. Please send a check made payable to George Boyadjieff for your respective portion ▧▧▧▧ directly to George at his address at the top of the invoice.

If you have any questions, please do not hesitate to contact me.

Sincerely,

/Paul E. Krieger/

Paul E. Krieger

Encl.: as noted

cc: George Boyadjieff

George Boyadjieff
18772 Colony Circle
Villa Park, CA 92861
Phone 714-998-5763   Fax 714-998-0233

# INVOICE

INVOICE #205
DATE: JUNE 30, 2010

**TO:**
Morgan, Lewis & Bockius L.L.P.
1000 Louisiana Street, Suite 4200
Houston, TX 77002

Weatherford International, Inc. et al v. Tesco Corporations,  Civil
Action No. 2:07-cv-531  Tesco Corporation v Weatherford
International, Inc. et al, Civil Action No. H-08-2531

Tel.: 713-890--5000

| DATE | SERVICES DESCRIPTION | HOURS | TOTAL |
|------|----------------------|-------|-------|
|  |  |  |  |
| 6/8/2010 | Gave deposition | 8 |  |
| 6/8/2010 | Travel Expenses to Houston |  | $2,300.82 |
|  |  |  |  |

Make all checks payable to George Boyadjieff

**Thank you for your business!**

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8592 | 7/14/2010 | 7045 |
| **Job Date** | **Case No.** | |
| 6/29/2010 | H-08-2531 | |
| **Case Name** | | |

TESCO CORPORATION v. WEATHERFORD INTERNATIONAL INC.

| **Payment Terms** |
|---|
| Due upon receipt |

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002

---

FOR A COPY OF THE DEPOSITION OF:

    ALAN RATLIFF

942.10

**TOTAL DUE >>>**      **$942.10**

AFTER 8/13/2010 PAY      $998.63

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
We appreciate your business.

---

**Tax ID:** 71-0938618

Phone: 713-220-5800    Fax:713-236-0822

*Please detach bottom portion and return with payment.*

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002

Invoice No.   :  8592
Invoice Date  :  7/14/2010
**Total Due**    **:**  **$ 942.10**
AFTER 8/13/2010 PAY $998.63

Remit To: **Keais Reporting**
           **1010 Lamar, 3rd Floor**
           **3rd Floor**
           **Houston, TX 77002**

Job No.    :  7045
BU ID     :  1-MAIN
Case No.   :  H-08-2531
Case Name  :  TESCO CORPORATION v. WEATHERFORD
                 INTERNATIONAL INC.

7/14

# MERRILL CORPORATION

**LegaLink, Inc.**

315 Capitol Street
Suite 210
Houston, TX 77002
Phone: 713.426.0400
Fax: 713.426.0600

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16043735 | 07/14/2010 | 1601-95421 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/01/2010 | ROMNSH | 4:08-CV-2531 |

RECEIVED BY

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld
1111 Louisiana
44th Floor
Houston, TX 77002

JUL 2 7 2010

Accounting

**CASE CAPTION**

Tesco Corporation vs. Weatherford International Inc. et al

**TERMS**

Immediate, sold FOB Merrill facility

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Julio Quintana
(TAXABLE   $  1,245.20)

1,245.20

**TOTAL   DUE  >>>>**        1,245.20

Do you have audio recordings you need transcribed? Count on Merrill for high-quality
audio recording transcription services by litigation support experts. Contact your
local Merrill office today or email audiotran@merrillcorp.com to submit your work
request or for more information.

VENDOR # 56185
ACCT. 169764

JUL 29 2010

VOUCHER #
ENTERED    REVIEWED

RECEIVED
JUL 2 9 2010

TAX ID NO.: 20-2665382

(713) 220-5800    Fax (713) 236-0822

*Please detach bottom portion and return with payment.*

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld
1111 Louisiana
44th Floor
Houston, TX 77002

Invoice No.:  16043735
Date        :  07/14/2010
**TOTAL DUE  :     1,245.20**

Job No.   :  1601-95421
Case No.  :  4:08-CV-2531
Tesco Corporation vs. Weatherford In

Remit To:  **LegaLink, Inc.**
**PO Box 277951**
**Atlanta, GA 30384**

# MERRILL CORPORATION

**LegaLink, Inc.**

315 Capitol Street
Suite 210
Houston, TX 77002
Phone: 713.426.0400
Fax: 713.426.0600

# INVOICE    7/14

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16043804 | 07/14/2010 | 1602-95422 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/01/2010 | MARSWI | 4:08-CV-2531 |

**RECEIVED BY**

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld    JUL 2 7 2010
1111 Louisiana
44th Floor    **Accounting**
Houston, TX 77002

**CASE CAPTION**

Tesco Corporation vs. Weatherford International Inc. et al

**TERMS**

Immediate, sold FOB Merrill facility

---

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Julio Quintana

| | | | |
|---|---|---|---|
| | | | .00 |
| Set-up & First Hour | | | 200.00 |
| Additional Deposition Hr | 4.50 Hours @ | 100.00/Hour | 450.00 |
| Tape Original DV | 3.00 Tapes @ | 35.00/Tape | 105.00 |
| Legalink Viewer | 5.00 Hours @ | 75.00/Hour | 375.00 |
| Shipping & Handling | | | 15.00 |

**TOTAL DUE >>>>    1,145.00**

Do you have audio recordings you need transcribed? Count on Merrill for high-quality
audio recording transcription services by litigation support experts. Contact your
local Merrill office today or email audiotran@merrillcorp.com to submit your work
request or for more information.

VENDOR # 56185
ACCT. 104764

JUL 29 2010

VOUCHER #
ENTERED    REVIEWED

RECEIVED
JUL 29 2010

TAX ID NO.: 20-2665382

(713) 220-5800    Fax (713) 236-0822

*Please detach bottom portion and return with payment*

---

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld
1111 Louisiana
44th Floor
Houston, TX 77002

Invoice No.: 16043804
Date       : 07/14/2010
**TOTAL DUE :    1,145.00**

Job No.   : 1602-95422
Case No.  : 4:08-CV-2531
Tesco Corporation vs. Weatherford In

Remit To:    LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

INVOICE NO: 20100063

**MAKE CHECKS PAYABLE TO:**

Suzanne Csizmadia
Akin and Gump
111Louisiana 44th Floor
Houston, TX 77002

Phone: (713) 250-2190

*scsizmadia@akingump.com*

Johnny C. Sanchez, RPR,RMR,CRR
Official Court Reporter
515 Rusk, Suite 8016
Houston, TX 77002

Phone: (713) 250-5581
FAX (713) 250-5346
Tax ID: 76-0410084
*JCSCOURTREPORTER@AOL.COM*

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | | 07-15-2010 | 07-16-2010 |

**Case Style:** 08-CV-2531, Tesco v Weatherford
Markman hearing held before Judge Ellison October 14,2009

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | 191 | 1.20 | 229.20 | | 0.90 | | | 229.20 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 229.20 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $229.20 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | 07-16-2010 |

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

(281) 484-0770
TAX I.D. 76-0295065

ROSS REPORTING SERVICES, INC.
CERTIFIED SHORTHAND REPORTERS
11706 PLAYA COURT
HOUSTON, TX 77034

INVOICE#    8/ 112577
DATE:        7/22/10
PAGE         01
JOB #    10-948AW

MR. LESTER HEWITT
AKIN, GUMP, STRAUSS,
HAUER & FELD, L.L.P.
1111 LOUISIANA, STE. 4400
HOUSTON, TX 77002

1789

H082531
CAUSE NUMBER
Reprinted: 8/23/10

RECEIVED BY

AUG 2 7 2010

Accounting

ONE COPY OF THE DEPOSITION OF:
KYLE FONTENOT, TAKEN ON 7-15-10                          337.16

TESCO CORPORATION
VS.
WEATHERFORD INTERNATIONAL INC.; NATIONAL OILWELL      61369
VARCO, LP; OFFSHORE ENTRY SERVICES, INC., ET AL

VENDOR #

(D)                    ACCT.  105673

SEP 02 2010

VOUCHER #
ENTERED  jb  REVIEWED

Total . . . . . . . . . . . . . . . . . . . . . . . .    337.16
    Less Payment Received                                     -

Total Now Due . . . . . . . . . . . . . . . . . . . .    337.16

PAST DUE ACCOUNT - PLEASE REMIT PAYMENT
FEEL FREE TO CONTACT ME IF YOU HAVE ANY QUESTIONS
TERRY@ROSSREPORTING.COM
281 412-5617 DIRECT

NOW ACCEPTING VISA, MASTERCARD, AMEX & DISCOVER
LOCALLY OWNED AND INDEPENDENTLY OPERATED

REPORTING - RECORDS - VIDEO - VIDEOCONFERENCING



RECEIVED
SEP 0 2 2010

```
                    ROSS REPORTING SERVICES, INC.      INVOICE#    112699
(281) 484-0770       CERTIFIED SHORTHAND REPORTERS     DATE:       7/28/10
TAX I.D. 76-0295065        11706 PLAYA COURT           PAGE             01
                           HOUSTON, TX 77034           JOB #      10-985AW

        MR. LESTER HEWITT                              H082531
        AKIN, GUMP, STRAUSS,                           CAUSE NUMBER
1789    HAUER & FELD, L.L.P.
        1111 LOUISIANA, STE. 4400
        HOUSTON, TX 77002


    ONE COPY OF THE DEPOSITION OF:                                  592.04
    JAMES BRUGMAN, TAKEN ON 7-23-10

    TESCO CORPORATION
    VS.
    WEATHERFORD INTERNATIONAL INC.; NATIONAL OILWELL
    VARCO, LP; OFFSHORE ENTERGY SERVICES, INC., ET AL

    (D)


                                                                   592.04
                                                                 --------
    Total . . . . . . . . . . . . . . . . . . . . . . . . . .     592.04

    TERMS: 30 DAYS



                NOW ACCEPTING VISA, MASTERCARD, AMEX & DISCOVER

                LOCALLY OWNED AND INDEPENDENTLY OPERATED


             REPORTING - RECORDS - VIDEO - VIDEOCONFERENCING
```



# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8677 | 7/29/2010 | 7177 |
| **Job Date** | **Case No.** | |
| 7/16/2010 | H-08-2531 | |
| **Case Name** | | |
| TESCO CORPORATION v. WEATHERFORD INTERNATIONAL INC. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana Street, 44th Floor
Houston, TX  77002

FOR A COPY OF THE DEPOSITION OF:
   CHRIS DELLA MATTIA

454.14

**TOTAL DUE  >>>**      **$454.14**
AFTER 8/28/2010  PAY      $481.39

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
We appreciate your business.

**Tax ID:** 71-0938618

Phone: 713-220-5800   Fax:713-236-0822

*Please detach bottom portion and return with payment.*

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana Street, 44th Floor
Houston, TX  77002

| | | |
|---|---|---|
| Invoice No. | : | 8677 |
| Invoice Date | : | 7/29/2010 |
| **Total Due** | : | **$ 454.14** |
| AFTER 8/28/2010 PAY | | $481.39 |

Remit To: **Keais Reporting**
        **1010 Lamar, 3rd Floor**
        **3rd Floor**
        **Houston, TX  77002**

| | | |
|---|---|---|
| Job No. | : | 7177 |
| BU ID | : | 1-MAIN |
| Case No. | : | H-08-2531 |
| Case Name | : | TESCO CORPORATION v. WEATHERFORD INTERNATIONAL INC. |



# Invoice

| Date | Invoice # |
|------|-----------|
| 7/28/2010 | W07NBC652 |

**DataCert**
3040 Post Oak Blvd., Suite 1900
Houston, TX 77056

| Bill To |
|---------|
| Frank's Casing Crew and Rental Tools, Inc<br>Brian D. Baird<br>10260 Westheimer Road<br>Houston, TX 77042 |

| Terms | Case No. |
|-------|----------|
| Net 30 | 408-cv-02531 |

| Date | Description | QTY | Rate | Amount |
|------|-------------|-----|------|--------|
| 7/23/10 | Deposition<br>PO# 000054245 | 8 | ██████ | |

Tax-ID #76-0566875.  Please contact accounting@datacert.com or 1.800.773.8644 with any questions.

**Subtotal** ████████

Remit US Payments to: P. O. Box 676051, Dallas, TX 75267-6051

**Sales Tax (8.25%)** ██████

Remit Foreign and Express payments to:
3040 Post Oak Blvd, Suite 1900 Houston, TX 77056

**Total** ████████

Wire Details:
Bank: JPMorgan Chase Bank; 707 Travis, Houston TX 77002
Account Name: DataCert, Inc.
ABA#: 111-000-614 (Within USA) or 021-000-021 (Foreign)
Swift ID: CHASUS33
Account #: 00103384104

**Payments/Credits** ██████

**Balance Due** ██████

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8718 | 7/29/2010 | 7213 |

| Job Date | Case No. | |
|---|---|---|
| 7/13/2010 | H-08-2531 | |

| Case Name | |
|---|---|
| TESCO CORPORATION v. WEATHERFORD INTERNATIONAL INC. | |

| Payment Terms |
|---|
| Due upon receipt |

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002

FOR A COPY OF THE DEPOSITION OF:
    Tommy Warren - (CORP REP)

        1,083.62

**TOTAL DUE >>>**      **$1,083.62**
AFTER 8/28/2010  PAY      $1,148.64

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
We appreciate your business.



**Tax ID:** 71-0938618

Phone: 713-220-5800   Fax:713-236-0822

*Please detach bottom portion and return with payment.*

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002

| | | |
|---|---|---|
| Invoice No. | : | 8718 |
| Invoice Date | : | 7/29/2010 |
| **Total Due** | : | **$ 1,083.62** |
| AFTER 8/28/2010 | PAY | $1,148.64 |

Remit To: **Keais Reporting**
            **1010 Lamar, 3rd Floor**
            **3rd Floor**
            **Houston, TX 77002**

| | | |
|---|---|---|
| Job No. | : | 7213 |
| BU ID | : | 1-MAIN |
| Case No. | : | H-08-2531 |
| Case Name | : | TESCO CORPORATION v. WEATHERFORD INTERNATIONAL INC. |



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8723 | 7/29/2010 | 7154 |

| Job Date | Case No. | |
|---|---|---|
| 7/13/2010 | H-08-2531 | |

| Case Name | | |
|---|---|---|
| TESCO CORPORATION v. WEATHERFORD INTERNATIONAL INC. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002

FOR A COPY OF THE DEPOSITION OF:
   Tommy Warren

                                      388.86

**TOTAL DUE >>>**             **$388.86**
AFTER 8/28/2010 PAY      $412.19

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
We appreciate your business.



**Tax ID:** 71-0938618

Phone: 713-220-5800    Fax:713-236-0822

*Please detach bottom portion and return with payment.*

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002

| | | |
|---|---|---|
| Invoice No. | : | 8723 |
| Invoice Date | : | 7/29/2010 |
| **Total Due** | : | **$ 388.86** |

AFTER 8/28/2010 PAY $412.19

Remit To:  **Keais Reporting**
             **1010 Lamar, 3rd Floor**
             **3rd Floor**
             **Houston, TX 77002**

| | | |
|---|---|---|
| Job No. | : | 7154 |
| BU ID | : | 1-MAIN |
| Case No. | : | H-08-2531 |
| Case Name | : | TESCO CORPORATION v. WEATHERFORD INTERNATIONAL INC. |



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8710 | 7/30/2010 | 7152 |

| Job Date | Case No. | |
|---|---|---|
| 7/12/2010 | H-08-2531 | |

| Case Name | |
|---|---|
| TESCO CORPORATION v. WEATHERFORD INTERNATIONAL INC. | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002

FOR A COPY OF THE DEPOSITION OF:

JED GIBSON

1,050.54

**TOTAL DUE >>>**     **$1,050.54**

AFTER 8/29/2010 PAY     $1,113.57

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
We appreciate your business.

**Tax ID:** 71-0938618      Phone: 713-220-5800    Fax:713-236-0822

*Please detach bottom portion and return with payment.*

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002

| | |
|---|---|
| Invoice No. | : 8710 |
| Invoice Date | : 7/30/2010 |
| **Total Due** | : **$ 1,050.54** |
| AFTER 8/29/2010 PAY $1,113.57 | |

Remit To: **Keais Reporting**
    **1010 Lamar, 3rd Floor**
    **3rd Floor**
    **Houston, TX 77002**

| | |
|---|---|
| Job No. | : 7152 |
| BU ID | : 1-MAIN |
| Case No. | : H-08-2531 |
| Case Name | : TESCO CORPORATION v. WEATHERFORD INTERNATIONAL INC. |

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8758 | 7/30/2010 | 7156 |

| Job Date | Case No. | |
|---|---|---|
| 7/14/2010 | H-08-2531 | |

| Case Name | |
|---|---|
| TESCO CORPORATION v. WEATHERFORD INTERNATIONAL INC. | |

| Payment Terms |
|---|
| Due upon receipt |

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002

FOR A COPY OF THE DEPOSITION OF:
   Tommy Warren - EXPERT

1,191.02

TOTAL DUE  >>>  **$1,191.02**
AFTER 8/29/2010 PAY  $1,262.48

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
We appreciate your business.

**Tax ID:** 71-0938618

Phone: 713-220-5800   Fax:713-236-0822

*Please detach bottom portion and return with payment.*

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002

| | | |
|---|---|---|
| Invoice No. | : | 8758 |
| Invoice Date | : | 7/30/2010 |
| **Total Due** | : | **$ 1,191.02** |
| AFTER 8/29/2010 PAY | | $1,262.48 |

Remit To: **Keais Reporting**
        **1010 Lamar, 3rd Floor**
        **3rd Floor**
        **Houston, TX 77002**

| | | |
|---|---|---|
| Job No. | : | 7156 |
| BU ID | : | 1-MAIN |
| Case No. | : | H-08-2531 |
| Case Name | : | TESCO CORPORATION v. WEATHERFORD INTERNATIONAL INC. |

9/15

(281) 484-0770
TAX I.D. 76-0295065

ROSS REPORTING SERVICES, INC.
CERTIFIED SHORTHAND REPORTERS
11706 PLAYA COURT
HOUSTON, TX 77034

INVOICE#        112857
DATE:           8/16/10
PAGE               01
JOB #        10-985VD

MR. LESTER HEWITT
AKIN, GUMP, STRAUSS,
HAUER & FELD, L.L.P.
1111 LOUISIANA, STE. 4400
HOUSTON, TX 77002

1789

H082531
CAUSE NUMBER

**RECEIVED BY**

AUG 2 3 2010

ONE COPY OF THE VIDEO OF THE DEPOSITION OF:
JAMES BRUGMAN, TAKEN ON 7-23-10

Accounting

355.00

TESCO CORPORATION
VS.
WEATHERFORD INTERNATIONAL INC.; NATIONAL OILWELL
VARCO; OFFSHORE ENTERGY SERVICES, INC., ET AL

(D)

VENDOR # 61369
ACCT. 105507

355.00

Total . . . . . . . . . . . . . . AUG 2·7 2010 . . . . . . . .

355.00

TERMS: 30 DAYS

VOUCHER #
ENTERED     REVIEWED



NOW ACCEPTING VISA, MASTERCARD, AMEX & DISCOVER

LOCALLY OWNED AND INDEPENDENTLY OPERATED

REPORTING - RECORDS - VIDEO - VIDEOCONFERENCING

**RECEIVED**
AUG 27 2010

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

INVOICE NO: 20100084

**──MAKE CHECKS PAYABLE TO:──**

| | |
|---|---|
| SUZANNE CSIZMADIA<br>Akin, Gump, Strauss, Hauer & Feld<br>111 Louisiana<br>44th Floor<br>Houston, TX 77002<br><br>Phone: (713) 250-2190<br>FAX: (713) 236-0822<br><br>*scsizmadia@akingump.com* | Jeanette Byers, RPR, CSR<br>Official Court Reporter<br>515 Rusk<br>Suite 8016<br>Houston, TX 77002<br><br>Phone: (713) 520-5087<br><br>Tax ID: 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<br>*jbyers0722@yahoo.com* |

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED:<br>08-18-2010 | DATE DELIVERED:<br>08-18-2010 |
|---|---|---|

**Case Style:** H-08-CV-2531, Tesco v Weatherford
hearing held on 8-3-10 in front of Judge Ellison

Email only required

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | 40 | 6.05 | 242.00 | | 1.20 | | | 0.90 | | 242.00 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 242.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |

| **Check No: 296463**   **Date Paid: 08-18-2010**   **Amt: $242.00** | TOTAL DUE: | $0.00 |
|---|---|---|

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>*/s/ Jeanette Byers* | DATE<br>08-18-2010 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*



# The Document Group

1010 Lamar, Suite 120
Houston, TX 77002
Phone # 713-343-4000
Tax ID # 11-3798060

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/31/2010 | 102577 |

**BILL TO:**

Akin Gump, et. al.
Attn: Accounts Payable
1111 Louisiana, 42nd Floor
Houston, Texas 77002

**REMIT PAYMENT TO:**

The Document Group
1010 Lamar, Suite 120
Houston, Texas 77002

| Ordered By | Terms | Rep | P. O. #/Client Matter |
|------------|-------|-----|----------------------|
| Sue Csizmodia | Net 25 | SF | ▮ |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 4,496 | Blowbacks | Blowbacks from Digital Media | 0.08 | 359.68T |
| 97 | Blowbacks | Color Blowbacks from Digital Media | 0.55 | 53.35T |
| 219 | Regular | Regular Tabs provided and inserted | 0.35 | 76.65T |
| 1 | 1" D-Ring | 1" D-Ring White Clearview Binders | 7.95 | 7.95T |
| 1 | 2" D-Ring | 2" D-Ring White Clearview Binders | 11.95 | 11.95T |
| 6 | 3" D-Ring | 3" D-Ring White Clearview Binders | 15.95 | 95.70T |
| | | Re: Response to Motion for Summary Judgments | | |
| | | Sales Tax | 8.25% | 49.94 |

PLEASE PAY FROM THIS INVOICE. THANK YOU FOR YOUR BUSINESS!

**Total** $655.22

*Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 30 days.*

Received By:_____ Date:_____

# INVOICE

Keais Reporting, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:281-768-5540

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9122 | 9/20/2010 | 7075 |
| **Job Date** | **Case No.** | |
| 7/9/2010 | H-08-2531 | |
| **Case Name** | | |
| TESCO CORPORATION v. WEATHERFORD INTERNATIONAL INC. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

RECEIVED BY

NOV 1 2 2010

Accounting

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002

FOR A COPY OF THE VIDEOTAPE OF:

ROBERT STRICKLER

200.00

| | |
|---|---|
| TOTAL DUE >>> | **$200.00** |
| AFTER 10/20/2010 PAY | $212.00 |

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
We appreciate your business.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 12.00 |
| (=) New Balance: | **$212.00** |

VENDOR # 61064
ACCT. 107867

NOV 17 2010

VOUCHER #
ENTERED _MS_ REVIEWED

683946.005

RECEIVED
NOV 17 2010

Tax ID: 71-0938618

Phone: 713-220-5800  Fax:713-236-0822

*Please detach bottom portion and return with payment.*

9/20

Keais Reporting, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:281-768-5540

**RECEIVED BY**

NOV 1 2 2010

Accounting

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9123 | 9/20/2010 | 7155 |
| **Job Date** | **Case No.** | |
| 7/13/2010 | H-08-2531 | |
| **Case Name** | | |

TESCO CORPORATION v. WEATHERFORD INTERNATIONAL
INC.

| **Payment Terms** |
|---|
| Due upon receipt |

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002

FOR A COPY OF THE VIDEOTAPE OF:

Tommy Warren                                                           688.75

|  |  |
|---|---|
| TOTAL DUE >>> | $688.75 |
| AFTER 10/20/2010 PAY | $730.08 |

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
We appreciate your business.

VENDOR # 61064
ACCT. 107867

NOV 1 7 2010

VOUCHER # _____
ENTERED _M S_ REVIEWED _____

| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 41.33 |
| (=) New Balance: | $730.08 |

RECEIVED
NOV 1 7 2010

683 846 006

Tax ID: 71-0938618                                  Phone: 713-220-5800  Fax:713-236-0822

*Please detach bottom portion and return with payment.*

# INVOICE

Keais Reporting, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:281-768-5540

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9124 | 9/20/2010 | 7157 |
| **Job Date** | **Case No.** | |
| 7/14/2010 | H-08-2531 | |
| **Case Name** | | |
| TESCO CORPORATION v. WEATHERFORD INTERNATIONAL INC. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

RECEIVED BY

NOV 1 2 2010

Accounting

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002

---

FOR A COPY OF THE VIDEOTAPE OF:

Tommy Warren

617.50

| | |
|---|---|
| TOTAL DUE >>> | $517.50 |
| AFTER 10/20/2010 PAY | $654.55 |

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
We appreciate your business.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 37.05 |
| (=) New Balance: | $654.55 |

VENDOR # 61064
ACCT. 107867

NOV 1 0 2010

VOUCHER #
ENTERED  M  REVIEWED

RECEIVED
NOV 17 2010

Tax ID: 71-0938618

Phone: 713-220-5800   Fax:713-236-0822

---

*Please detach bottom portion and return with payment.*

683946

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002

| | | |
|---|---|---|
| Invoice No. | : | 9124 |
| Invoice Date | : | 9/20/2010 |
| Total Due | : | $654.55 |

| | | |
|---|---|---|
| Job No. | : | 7157 |
| BU ID | : | VIDEO |
| Case No. | : | H-08-2531 |
| Case Name | : | TESCO CORPORATION v. WEATHERFORD INTERNATIONAL INC. |

Remit To:  **Keais Reporting, Inc.**
**1010 Lamar, 3rd Floor**
**Houston, TX 77002**

# INVOICE 9|23



## KEAIS
### REPORTING

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9154 | 9/23/2010 | 7155 |
| Job Date | | Case No. |
| 7/13/2010 | H-08-2531 | |

**RECEIVED BY**

OCT 19 2010

**Accounting**

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002

| Case Name |
|---|
| TESCO CORPORATION v. WEATHERFORD INTERNATIONAL INC. |
| Payment Terms |
| Due upon receipt |

VIDEO SYNCHRONIZATION OF THE DEPOSITION OF:
Tommy Warren

742.50

**TOTAL DUE >>>** $742.50
AFTER 10/23/2010 PAY $787.05

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
We appreciate your business.

VENDOR # 12137
ACCT. 107096

OCT 22 2010

VOUCHER #
ENTERED  REVIEWED

**Tax ID:** 71-0938618

Phone: 713-220-5800   Fax:713-236-0822

*Please detach bottom portion and return with payment.*

Lester Hewitt
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002

| | |
|---|---|
| Invoice No. | : 9154 |
| Invoice Date | : 9/23/2010 |
| **Total Due** | : **$ 742.50** |
| AFTER 10/23/2010 PAY $787.05 | |

Remit To: **Keais Reporting**
**1010 Lamar**
**3rd Floor**
**Houston, TX 77002**

| | |
|---|---|
| Job No. | : 7155 |
| BU ID | : VIDEO |
| Case No. | : H-08-2531 |
| Case Name | : TESCO CORPORATION v. WEATHERFORD INTERNATIONAL INC. |

ROSS REPORTING SERVICES, INC.
CERTIFIED SHORTHAND REPORTERS
11706 PLAYA COURT
HOUSTON, TX 77034

(281) 484-0770
TAX I.D. 76-0295065

INVOICE#   113057
DATE:      9/08/10
PAGE       01
JOB #      10-781AW

1789

MR. LESTER HEWITT
AKIN, GUMP, STRAUSS,
HAUER & FELD, L.L.P.
1111 LOUISIANA, STE. 4400
HOUSTON, TX 77002

H082531
CAUSE NUMBER
Reprinted:12/22/10

RECEIVED BY

JAN 0 5 2011

Accounting

10|8

ONE COPY OF THE DEPOSITION OF:
GEORGE BOYADJIEFF, TAKEN ON 6-8-10

TESCO
VS
WEATHERFORD

(D)

MCP

784.86

Total . . . . . . . . . . . .                            784.86
   Less Payment Received                              -

Total Now Due . . . . . . . . . . . .                    784.86

PAST DUE ACCOUNT - PLEASE REMIT PAYMENT
FEEL FREE TO CONTACT ME IF YOU HAVE ANY QUESTIONS
TERRY@ROSSREPORTING.COM
281 412-5617 DIRECT

NOW ACCEPTING VISA, MASTERCARD, AMEX & DISCOVER
LOCALLY OWNED AND INDEPENDENTLY OPERATED

REPORTING - RECORDS - VIDEO - VIDEOCONFERENCING

VENDOR # 61369
ACCT. 109350

JAN 1 1 2011

VOUCHER #
ENTERED          REVIEWED

RECEIVED
JAN 1 1 2011

```
                    ROSS REPORTING SERVICES, INC.      INVOICE#   113058
(281) 484-0770      CERTIFIED SHORTHAND REPORTERS       DATE:      9/08/10
TAX I.D. 76-0295065      11706 PLAYA COURT              PAGE           01
                         HOUSTON, TX 77034              JOB #    10-897AW

          MR. LESTER HEWITT                            H082531
          AKIN, GUMP, STRAUSS,                         CAUSE NUMBER
1789      HAUER & FELD, L.L.P.                         Reprinted:12/22/10
          1111 LOUISIANA, STE. 4400
          HOUSTON, TX 77002              RECEIVED BY
```

RECEIVED BY

JAN 0 5 2011

Accounting

10/8

```
          ONE COPY OF THE DEPOSITION OF:                        525.08
          PAUL MURRAY, TAKEN ON 6-28-10

          TESCO CORPORATION
          VS.
          WEATHERFORD INTERNATIONAL INC.; NATIONAL OILWELL
          VARCO, LP; OFFSHORE ENTERGY SERVICES, INC., ET AL

          (D)



                                                      ---------
          Total . . . . . . . . . . . . . . . . . . .   525.08
              Less Payment Received                   -

          Total Now Due . . . . . . . . . . . . . . . .  525.08


          PAST DUE ACCOUNT - PLEASE REMIT PAYMENT
          FEEL FREE TO CONTACT ME IF YOU HAVE ANY QUESTIONS
          TERRY@ROSSREPORTING.COM
          281 412-5617 DIRECT


                  NOW ACCEPTING VISA, MASTERCARD, AMEX & DISCOVER
                    LOCALLY OWNED AND INDEPENDENTLY OPERATED

                  REPORTING - RECORDS - VIDEO - VIDEOCONFERENCING
```

VENDOR # Let369
ACCT. 109350

JAN 11 2011

VOUCHER #
ENTERED           REVIEWED

RECEIVED JAN 11 2011

RECEIVED JAN 11 2011



ROSS REPORTING SERVICES, INC.
CERTIFIED SHORTHAND REPORTERS
11706 PLAYA COURT
HOUSTON, TX 77034

(281) 484-0770
TAX I.D. 76-0295065

INVOICE#    113060
DATE:      9/08/10
PAGE           01
JOB #   10-1034L

1789

MR. LESTER HEWITT
AKIN, GUMP, STRAUSS,
HAUER & FELD, L.L.P.
1111 LOUISIANA, STE. 4400
HOUSTON, TX 77002

H082531
CAUSE NUMBER
Reprinted:12/22/10

**RECEIVED BY**

JAN 0 5 2011

**Accounting**

10/8

ONE COPY OF THE DEPOSITION OF:
RICHARD MURRAY, VOL. 2, TAKEN ON 8-4-10

309.86

*mcp*

TESCO CORPORATION
VS.
WEATHERFORD INTERNATIONAL INC.; NATIONAL OILWELL
VARCO, LP; OFFSHORE ENTERGY SERVICES, INC., ET AL

(D)

--------
Total . . . . . . . . . . . . . . . . . . . . .          309.86
    Less Payment Received                              -

Total Now Due . . . . . . . . . . . . . . . . .          309.86

PAST DUE ACCOUNT - PLEASE REMIT PAYMENT
FEEL FREE TO CONTACT ME IF YOU HAVE ANY QUESTIONS
TERRY@ROSSREPORTING.COM
281 412-5617 DIRECT

NOW ACCEPTING VISA, MASTERCARD, AMEX & DISCOVER
LOCALLY OWNED AND INDEPENDENTLY OPERATED

REPORTING - RECORDS - VIDEO - VIDEOCONFERENCING



VENDOR # 61369
ACCT.    109350

JAN 11 2011

VOUCHER #
ENTERED          REVIEWED

**RECEIVED**
JAN 11 2011

ROSS REPORTING SERVICES, INC.
CERTIFIED SHORTHAND REPORTERS
11706 PLAYA COURT
HOUSTON, TX 77034

(281) 484-0770
TAX I.D. 76-0295065

INVOICE# 113059
DATE: 9/08/10
PAGE 01
JOB # 10-983AW

1789

MR. LESTER HEWITT
AKIN, GUMP, STRAUSS,
HAUER & FELD, L.L.P.
1111 LOUISIANA, STE. 4400
HOUSTON, TX 77002

*mcp*

H082531
CAUSE NUMBER
Reprinted:12/22/10

10/8

RECEIVED BY

JAN 0 5 2011

Accounting

ONE COPY OF THE DEPOSITION OF:
KARSTEN HEIDECKE, TAKEN ON 7-22-10

754.48

TESCO CORPORATION
VS.
WEATHERFORD INTERNATIONAL INC.; NATIONAL OILWELL
VARCO, LP; OFFSHORE ENTERGY SERVICES, INC., ET AL

(D)

--------
Total . . . . . . . . . . . . . . . . .        754.48
    Less Payment Received                         _

Total Now Due . . . . . . . . . . . . .        754.48

PAST DUE ACCOUNT - PLEASE REMIT PAYMENT
FEEL FREE TO CONTACT ME IF YOU HAVE ANY QUESTIONS
TERRY@ROSSREPORTING.COM
281 412-5617 DIRECT

NOW ACCEPTING VISA, MASTERCARD, AMEX & DISCOVER
LOCALLY OWNED AND INDEPENDENTLY OPERATED

REPORTING - RECORDS - VIDEO - VIDEOCONFERENCING

VENDOR # 63369
ACCT. 109350

JAN 11 2011

VOUCHER #
ENTERED / REVIEWED

RECEIVED
JAN 11 2011



 

# The Document Group

1010 Lamar, Suite 120
Houston, TX 77002
Phone # 713-343-4000
Tax ID # 11-3798060

**a minority-owned company**

# Invoice 3\11

| Date | Invoice # |
|------|-----------|
| 9/24/2010 | 102912 |

**BILL TO:**

Akin Gump, et. al.
Attn: Accounts Payable
1111 Louisiana, 42nd Floor
Houston, Texas 77002

FEB 24 201

**REMIT PAYMENT TO:**

The Document Group
1010 Lamar, Suite 120
Houston, Texas 77002

| Ordered By | Terms | Rep | P. O. #/Client-Matter |
|------------|-------|-----|------------------------|
| Lynn Marlin | Net 25 | SF | 683946.0005 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | Exhibit Boards | 40x60 Color Exhibit Boards | 150.00 | 150.00T |
| | | Sales Tax | 8.25% | 12.38 |

*Trial Demonstrative*

VENDOR # 58001
ACCT. 11003

MAR 1 1 2011

VOUCHER #
ENTERED                REVIEWED

| PLEASE PAY FROM THIS INVOICE. THANK YOU FOR YOUR BUSINESS! | **Total** | $162.38 |
|---|---|---|

*Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 30 days.*

Received By: _____     Date: _____

# INVOICE

LEGAL SPECIALTIES PLUS, INC
3560 EAST TC JESTER BLVD.
HOUSTON, TEXAS 77018



INVOICE NO: 004014
FROM INVOICE: 004014
DATE OF INVOICE: 10/15/10
REF/PO#: BRIAN
TEL: (713)263-7711
FAX: (713)263-7714

2549322

SOLD TO: 6030 / TV

MORGAN LEWIS
ACCOUNTS PAYABLE
1000 LOUISIANA #4200
HOUSTON, TX 77002

SHIP TO: 000/BRIAN          PAGE 1
MORGAN LEWIS
1000 LOUISIANA #4200
BRIAN PARSONS
HOUSTON, TX 77002
PHONE: (713)890-5000  RTS: -0
FAX:   (713)890-5001

| Item No | Mfx Pfx | Part Number | ITEM DESCRIPTION | UM | Qty Ordered | Qty Shipped | Qty to Follow | Unit Price | Extended Price | Tx St |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | UNV | 20995 | BNDR,VIEW,D-RNG,4",BK.... | Ea | 240 | 240 | 0 | 8.01 | 1922.40 | T |
| 2 | LSP | 9009 | BLANK 1/8 STRCLT MAT32ST/ | Bx | 19 | 19 | 0 | 36.40 | 691.60 | T |

RECEIVED
NOV 18 2010

--------------------------------------------------------------------

RECEIVED BY: _____
   CARRIER..: OUR TRUCK
   FOB POINT: YOUR OFFICE      INVOICE DUE ON OR BEFORE 11/14/10
   TERMS....: Net 30 days from date of Inv.
ja-001   6030   / 004014   LATE CHRG: 1.50%/$1.00 MIN.

SUB-TOTAL-->>    2614.00
SALES TAX-->>     215.66
                ----------
INV. TOTAL-->>   $2829.66
                ==========
                 707.41

```
** THANK YOU FOR YOUR ORDER **
** PLEASE VISIT US AT LEGALSPECIALTIESPLUS.COM **
```

LEGAL SPECIALTIES PLUS, INC
3560 EAST TC JESTER BLVD.
HOUSTON, TEXAS  77018

# INVOICE



INVOICE NO: 004056
FROM INVOICE: 004056
DATE OF INVOICE: 10/20/10
REF/PO#: MICHAEL
TEL: (713)263-7711
FAX: (713)263-7714

SOLD TO: 6030 / TV

MORGAN LEWIS
ACCOUNTS PAYABLE
1000 LOUISIANA #4200
HOUSTON, TX 77002

SHIP TO:  000/BRIAN                    PAGE 1
MORGAN LEWIS
1000 LOUISIANA #4200
MICHAEL SALDIVAR
HOUSTON, TX 77002
PHONE: (713)890-5000  RTE: -0
FAX:   (713)890-5001

| Item No | Mfr Pfx | Part Number | ITEM DESCRIPTION | UM | Qty Ordered | Qty Shipped | Qty to Follow | Unit Price | Extended Price | Tx St |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | UNV | 20746 | BNDR,VIEW,D-RNG,2IN,WE... | Ea | 12 | 12 | 0 | 5.26 | 63.12 | T |
| 2 | UNV | 20745 | BNDR,VIEW,D-RNG,2IN,BK... | Ea | 24 | 24 | 0 | 5.26 | 126.24 | T |
| 3 | UNV | 20747 | BNDR,VIEW,D-RNG,3IN,BK... | Ea | 18 | 18 | 0 | 6.48 | 116.64 | T |
| 4 | UNV | 20995 | BNDR,VIEW,D-RNG,4",BK.... | Ea | 12 | 12 | 0 | 8.02 | 96.24 | T |
| 5 | BSN | 65792 | PKT,FILE,LTR,5.25,EXP,RD. | Bx | 20 | 20 | 0 | 7.75 | 155.00 | TC |
| 6 | LSP | 033021NTAA | 8.5X11 SQ CVR CLR 10M.... | Pk | 2 | 2 | 0 | 22.00 | 44.00 | TC |
| 7 | LSP | 030206BKAA | 8.5X11 SQ CMP CVR BLK.... | Pk | 2 | 2 | 0 | 44.00 | 88.00 | TC |
| 8 | LSP | 6001 | BLANK POS 1 PAP 1/5, 250/ | Bx | 1 | 1 | 0 | 25.00 | 25.00 | TC |
| 9 | LSP | 6002 | BLANK POS 2 PAP 1/5, 250/ | Bx | 1 | 1 | 0 | 25.00 | 25.00 | TC |
| 10 | LSP | 6003 | BLANK POS 3 PAP 1/5, 250/ | Bx | 1 | 1 | 0 | 25.00 | 25.00 | TC |
| 11 | LSP | 2001 | NUMBBER 1, LTR SIDE TAB... | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 12 | LSP | 2002 | NUMBER 2, LTR SIDE TAB... | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |

CONTINUED ON NEXT PAGE . . .

RECEIVED
NOV 18 2010

LEGAL SPECIALTIES PLUS, INC
3560 EAST TC JESTER BLVD.
HOUSTON, TEXAS   77018

INVOICE NO: 004056
FROM INVOICE: 004056
DATE OF INVOICE: 10/20/10
REF/PO#: MICHAEL
TEL: (713)263-7711
FAX: (713)263-7714

SOLD TO: 6030 / TV

MORGAN LEWIS
ACCOUNTS PAYABLE
1000 LOUISIANA #4200
HOUSTON, TX 77002

SHIP TO:  000/BRIAN                        PAGE 2
MORGAN LEWIS
1000 LOUISIANA #4200
MICHAEL SALDIVAR
HOUSTON, TX 77002
PHONE: (713)890-5000  RTE: -0
FAX:   (713)890-5001

| Item No | Mfr Pfx | Part Number | ITEM DESCRIPTION | UM | Qty Ordered | Qty Shipped | Qty to Follow | Unit Price | Extended Price | Tx St |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | LSP | 2003 | NUMBER 3, LTR SIDE TAB... | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 14 | LSP | 2004 | NUMBER 4, LTR SIDE TAB... | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 15 | LSP | 2005 | NUMBER 5, LTR SIDE TAB... | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 16 | LSP | 2006 | NUMBER 6, LTR SIDE TAB... | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 17 | LSP | 2007 | NUMBER 7, LTR SIDE TAB... | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 18 | LSP | 2008 | NUMBER 8, LTR SIDE TAB... | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 19 | LSP | 2009 | NUMBER 9, LTR SIDE TAB... | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 20 | LSP | 2010 | NUMBER 10, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 21 | LSP | 2011 | NUMBER 11, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 22 | LSP | 2012 | NUMBER 12, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 23 | LSP | 2013 | NUMBER 13, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 24 | LSP | 2014 | NUMBER 14, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |

CONTINUED ON NEXT PAGE . . .

RECEIVED
NOV 18 2010

LEGAL SPECIALTIES PLUS, INC
3560 EAST TC JESTER BLVD.
HOUSTON, TEXAS 77018

INVOICE NO: 004056
FROM INVOICE: 004056
DATE OF INVOICE: 10/20/10
REF/PO#: MICHAEL
TEL: (713)263-7711
FAX: (713)263-7714

SOLD TO: 6030 / TV

MORGAN LEWIS
ACCOUNTS PAYABLE
1000 LOUISIANA #4200
HOUSTON, TX 77002

SHIP TO: 000/BRIAN                    PAGE 3
MORGAN LEWIS
1000 LOUISIANA #4200
MICHAEL SALDIVAR
HOUSTON, TX 77002
PHONE: (713)890-5000   RTE: -0
FAX:   (713)890-5001

| Item No- | Mfr Pfx | ----Part----<br>---Number--- | ------ I T E M --------<br>--D E S C R I P T I O N-- UM | --Qty--<br>Ordered | --Qty--<br>Shipped | Qty to<br>Follow | ----Unit<br>---Price | -Extended<br>----Price | Tx<br>St |
|---|---|---|---|---|---|---|---|---|---|
| 25 | LSP | 2015 | NUMBER 15, LTR SIDE TAB.. Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 26 | LSP | 2016 | NUMBER 16, LTR SIDE TAB.. Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 27 | LSP | 2017 | NUMBER 17, LTR SIDE TAB.. Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 28 | LSP | 2018 | NUMBER 18, LTR SIDE TAB.. Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 29 | LSP | 2019 | NUMBER 19, LTR SIDE TAB.. Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 30 | LSP | 2020 | NUMBER 20, LTR SIDE TAB.. Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 31 | LSP | 2021 | NUMBER 21, LTR SIDE TAB.. Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 32 | LSP | 2022 | NUMBER 22, LTR SIDE TAB.. Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 33 | LSP | 2023 | NUMBER 23, LTR SIDE TAB.. Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 34 | LSP | 2024 | NUMBER 24, LTR SIDE TAB.. Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 35 | LSP | 2025 | NUMBER 25, LTR SIDE TAB.. Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 36 | LSP | 2026 | NUMBER 26, LTR SIDE TAB.. Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |

CONTINUED ON NEXT PAGE . . .

RECEIVED
NOV 18 2010

LEGAL SPECIALTIES PLUS, INC
3560 EAST TC JESTER BLVD.
HOUSTON, TEXAS  77018

INVOICE NO: 004056
FROM INVOICE: 004056
DATE OF INVOICE: 10/20/10
REF/PO#: MICHAEL
TEL: (713)263-7711
FAX: (713)263-7714

SOLD TO: 6030 / TV

MORGAN LEWIS
ACCOUNTS PAYABLE
1000 LOUISIANA #4200
HOUSTON, TX 77002

SHIP TO:  000/BRIAN                    PAGE 4
MORGAN LEWIS
1000 LOUISIANA #4200
MICHAEL SALDIVAR
HOUSTON, TX 77002
PHONE: (713)890-5000  RTE: -0
FAX:   (713)890-5001

| Item No | Mfr Pfx | Part Number | ITEM DESCRIPTION | UM | Qty Ordered | Qty Shipped | Qty to Follow | Unit Price | Extended Price | Tx St |
|---|---|---|---|---|---|---|---|---|---|---|
| 37 | LSP | 2027 | NUMBER 27, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 38 | LSP | 2028 | NUMBER 28, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 39 | LSP | 2029 | NUMBER 29, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 40 | LSP | 2030 | NUMBER 30, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 41 | LSP | 2031 | NUMBER 31, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 42 | LSP | 2032 | NUMBER 32, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 43 | LSP | 2033 | NUMBER 33, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 44 | LSP | 2034 | NUMBER 34, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 45 | LSP | 2035 | NUMBER 35, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 46 | LSP | 2036 | NUMBER 36, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 47 | LSP | 2037 | NUMBER 37, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 48 | LSP | 2038 | NUMBER 38, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |

CONTINUED ON NEXT PAGE . . .

RECEIVED
NOV 18 2010

LEGAL SPECIALTIES PLUS, INC
3560 EAST TC JESTER BLVD.
HOUSTON, TEXAS  77018

INVOICE NO: 004056
FROM INVOICE: 004056
DATE OF INVOICE: 10/20/10
REF/PO#: MICHAEL
TEL: (713)263-7711
FAX: (713)263-7714

SOLD TO: 6030 / TV

MORGAN LEWIS
ACCOUNTS PAYABLE
1000 LOUISIANA #4200
HOUSTON, TX 77002

SHIP TO: 000/BRIAN                    PAGE 5
MORGAN LEWIS
1000 LOUISIANA #4200
MICHAEL SALDIVAR
HOUSTON, TX 77002
PHONE: (713)890-5000  RTE: -0
FAX:   (713)890-5001

| Item No- | Mfr Pfx | ----Part---- ---Number--- | ------- I T E M -------- --D E S C R I P T I O N-- | UM | --Qty-- Ordered | --Qty-- Shipped | Qty to Follow | ----Unit ---Price | -Extended ----Price | Tx St |
|---|---|---|---|---|---|---|---|---|---|---|
| 49 | LSP | 2039 | NUMBER 39, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 50 | LSP | 2040 | NUMBER 40, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 51 | LSP | 2041 | NUMBER 41, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 52 | LSP | 2042 | NUMBER 42, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 53 | LSP | 2043 | NUMBER 43, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 54 | LSP | 2044 | NUMBER 44, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 55 | LSP | 2045 | NUMBER 45, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 56 | LSP | 2046 | NUMBER 46, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 57 | LSP | 2047 | NUMBER 47, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 58 | LSP | 2048 | NUMBER 48, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 59 | LSP | 2049 | NUMBER 49, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |
| 60 | LSP | 2050 | NUMBER 50, LTR SIDE TAB.. | Pk | 10 | 10 | 0 | 2.50 | 25.00 | TC |

RECEIVED BY:_____
    CARRIER..: OUR TRUCK
    FOB POINT: YOUR OFFICE          INVOICE DUE ON OR BEFORE 11/19/10
    TERMS....: Net 30 days from date of Inv.
ja-001   6030   / 004056   LATE CHRG: 1.50%/$1.00 MIN.

SUB-TOTAL-->>     2014.24
SALES TAX-->>      166.17
                ----------
INV. TOTAL-->>   $2180.41
                ==========
                  545.10

** THANK YOU FOR YOUR ORDER **RECEIVED
** PLEASE VISIT US AT LEGALSPECIALTIESPLUS.COM **
                                    NOV 18 2010

11|15

 

# The Document Group

**Invoice**

The
Document
Group
*a minority-owned company*

1010 Lamar, Suite 120
Houston, TX 77002
Phone # 713-343-4000
Tax ID # 11-3798060

| Date | Invoice # |
|------|-----------|
| 10/21/2010 | 103281 |

**BILL TO:**

Akin Gump, et. al.
Attn: Accounts Payable
1111 Louisiana, 42nd Floor
Houston, Texas 77002

**RECEIVED BY**

**NOV 0 9 2010**

**Accounting**

**REMIT PAYMENT TO:**

The Document Group
1010 Lamar, Suite 120
Houston, Texas 77002

| Ordered By | Terms | Rep | P. O. #/Client Matter |
|------------|-------|-----|-----------------------|
| Lynn Marlin | Net 25 | SF | 683945.0005 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,066 | Blowbacks | Blowbacks from Digital Media | 0.08 | 85.28T |
| 102 | Blowbacks | Color Blowbacks from Digital Media | 0.69 | 70.38T |
| 242 | Custom Tabs | Custom Tabs provided and inserted | 0.60 | 145.20T |
| 2 | 4" D-Ring | 4" D-Ring White Clearview Binders | 22.95 | 45.90T |

Project: Tesco Trial Exhibitsw/ FCCW
Production Documents
Sales Tax

VENDOR # 58604
ACCT. 07644

NOV 1 0 2010

VOUCHER #
ENTERED ☑ REVIEWED ☑

# ORIGINAL INVOICE

**PLEASE SUBMIT TO ACCOUNTS
PAYABLE DEPARTMENT**

**RECEIVED**

**NOV 1 0 2010**

PLEASE PAY FROM THIS INVOICE. THANK YOU FOR YOUR
BUSINESS!

**Total**

*Your signature below is an agreement that the above described work has been authorized and received. The
party above assures payment of this invoice within 30 days.*
*Received By: _____ Date: _____*

  The Document Group *sH* 

# The Document Group
## Invoice

The
Document
Group
*a minority-owned company*

eDoc SOLUTIONS

The Document Group
1010 Lamar, Suite 120
Houston, TX 77002
Phone # 713-343-4000
Tax ID # 11-3798060

| Date | Invoice # |
|------|-----------|
| 10/21/2010 | 103282 |

**BILL TO:**

Akin Gump, et. al.
Attn: Accounts Payable
1111 Louisiana, 42nd Floor
Houston, Texas 77002

**RECEIVED BY**

NOV 0 9 2010

Accounting

**REMIT PAYMENT TO:**

The Document Group
1010 Lamar, Suite 120
Houston, Texas 77002

| Ordered By | Terms | Rep | P. O. #/Client Matter |
|------------|-------|-----|------------------------|
| Lynn Marlin | Net 25 | SF | ▓▓▓▓▓▓ |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 43,093 | Blowbacks | Blowbacks from Digital Media (3-HOLE DRILL PAPER) | 0.10 | 4,309.30T |
| 2,190 | Blowbacks | Color Blowbacks from Digital Media | 0.69 | 1,511.10T |
| 1,840 | Custom Tabs | Custom Tabs provided and inserted | 0.60 | 1,104.00T |
| 126 | Special Stock | Special Stock - Cardstock Covers and Spines | 0.25 | 31.50T |
| 30 | 1" D-Ring | 1" D-Ring White Clearview Binders | 7.95 | 238.50T |
| 13 | 2" D-Ring | 2" D-Ring White Clearview Binders | 11.95 | 155.35T |
| 3 | 3" D-Ring | 3" D-Ring White Clearview Binders | 15.95 | 47.85T |
| 17 | 5" D-Ring | 5" D-Ring White Clearview Binders | 39.95 | 679.15T |

ORIGINAL INVOICE

PAYABLE DEPARTMENT

***ATTORNEY EXHIBIT REVIEW
NOTEBOOKS DELIVERED ON SUNDAY
10/17/10 AT 9AM***
Sales Tax

VENDOR # 5860
ACCT. 1071647

NOV 1 0 2010

RECEIVED NOV 1 0 2010

VOUCHER #
ENTERED    REVIEWED

PLEASE PAY FROM THIS INVOICE. THANK YOU FOR YOUR
BUSINESS!

**Total**

*Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 30 days.*

Received By: _____    Date: _____

# INVOICE

**LEGAL SPECIALTIES PLUS, INC**
**3560 EAST TC JESTER BLVD.**
**HOUSTON, TEXAS 77018**

INVOICE NO: 004097
FROM INVOICE: 004097
DATE OF INVOICE: 10/25/10
REF/PO#: MICHAEL
TEL: (713)263-7711    *2549322*
FAX: (713)263-7714



SOLD TO: 6030 / TV

MORGAN LEWIS
ACCOUNTS PAYABLE
1000 LOUISIANA #4200
HOUSTON, TX 77002

SHIP TO: 000/MICHAEL          PAGE 1
MORGAN LEWIS
1000 LOUISIANA #4200
MICHAEL SALDIVAR
HOUSTON, TX 77002
PHONE: (713)890-5000  RTE: -0
FAX:   (713)890-5001

| Item No- | Mfr Pfx | ----Part---- Number--- | --------I T E M-------- D E S C R I P T I O N-- | UM | --Qty-- Ordered | --Qty-- Shipped | Qty to Follow | ----Unit ---Price | -Extended -Price | Tx St |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | UNV | 20818 | INDEX,ERASE1-8TAB,WE..... | Ea | 388 | 388 | 0 | 1.49 | 578.12 | TC |
| 2 | | | DELIVERED ON 10/22/2010 | | | | | | | |
| 3 | UNV | 20818 | INDEX,ERASE1-8TAB,WE..... | Ea | 288 | 288 | 0 | 1.49 | 429.12 | TC |
| 4 | | | DELIVERED ON 10/25/2010 | | | | | | | |

RECEIVED
NOV 18 2010

-----------------------------------------------------------------------

RECEIVED BY: _____
CARRIER..: OUR TRUCK
FOB POINT: YOUR OFFICE          INVOICE DUE ON OR BEFORE 11/24/10
TERMS....: Net 30 days from date of Inv.
ja-001   6030  / 004097   LATE CHRG: 1.50%/$1.00 MIN.

SUB-TOTAL-->>    1007.24
SALES TAX-->>      83.10
                ----------
INV. TOTAL-->>   $1090.34
                ==========
                 272.59

======================================================================

**\*\* THANK YOU FOR YOUR ORDER \*\***
**\*\* PLEASE VISIT US AT LEGALSPECIALTIESPLUS.COM \*\***

# CREDIT

LEGAL SPECIALTIES PLUS, INC
3560 EAST TC JESTER BLVD.
HOUSTON, TEXAS 77018

INVOICE NO: 004096
FROM INVOICE: 004096
DATE OF INVOICE: 10/25/10
REF/PO#: BRIAN PARSONS
TEL: (713) 263-7711
FAX: (713) 263-7714          2549322



SOLD TO: 6030 / TV

MORGAN LEWIS
ACCOUNTS PAYABLE
1000 LOUISIANA #4200
HOUSTON, TX 77002

SHIP TO: 000/MICHAEL                    PAGE 1
MORGAN LEWIS
1000 LOUISIANA #4200
BRIAN PARSONS
HOUSTON, TX 77002
PHONE: (713) 890-5000  RTE: -0
FAX:   (713) 890-5001

| Item No- | Mfr Pfx | ----Part----<br>---Number--- | ------- I T E M -------<br>--D E S C R I P T I O N-- | UM | --Qty--<br>Ordered | --Qty--<br>Shipped | Qty to<br>Follow | ----Unit<br>---Price | -Extended<br>----Price | Tx<br>St |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LSP | 9009 | BLANK 1/8 STRCLT MAT32ST/ | Bx | -12 | -12 | 0 | 36.40 | -436.80 | T |
| | 12 B | LSPI-9009......... | credited 10/25/10 by ja-001; Inv/Seq 004014   2 | | | | | | | |

RECEIVED
NOV 18 2010

-------------------------------------------------------

RECEIVED BY: _____
    CARRIER..: OUR TRUCK
    FOB POINT: YOUR OFFICE          INVOICE DUE ON OR BEFORE 11/24/10
    TERMS....: Net 30 days from date of Inv.
ja-001   6030   / 004096   LATE CHRG: 1.50%/$1.00 MIN.

SUB-TOTAL-->>    -436.80
SALES TAX-->>     -36.04
                 ----------
INV. TOTAL-->>  $-472.84
                ==========
                   -118.21

========================================================

## ** THANK YOU FOR YOUR ORDER **
## ** PLEASE VISIT US AT LEGALSPECIALTIESPLUS.COM **

Morgan, Lewis & Bockius LLP
1000 Louisiana Street
Suite 4200
Houston, TX 77002
Tel. 713.890.5000
Fax: 713.890.5001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**James L. Beebe**
Associate
713.890.5187
jbeebe@MorganLewis.com

October 27, 2010

| Robert M. Bowick | C. James Bushman | Lester L. Hewitt |
|---|---|---|
| John W. Raley, III | Browning Bushman, P.C. | Akin Gump Strauss Hauer & Feld LLP |
| Raley and Bowick LLP | 5851 San Felipe, Suite 975 | 1111 Louisiana Street, 44th Floor |
| 1800 Augusta Dr. S 300 | Houston, TX 77057 - 8018 | Houston, Texas 77002-5002 |
| Houston, TX 77057 | | |

Re:     Civil Action No. 4:08-CV-02531; *Tesco Corporation v. Weatherford International, Inc., National Oilwell Varco, L.P., Offshore Energy Services, Inc. and Frank's Casing Crew and Rental Tools, Inc.*; United States District Court, Southern District of Texas, Houston Division

Gentlemen:

Enclosed is a copy of an Invoice from Cornerstone Documents dated October 25, 2010 in the amount of $29,595.01. This Invoice covers services and copies for trial preparation. As previously agreed, this cost will be split four ways. Please send a check made payable to Cornerstone Documents for your respective portion ($7,398.75) directly to Cornerstone at the address at the top of the invoice.

If you have any questions, please do not hesitate to contact me.

Sincerely,

/Paul E. Krieger/

Paul E. Krieger

Encl.: as noted

cc: E. Ducote


CORNERST⊗NE
D⊗CUMENTS  P.O. Box 53888
Houston, TX 77052-3888
713-225-5800
Fed Tax ID 65-1166227

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/25/2010 | 19489 |

**Bill To**

Morgan & Lewis LLP
1000 Louisiana # 4200
Houston, TX 77002

**Ship To**

Morgan & Lewis LLP
1000 Louisiana # 4200
Houston, TX 77002

| Client Matter Number | | Terms | Rep | Job Number | Ordered By |
|---|---|---|---|---|---|
| Weatherford | | Net 15 | CD | Oct 87 | Elizabeth Ducote |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 13,326 | 5000 | Scanning - B/W Letter/Legal | 0.15 | 1,998.90T |
| 2,879 | 5002 | Scanning - Color Letter/Legal | 1.00 | 2,879.00T |
| 53,304 | 2504 | Copies Heavy Litigation | 0.15 | 7,995.60T |
| 11,516 | 2611 | Color Copies Letter/Legal | 1.00 | 11,516.00T |
| 37 | 9010 | Labor inserting tabs and putting job in correct order per hour. | 50.00 | 1,850.00T |
| 4,000 | 2800 | Generate labels and applie to tabs | 0.05 | 200.00T |
| 29 | 4500 | Master CD's | 25.00 | 725.00T |
| 5 | 4100 | Master DVD | 35.00 | 175.00T |
| | | Recreating tiff's to PDF's no Charge | | |

Thank you for your business.

| | |
|---|---|
| **Subtotal** | $27,339.50 |
| **Sales Tax (8.25%)** | $2,255.51 |
| **Total** | $29,595.01 |

11 23

 

# The Document Group
## Invoice

The Document Group
1010 Lamar, Suite 120
Houston, TX 77002
Phone # 713-343-4000
Tax ID # 11-3798060

| Date | Invoice # |
|------|-----------|
| 10/29/2010 | 103414 |

**BILL TO:**

Akin Gump, et. al.
Attn: Accounts Payable
1111 Louisiana, 42nd Floor
Houston, Texas 77002

RECEIVED BY

NOV 0 9 2010

Accounting

**REMIT PAYMENT TO:**

The Document Group
1010 Lamar, Suite 120
Houston, Texas 77002

| Ordered By | Terms | Rep | P. O. #/Client Matter |
|------------|-------|-----|------------------------|
| Lynn Marlin | Net 25 | SF | ▮▮▮▮▮ |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,108 | Digital Color ... | Digital Color Prints | 0.69 | 764.52T |
| 256 | Slip Sheets | Slip Sheets Provided | 0.08 | 20.48T |
| | | Sales Tax | 8.25% | 64.76 |

ORIGINAL INVOICE
PLEASE SUBMIT TO ACCOUNTS
PAYABLE DEPARTMENT

VENDOR # S&OY
ACCT. 107646

NOV 10 2010

VOUCHER #
ENTERED REVIEWED

RECEIVED
NOV 10 2010

PLEASE PAY FROM THIS INVOICE. THANK YOU FOR YOUR
BUSINESS!

**Total** $849.76

*Your signature below is an agreement that the above described work has been authorized and received. The
party above assures payment of this invoice within 30 days.*
*Received By:_____ Date:_____*

11/23

 The Document Group

 eDoc SOLUTIONS ®

a minority-owned company

# The Document Group

1010 Lamar, Suite 120
Houston, TX 77002
Phone # 713-343-4000
Tax ID # 11-3798060

# Invoice

| Date | Invoice # |
|---|---|
| 10/29/2010 | 103415 |

**BILL TO:**

Akin Gump, et. al.
Attn: Accounts Payable
1111 Louisiana, 42nd Floor
Houston, Texas 77002

**RECEIVED BY**

NOV 0 9 2010

Accounting

**REMIT PAYMENT TO:**

The Document Group
1010 Lamar, Suite 120
Houston, Texas 77002

| Ordered By | Terms | Rep | P. O. #/Client Matter |
|---|---|---|---|
| Lynn Marlin | Net 25 | SF | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 434 | 8.5x11 | 8.5x11 Color Copies | 0.69 | 299.46T |
| 17 | Regular | Regular Tabs provided and inserted | 0.35 | 5.95T |
| 3 | Custom Tabs | Custom Tabs provided and inserted | 0.75 | 2.25T |
| 5 | Slip Sheets | Slip Sheets Provided | 0.08 | 0.40T |
| 1 | 2" D-Ring | 2" D-Ring White Clearview Binders | 11.95 | 11.95T |

**ORIGINAL INVOICE**
***RUSH PROJECT ON SUNDAY 10/24/10***
Sales Tax PLEASE SUBMIT TO ACCOUNTS
PAYABLE DEPARTMENT

VENDOR # 58604
ACCT. 107046

NOV 1 0 2010

VOUCHER #
ENTERED REVIEWED

RECEIVED
NOV 1 0 2010

PLEASE PAY FROM THIS INVOICE. THANK YOU FOR YOUR BUSINESS!

**Total**

*Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 30 days.*

Received By: _____    Date: _____

11\23

 

**The**
**Document**
**Group**
*a minority-owned company* ®

# The Document Group
1010 Lamar, Suite 120
Houston, TX 77002
Phone # 713-343-4000
Tax ID # 11-3798060

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/29/2010 | 103416 |

**BILL TO:**

Akin Gump, et. al.
Attn: Accounts Payable
1111-Louisiana, 42nd Floor
Houston, Texas 77002

RECEIVED BY

NOV 0 9 2010

Accounting

**REMIT PAYMENT TO:**

The Document Group
1010 Lamar, Suite 120
Houston, Texas 77002

| Ordered By | Terms | Rep | P. O. #/Client Matter |
|------------|-------|-----|------------------------|
| Lynn Marlin | Net 25 | SF | █████████ |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 340 | Digital Prints | B/W Digital Prints | 0.08 | 27.20T |
| 340 | 8.5x11 | 8.5x11 Color Copies | 0.69 | 234.60T |
| | | Project: Exhibit 514, B/W and Color | | |
| | | ***RUSH PROJECT ON 10/28/10*** | | |
| | | Sales Tax | | |

## ORIGINAL INVOICE

VENDOR # 58604
ACCT. 107646

**PLEASE SUBMIT TO ACCOUNTS**
**PAYABLE DEPARTMENT**

NOV 1 0 2010

VOUCHER #
ENTERED ✓ REVIEWED

RECEIVED
NOV 1 0 2010

PLEASE PAY FROM THIS INVOICE. THANK YOU FO
BUSINESS!

Total

*Your signature below is an agreement that the above described work has been authorized and received. The*
*party above assures payment of this invoice within 30 days.*
Received By:_____ Date:_____

11/23

 

# The Document Group

**The Document Group**
1010 Lamar, Suite 120
Houston, TX 77002
Phone # 713-343-4000
Tax ID # 11-3798060

*a minority-owned company*

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/29/2010 | 103417 |

**BILL TO:**

Akin Gump, et. al.
Attn: Accounts Payable
1111 Louisiana, 42nd Floor
Houston, Texas 77002

**RECEIVED BY**

NOV 0 9 2010

Accounting

**REMIT PAYMENT TO:**

The Document Group
1010 Lamar, Suite 120
Houston, Texas 77002

| Ordered By | Terms | Rep | P. O. #/Client Matter |
|------------|-------|-----|------------------------|
| Lynn Marlin | Net 25 | SF | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,447 | 8.5x11 | 8.5x11 Color Copies | 0.69 | 998.43T |
| 25 | Regular | Regular Tabs provided and inserted | 0.35 | 8.75T |
| 32 | Custom Tabs | Custom Tabs provided and inserted | 0.75 | 24.00T |

***RUSH PROJECT AT 10:15PM ON
TUESDAY 10/26/10**

**ORIGINAL INVOICE**

Sales Tax **PLEASE SUBMIT TO ACCOUNTS
PAYABLE DEPARTMENT**

VENDOR # 5804
ACCT. 107646

NOV 1 0 2010

VOUCHER #
ENTERED ✗ REVIEWED ✗

RECEIVED
NOV 1 0 2010

PLEASE PAY FROM THIS INVOICE. THANK YOU FOR YOUR
BUSINESS!

**Total**

*Your signature below is an agreement that the above described work has been authorized and received. The
party above assures payment of this invoice within 30 days.*
Received By:_____ Date:_____


**easy serve**
P O BOX 52490
Houston, TX 77052

SUZANNE CSIZMADIA
AKIN GUMP
1111 LOUISIANA, 44TH FLOOR
HOUSTON, TX 77002

INVOICE: 195030-1
INVOICE DATE: 11/01/2010
PAYMENT DUE IN 15 DAYS

| | |
|---|---|
| **CLIENT REF.#:** | H-08-2531 |
| **CAUSE #:** | H-08-2531 |
| **PLAINTIFF:** | TESCO CORPORATION |
| **DEFENDANT:** | WEATHERFORD INTERNATIONAL INC et al |
| **DOCUMENTS:** | SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION |
| **SERVED:** | JULIO QUINTANA |
| **ADDRESS:** | 3993 WEST SAM HOUSTON PKWY NORTH #100 HOUSTON, TX 77043 |

| | | | | | |
|---|---|---|---|---|---|
| **ORDER TYPE:** | Civil Process | **ORDER DATE:** | 10/15/2010 | **CLOSED DATE:** | 10/26/2010 |
| **PRIORITY:** | Immediate | **ORDER TIME:** | 10:10 | **CLOSED TIME:** | 19:08 |

**Reason Not Served: UNABLE TO SERVE - Not at this address - related pa**

DETAILED CHARGES:

| Description | Charge |
|---|---|
| Service | 144.00 |
| **AMOUNT NOW DUE** | **144.00** |

All of us at easy-serve appreciate your business!
For questions about this invoice, please contact us at
info@easy-serve.com, or 800 697 9751.



**easy** serve
P O BOX 52490
Houston, TX 77052

SUZANNE CSIZMADIA
AKIN GUMP
1111 LOUISIANA, 44TH FLOOR
HOUSTON, TX 77002

INVOICE: 195030-2
INVOICE DATE: 11/01/2010
PAYMENT DUE IN 15 DAYS

| | |
|---|---|
| **CLIENT REF.#:** | **H-08-2531** |
| **CAUSE #:** | H-08-2531 |
| **PLAINTIFF:** | TESCO CORPORATION |
| **DEFENDANT:** | WEATHERFORD INTERNATIONAL INC et al |
| **DOCUMENTS:** | SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION |
| **SERVED:** | KEVIN NIKIFORUK |
| **ADDRESS:** | 10619 TWILIGHT CREEK LN CYPRESS, TX 77433 |

| | | | | | |
|---|---|---|---|---|---|
| **ORDER TYPE:** | Civil Process | **ORDER DATE:** | 10/15/2010 | **CLOSED DATE:** | 10/27/2010 |
| **PRIORITY:** | Immediate | **ORDER TIME:** | 11:44 | **CLOSED TIME:** | 22:59 |

**Reason Not Served: UNABLE TO SERVE - Not at this address - third part**

**DETAILED CHARGES:**

| Description | Charge |
|---|---|
| Service | 144.00 |
| Additional Address - Rush | 60.00 |
| **AMOUNT NOW DUE** | **204.00** |

All of us at easy-serve appreciate your business!
For questions about this invoice, please contact us at
info@easy-serve.com, or 800 697 9751.


**easy serve**
P O BOX 52490
Houston, TX 77052

SUZANNE CSIZMADIA
AKIN GUMP
1111 LOUISIANA, 44TH FLOOR
HOUSTON, TX 77002

INVOICE: 195030-3
INVOICE DATE: 11/01/2010
PAYMENT DUE IN 15 DAYS

| | |
|---|---|
| **CLIENT REF.#:** | **H-08-2531** |
| **CAUSE #:** | H-08-2531 |
| **PLAINTIFF:** | TESCO CORPORATION |
| **DEFENDANT:** | WEATHERFORD INTERNATIONAL INC et al |
| **DOCUMENTS:** | SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION |
| **SERVED:** | JULIO QUINTANA |
| **ADDRESS:** | 3993 WEST SAM HOUSTON PKWY NORTH HOUSTON, TX 77043 |

| | | | | | |
|---|---|---|---|---|---|
| **ORDER TYPE:** | Civil Process | **ORDER DATE:** | 10/15/2010 | **CLOSED DATE:** | 10/31/2010 |
| **PRIORITY:** | Super Rush | **ORDER TIME:** | 13:57 | **CLOSED TIME:** | 19:15 |

**DETAILED CHARGES:**

| Description | Charge |
|---|---|
| Service | 150.00 |
| Federal Witness Fee | 50.00 |
| Additional Address | 40.00 |
| **AMOUNT NOW DUE** | **240.00** |

All of us at easy-serve appreciate your business!
For questions about this invoice, please contact us at
info@easy-serve.com, or 800 697 9751.

 

**The**
**Document**
**Group**
*a minority-owned company*

eDoc SOLUTIONS®

## The Document Group
1010 Lamar, Suite 120
Houston, TX 77002
Phone # 713-343-4000
Tax ID # 11-3798060

11\25
# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2010 | 103429 |

**BILL TO:**

Akin Gump, et. al.
Attn: Accounts Payable
1111 Louisiana, 42nd Floor
Houston, Texas 77002

RECEIVED BY

NOV 0 9 2010

Accounting

**REMIT PAYMENT TO:**

The Document Group
1010 Lamar, Suite 120
Houston, Texas 77002

| Ordered By | Terms | Rep | P. O. #/Client Matter | |
|------------|-------|-----|------------------------|--|
| Lynn Marlin | Net 25 | SF | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 565 | 8.5x11 | 8.5x11 Color Copies | 0.69 | 389.85T |
| 58 | Regular | Regular Tabs provided and inserted | 0.35 | 20.30T |
| 1 | 1.5" D-Ring | 1.5" D-Ring White Clearview Binders | 9.95 | 9.95T |
| 1 | 2" D-Ring | 2" D-Ring White Clearview Binders | 11.95 | 11.95T |

***ORIGINAL INVOICE***
\*\*\*RUSH JOB IN AT 11:00AM
ON SATURDAY 10/30/10\*\*\*
Sales Tax **PLEASE SUBMIT TO ACCOUNTS**
**PAYABLE DEPARTMENT**

VENDOR # 58604
ACCT. 107646

NOV 1 0 2010

VOUCHER #
ENTERED ☑  REVIEWED ☑

RECEIVED
NOV 1 0 2010

PLEASE PAY FROM THIS INVOICE. THANK YOU FOR YOUR BUSINESS!

**Total**

*Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 30 days.*
Received By:_____ Date:_____

 

**The** **Document Group**
1010 Lamar, Suite 120
Houston, TX 77002
Phone # 713-343-4000
Tax ID # 11-3798060

The
Document
Group
*a minority-owned company*



# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2010 | 103430 |

11 25

BILL TO:

Akin Gump, et. al.
Attn: Accounts Payable
1111 Louisiana, 42nd Floor
Houston, Texas 77002

**RECEIVED BY**

NOV 0 9 2010

Accounting

REMIT PAYMENT TO:

The Document Group
1010 Lamar, Suite 120
Houston, Texas 77002

| | Ordered By | Terms | Rep | P. O. #/Client Matter |
|---|------------|-------|-----|----------------------|
| | Lynn Marlin | Net 25 | SF | ▮▮▮▮ |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 846 | 8.5x11 | 8.5x11 Color Copies | 0.69 | 583.74T |
| 19 | Regular | Regular Tabs provided and inserted | 0.35 | 6.65T |
| 59 | Custom Tabs | Custom Tabs provided and inserted | 0.75 | 44.25T |
| 2 | 2" D-Ring | 2" D-Ring White Clearview Binders | 11.95 | 23.90T |

***RUSH PROJECT DELIVERED***
SUNDAY 10/31/10***
Sales Tax **PLEASE SUBMIT TO ACCOUNTS PAYABLE DEPARTMENT**

**ORIGINAL INVOICE**

8.25%          84.03

VENDOR # 56604
ACCT. 107646

NOV 1 0 2010

VOUCHER #
ENTERED ✗ REVIEWED

RECEIVED
NOV 1 0 2010

PLEASE PAY FROM THIS INVOICE. THANK YOU FOR YOUR BUSINESS!

**Total**          ▮▮▮▮

*Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 30 days.*
Received By:_____          Date:_____



**riot** creative imaging

**ARC**
An American Reprographics Company

REMIT TO:
RIDGWAY'S HOUSTON
P.O. BOX 842146
DALLAS, TX  75284-2146
Phone: (713) 988-9200
  Fax: (713) 988-9844
TaxId: 74-603-6592

INVOICE

| INVOICE NUMBER |
|---|

32-686156

Order: 195838
Date:  11/05/2010
Time:   1:24PM

BILL TO:

CASH SALES                    99999

  .
  TX

SHIP TO:

CASH SALES

  .
  TX

Phone: (713) 840-9077

Customer's P.O. Number
COPIES OF BROCHURE

Ordered By
TRAVIS HEWITT

Ship Via        Salesman
Cust pickup     NB -12

Invoiced By
MIKE SIMPSON

INVOICE                    TERMS: C.O.D

| ITEM NUMBER | DESCRIPTION | UOM | QUANTITY SHIPPED | BACK ORDERED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 2517.02 | DIGITAL COLOR COPY ADD. 8.5X11 | EA | 180 | | 1.1500 | 207.00 |
| | 15 copies of 12 originals | | | | | |
| 2538.01 | SPECIAL SERVICES - COLOR COPY | EA | 1 | | 15.00 | 15.00 |
| | SCANNING FOR PRINTING | | | | | |

------------------------ Notes ------------------------
OUR RIDGWAY'S DIGITAL COLOR LAB LOCATED AT 6300 GULFTON IN
HOUSTON HAS BEEN BRANDED TO RIOT CREATIVE IMAGING. VISIT US AT
WWW.RIOTCOLOR.COM TO LEARN HOW WE CAN SERVE YOUR COLOR
COMMUNICATIONS BETTER.

GO GREEN WITH RIDGWAY'S!
Please join Ridgway's in our commitment
to environmental responsibility by
utilizing our GREEN products & services.
Call now for more information.

Check# 014809                    240.32

| GROSS AMOUNT | TAX % | TAX AMOUNT | FREIGHT CHARGES | TOTAL AMOUNT DUE | |
|---|---|---|---|---|---|
| 222.00 | 8.2500 | 18.32 | | | $240.32 |

RECEIVED IN GOOD CONDITION
X_____                    | D A T E |            | T I M E |

Late Charges of 1.5% per month, equal to 18% annually, will be applied to past due balance.



# Expense Statement

### Employee information

| Name | Mike Webre |
| Card Number | 7842 |
| Position | N/A |

Department Engineering
Manager Mike Webre

| Date | Vendor | Description | Hotel | Transport | Fuel | Meals | Seminars | Misc. | TOTAL |
|------|--------|-------------|-------|-----------|------|-------|----------|-------|-------|
| 11/30/10 | Kangaroo Express | Fuel | | | 32.04 | | | | 32.04 |
| | | Total Visa | $ - | $ - | $ - | $ - | $ - | | $ - |
| | | Total Gas | $ - | $ - | | $ - | $ - | $ - | |
| | | Total Cash | $ - | $ - | $ - | $ - | $ - | $ - | |

Total Expense
Less Visa
Gas Card
Cash

*I hereby certify that the items stated above are correct, necessary, reasonable, and proper and include only such items as were incurred on behalf of the company.*

| Signature: | |
| Date: | |
| Notes: | |



# Expense Statement

## Employee information

| | | | |
|---|---|---|---|
| Name | Mike Webre | Department | Engineering |
| Card Number | 7842 | Manager | Mike Webre |
| Position | N/A | | |

**Pay period**

| From | November |
|---|---|
| To | November |

| Date | Vendor | Description | Hotel | Transport | Fuel | Meals | Seminars | Misc. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 11/8/10 | Double Tree | Hotel Stay while in Niagara for Jason Friel | 9224.7 | | | | | | 9224.7 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |

| | | Hotel | Transport | Fuel | Meals | Seminars | Misc. | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total Visa | $ - | $ - | $ - | $ - | $ - | | $ - | Total Exp |
| | Total Gas | $ - | $ - | | | $ - | | | Less Visa |
| | Total Cash | $ - | | $ - | $ - | $ - | $ - | | Gas Card |
| | | | | $ - | $ - | $ - | $ - | | Cash |

*I hereby certify that the items stated above are correct, necessary, reasonable, and proper and include only such items as were incurred on behalf of the company.*

**Signature:** Benjamin Long
2/14/11

Mike is staying in Houston for
SOCO Study

DOUBLETREE®
HOTELS·SUITES·RESORTS·CLUBS

400 DALLAS STREET
HOUSTON, TX 77002
TELEPHONE (713) 759-0202 · FAX (713) 752-2734
RESERVATIONS
www.doubletree.com or 1-800-222-TREE

| | |
|---|---|
| ROOM | 1926/NK1 |
| ARRIVAL DATE | 11/8/2010 8:31:00AM |
| DEPARTURE DATE | 11/11/2010 11:01:00AM |
| ADULT/CHILD | 1/0 |
| ROOM RATE | $238.00 |
| RATE PLAN | L-HSI |
| Hhonors # | 22854391 SILVER |
| AL: | |

**NAME & ADDRESS**

WEBRE-DNM, MIKE
105 STONEHILL RD.
LAFAYETTE, LA 70508
US

SCANNED
OCT 1 3 2011

CONFIRMATION NUMBER : 84399678

11/11/2010    PAGE    1

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 11/8/2010 | VALET PARKING (WEEKDAY) | NUH | 3461680 | $23.00 | | |
| 11/8/2010 | SALES TAX - MISC | NUH | 3461680 | $1.90 | | |
| 11/8/2010 | GUEST ROOM | NUH | 3461880 | $238.00 | | |
| 11/8/2010 | STATE TAX | NUH | 3461880 | $14.28 | | |
| 11/8/2010 | CITY TAX | NUH | 3461880 | $21.42 | | |
| 11/8/2010 | SPORTS TAX | NUH | 3461880 | $4.76 | | |
| 11/8/2010 | * TROFI | LINTR | 3462247 | $17.02 | | |
| 11/9/2010 | VALET PARKING (WEEKDAY) | NUH | 3462777 | $23.00 | | |
| 11/9/2010 | SALES TAX - MISC | NUH | 3462777 | $1.90 | | |
| 11/9/2010 | GUEST ROOM | NUH | 3462985 | $238.00 | | |
| 11/9/2010 | STATE TAX | NUH | 3462985 | $14.28 | | |
| 11/9/2010 | CITY TAX | NUH | 3462985 | $21.42 | | |
| 11/9/2010 | SPORTS TAX | NUH | 3462985 | $4.76 | | |
| 11/10/2010 | * TROFI | LINTR | 3463396 | $20.27 | | |
| 11/10/2010 | GUEST ROOM | NUH | 3464309 | $238.00 | | |
| 11/10/2010 | STATE TAX | NUH | 3464309 | $14.28 | | |
| 11/10/2010 | CITY TAX | NUH | 3464309 | $21.42 | | |
| 11/10/2010 | SPORTS TAX | NUH | 3464309 | $4.76 | | |
| 11/11/2010 | VS *7842 | SHM | 3464685 | | $922.47 | |
| | BALANCE | | | | | $0.00 |

| ACCOUNT NO | | | DATE OF CHARGE | FOLIO |
|---|---|---|---|---|
| VS *7842 | | | 11/08/10 8:31:00AM | 551260 A |
| CARD MEMBER NAME | | | AUTHORIZATION | INITIAL |
| WEBRE-DNM, MIKE | | | 039845 | |
| ESTABLISHMENT NO & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR | | PURCHASES & SERVICES | |
| | | | TAXES | |
| | | | TIPS & MISC | |
| | | | TOTAL AMOUNT | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RETURNED FOR A CASH REFUND
PAYMENT DUE UPON RECEIPT



# Expense Statement

## Employee information

| Name | Mike Webre |
|---|---|
| Card Number | 7842 |
| Position | N/A |

Department Engineering
Manager Mike Webre

| Date | Vendor | Description | Hotel | Transport | Fuel | Meals | Seminars | Misc. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| 10/6/2010 | Republic Parking System | Parking of car while going to Houston for Tesco Case | | | | | | 16.00 | 16.00 |
| 10/31/2010 | Lowes | Material for Trial | | | | | | 38.92 | 38.92 |
| 10/31/2010 | Fed Ex Office | Coipes for Tesco Trial | | | | | | | |
| 10/5/2010 | Hertz | Car rental while in Houston for Tesco trial | | 119.51 | | | | | 119.51 |
| 10/5/2010 | Lancaster | Hotel stay while in Houston for Tesco Trial | 223.03 | | | | | | 223.03 |
| 10/22/2010 | Doubletree | Hotel stay while in Houston for Tesco Trial | 1,299.95 | | | | | | 1,299.95 |
| 10/31/2010 | Doubletree | Hotel stay while in Houston for Tesco Trial | 1,663.49 | | | | | | 1,663.49 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |

FRANK'S

# Expense Statement

**Employee information**

| | | | |
|---|---|---|---|
| Name | Mike Webre | Department | Engineering |
| Card Number | 7842 | Manager | Mike Webre |
| Position | N/A | | |

**Pay period**

| | |
|---|---|
| From | October |
| To | October |

| Date | Vendor | Description | Hotel | Transport | Fuel | Meals | Seminars | Misc. | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 0.00 | |
| | | | | | | | | | 0.00 | |
| | | | | | | | | | 0.00 | |
| | | SCANNED | | | | | | | 0.00 | |
| | | | | | | | | | 0.00 | |
| | | OCT 1 3 2011 | | | | | | | 0.00 | |
| | | | | | | | | | 0.00 | |
| | | | | | | | | | 0.00 | |
| | | | | | | | | | 0.00 | |
| | | | $ 3,186.47 | $ 119.51 | $ - | $ 128.18 | $ - | $ 202.25 | | |
| | | Total Visa | $ - | $ - | $ - | | $ - | | $ 3,636.41 | Total Exp |
| | | Total Gas | $ - | $ - | | $ - | $ - | $ - | | Less Visa |
| | | Total Cash | $ - | | $ - | $ - | $ - | $ - | | Gas Card |
| | | | | | | | | | | Cash |

*I hereby certify that the items stated above are correct, necessary, reasonable, and proper and include only such items as were incurred on behalf of the company.*

| | |
|---|---|
| **Signature:** | Rasjean Dorsey |
| **Date:** | **02/14/2011** |
| **Notes:** | |

*For Office Use Only*

REPUBLIC PARKING SYSTEM
200 Terminal Drive, Exit Booth
Lafayette, LA. 337-237-9664
Alta Lamerie, MGR.
TRANS. NO: 37669 .

GARAGE 1  LANE 2  CASHIER ID: 5219
TICKET  03-156739  10/06/10 5:06 PM
ARRIVE  10/05/10 6:21 AM
STAY 1 Day 10 hrs 45 mins

PARKING FEE  $  16.00

TOTAL DUE  $  16.00
AMOUNT PAID ( Visa) $  16.00

xxxxxxxxxxxxx7842
APPR. CODE: 089894

CUSTOMER COPY

- - - - - - - - - - - - - - - CUT HERE - - - - - - - - - - - - - - -

**SCANNED**

OCT 1 3 2011





SCANNED

OCT 1 3 2011



**FedEx Office.**
FedEx Kinko's is now FedEx Office

October 31 2010 12:49
Receipt # 458335
VISA # :XXXXXXXXXXX7842
2010/10/31 12:27

Page: 1

| Qty | Description | Amount |
|---|---|---|
| 68 | ES Color S/S LTR | 36.04 |

SubTotal 36.04
Taxes 2.88
Total 38.92

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

3808 AMBASSADOR CAFF
LAFAYETTE, LA 70503
(337) 989-2678
www.fedexkinkos.com
Please recycle this receipt



# Hertz. PG 1 OF 4 #01 PT   RR M36616075

## MIKE WEBRE   TX/AH12   0160612

VEHICLE : 01698 /8727885        09 MAZDA5 SPORT S
LIC TX/PRR638  CLS  YC MILES OUT 40485   FUEL OUT  8/8
                 TK CAP  15.9                STALL

RENTED: 10/05/10 09:00 @ HOUSTON INTERCONTL AIP
RETURN: 10/06/10 17:00 @ SUGAR LAND

You agree to pay charges at the rates and in the amounts that appear
on the left of the table below. Taxable charges are denoted by a T, and
additional details about some charges appear beneath the table.
Our estimates assume (1) You will rent and return the vehicle at the
times and places indicated, (2) if a mileage charge applies, You will drive
no more than the distance indicated and (3) You will not incur any charges
that either are listed below opposite **** or cannot be calculated until
return. If any of these assumptions is incorrect, additional charges or
charges at higher rates may apply.

|  | CHARGE ESTIMATE |
|---|---|
| CHARGE RATE / AMOUNT | CLASS - C |
| TIME / MILEAGE CHGS: RATE PLAN - VSTMDD | $  132.98 |
| EXTRA CHARGES IF APPLICABLE | |
| 2 @ $  66.49/ DAY     WITH ALL MILES FREE | |
| $  66.49/ EX DAY | |
| $  33.25/ EX HOUR | |
| SUBTOTAL 1 | $  132.98 |
| DISCOUNT  R        10% | 13.30 |
| SUBTOTAL 2 | T$  119.68 |
| ADDITIONAL CHARGES | |
| FEES FOR ANY ADDITIONAL AUTHORIZED | |
| OPERATORS NOT INCLUDED. | T$  **** |
| OPTIONAL SERVICES | |
| LDW    ACCEPTED: @ $  27.99 PER DAY | T$  55.98 |
| FUEL & SERVICE $ .428 /MI /GAL  15.9 /TK CAP | $  **** |
| ASSESSMENTS / FEES / TAXES | |
| CONCESSION FEE RECOVERY  11.10% | T$  13.39 |
| VLC/VCF/CBUS | T$  17.91 |
| ENERGY SURCHARGE | T$  1.03 |
| TAX    15.000% ON EST. TAXABLE TTL $  207.99 | $  31.20 |
| ADJUSTMENTS | |
| VOUCHER - | (  119.68   ) | $ -  119.68 |
| TOTAL ESTIMATED CHARGE | $  119.51 |



M36616075

TX/AH11

---

# Hertz.

## WILLIAM SCHOCK   TX/AH12   0160612   8540   #01 EST

VEHICLE 0 : 698 /8727885        09 MAZDA5 SPORT S
LIC TX/PRR638  CLS  YC MILES OUT 40485   FUEL OUT  8/8
                 TK CAP  15.9                STALL G 0  215

## ESTIMATE OF CHARGES

RENTED: 10/05/10 09:41 @ HOUSTON INTERCONTL AIP
RETURN: 10/06/10 17:00 @ SUGAR LAND

THIS IS ONLY AN ESTIMATE. Taxable charges are denoted by a T, and
additional details about some charges appear beneath the table. Our
estimates of Your total charges assume (1) You will rent and return the
vehicle at the times and places indicated. Our estimates assume (1) You
will rent and return the vehicle at the
times and places indicated, (2) if a mileage charge applies, You will drive
no more than the distance indicated and (3) You will not incur any charges
that either are listed below opposite **** or cannot be calculated until
return. If any of these assumptions is incorrect, additional charges or
charges at higher rates may apply.

|  | CHARGE ESTIMATE |
|---|---|
| CHARGE RATE / AMOUNT | CLASS - C |
| TIME / MILEAGE CHGS: RATE PLAN - VSTMDD | $  132.98 |
| EXTRA CHARGES IF APPLICABLE | |
| 2 @ $  66.49/ DAY     WITH ALL MILES FREE | |
| $  66.49/ EX DAY | |
| $  33.25/ EX HOUR | |
| SUBTOTAL 1 | $  132.98 |
| DISCOUNT  R        10% | 13.30 |
| SUBTOTAL 2 | T$  119.68 |
| ADDITIONAL CHARGES | |
| FEES FOR ANY ADDITIONAL AUTHORIZED | |
| OPERATORS NOT INCLUDED. | T$  **** |
| OPTIONAL SERVICES | |
| LDW    ACCEPTED @ $  27.99 PER DAY | T$  55.98 |
| FUEL & SERVICE $ .428 /MI /GAL  15.9 /TK CAP | $  **** |
| ASSESSMENTS / FEES / TAXES | |
| CONCESSION FEE RECOVERY  11.10% | T$  13.39 |
| VLC/VCF/CBUS | T$  17.91 |
| ENERGY SURCHARGE | T$  1.03 |
| TAX    15.000% ON EST. TAXABLE TTL $  207.99 | $  31.20 |
| VOUCHER - | (  119.68   ) | $ -  119.68 |
| TOTAL ESTIMATED CHARGE | $  119.51 |

CC AUTH WOULD BE    $  260.00



# THE LANCASTER
### H O U S T O N

**Mr Mike Webre**
**700 E. Verot School Road**
**Lafayette LA 70508**
**United States**

iHotelier

| | |
|---|---|
| Room No. | : 0703 |
| Arrival. | : 10-05-10 |
| Departure. | : 10-06-10 |
| Page No. | : 1 of 2 |
| Folio No. | : 23907 |
| Conf. No. | : 444428 |
| Cashier No. | : 1002 |
| Custom ref#. | : 129536066 |
| Telephone. | : 1.337.572.2461 |
| Contact. | : Webre |

| Date | Text | Charges | Credits |
|---|---|---|---|
| 10-05-10 | Parking | 27.71 | |
| 10-05-10 | Sales Tax(H) | 2.29 | |
| 10-05-10 | Room | 149.00 | |
| 10-05-10 | State Tax 6% | 8.94 | |
| 10-05-10 | County Tax 2% | 2.98 | |
| 10-05-10 | City Tax 7% | 10.43 | |
| 10-05-10 | Sport Tax 2% | 2.98 | |
| 10-06-10 | Bistro Breakfast | 18.70 | |
| 10-06-10 | Visa | | 223.03 |
| | XXXXXXXXXXX7842   XX/XX | | |

SCANNED
OCT 1 3 2011

| | Total | 223.03 | 223.03 |
|---|---|---|---|
| | Balance | | 0.00 |

701 Texas Avenue • Houston, Texas 77002
Phone (713)228-9500 • Fax (713) 223-4528
Reservations (800) 231-0336

info@TheLancaster.com • www.TheLancaster.com

**Signature:** _____

THE
# LANCASTER
H O U S T O N

Mr Mike Webre
700 E. Verot School Road
Lafayette LA 70508
United States

iHotelier

| | | |
|---|---|---|
| Room No. | : | 0703 |
| Arrival. | : | 10-05-10 |
| Departure. | : | 10-06-10 |
| Page No. | : | 2 of 2 |
| Folio No. | : | 23907 |
| Conf. No. | : | 44428 |
| Cashier No. | : | 1002 |
| Custom ref#. | : | 129536066 |
| Telephone. | : | 1.337.572.2461 |
| Contact. | : | Webre |

| Charges | Credits |
|---|---|
| Merchant ID | Credit Card # | XXXXXXXXXXXXX7842 |
| Transaction ID | 468673 | Credit Card Expiry : | XX/XX |
| Approval Code | 014529 | Capture Method : | Swiped |
| Approval Amount : | 223.03 | Transaction Amount | 223.03 |

**SCANNED**
OCT 1 3 2011

701 Texas Avenue • Houston, Texas 77002
Phone (713)228-9500 • Fax (713) 223-4528
Reservations (800) 231-0336

info@TheLancaster.com • www.TheLancaster.com

SCANNED

OCT 1 3 2011

400 Dallas Street • Houston, TX 77002
Phone (713) 759-0202 • Fax (713) 752-2734
Reservations
www.doubletree.com or 1 800 222 TREE

*Folio*

# DOUBLETREE HOTEL
HOUSTON • DOWNTOWN

Name & Address

WEBRE, MIKE
105 STONE HILL RD

LAFAYETTE, LA 70508
US

CONFIRMATION NUMBER: 84826820

10/29/2010     PAGE     1

| | Room | |
|---|---|---|
| Arrival Date | 10/25/2010 | 8:38:00AM |
| Departure Date | 10/29/2010 | 8:23:00AM |
| Adult/Child | 1/0 | |
| Room Rate | 219.00 | |

RATE PLAN   LV3
HH# 228543918 BLUE
AL:
CAR:

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/25/2010 | 3446355 | HIGH SPEED INTERNET | $19.90 |
| 10/25/2010 | 3446551 | VALET PARKING (WEEKDAY) | $23.00 |
| 10/25/2010 | 3446551 | SALES TAX - MISC | $1.90 |
| 10/25/2010 | 3446632 | GUEST ROOM | $219.00 |
| 10/25/2010 | 3446632 | STATE TAX | $13.14 |
| 10/25/2010 | 3446632 | CITY TAX | $19.71 |
| 10/25/2010 | 3446632 | SPORTS TAX | $4.38 |
| 10/26/2010 | 3447098 | *TROFI | $19.77 |
| 10/26/2010 | 3447503 | VALET PARKING (WEEKDAY) | $23.00 |
| 10/26/2010 | 3447503 | SALES TAX - MISC | $1.90 |
| 10/26/2010 | 3447605 | GUEST ROOM | $219.00 |
| 10/26/2010 | 3447605 | STATE TAX | $13.14 |
| 10/26/2010 | 3447605 | CITY TAX | $19.71 |
| 10/26/2010 | 3447605 | SPORTS TAX | $4.38 |
| 10/27/2010 | 3448107 | *TROFI | $20.27 |
| 10/27/2010 | 3448453 | *LOBBY LOUNGE | $27.24 |
| 10/27/2010 | 3448550 | VALET PARKING (WEEKDAY) | $23.00 |
| 10/27/2010 | 3448550 | SALES TAX - MISC | $1.90 |
| 10/27/2010 | 3448644 | GUEST ROOM | $219.00 |
| 10/27/2010 | 3448644 | STATE TAX | $13.14 |
| 10/27/2010 | 3448644 | CITY TAX | $19.71 |
| 10/27/2010 | 3448644 | SPORTS TAX | $4.38 |
| 10/28/2010 | 3449166 | *TROFI | $21.27 |
| 10/28/2010 | 3449555 | HIGH SPEED INTERNET | $9.95 |
| 10/28/2010 | 3449592 | *LOBBY LOUNGE | $7.00 |
| 10/28/2010 | 3449757 | VALET PARKING (WEEKDAY) | $23.00 |

| | | | FOLIO NO./CHECK NO. | |
|---|---|---|---|---|
| ACCOUNT NO. | | | 549442 | A |
| | | DATE OF CHARGE | | INITIAL |
| CARD MEMBER NAME | | AUTHORIZATION | | |
| ESTABLISHMENT NO. & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | PURCHASES & SERVICES | | |
| | | TAXES | | |
| | | TIPS & MISC. | | |
| CARD MEMBER'S SIGNATURE | | TOTAL AMOUNT | 0.00 | |
| X | | | | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.       PAYMENT DUE UPON RECEIPT

The Hilton Family

Hilton

CONRAD

DOUBLETREE

EMBASSY SUITES HOTELS

Hampton

Hilton Garden Inn

Hilton Grand Vacations Club

HOMEWOOD SUITES

USA
*Official Sponsor*

# DOUBLETREE HOTEL
## HOUSTON · DOWNTOWN

400 Dallas Street • Houston, TX 77002
Phone (713) 759-0202 • Fax (713) 752-2734
www.doubletree.com
Reservations 1 800 222 TREE

*Folio*

| Name & Address | | Room | | |
|---|---|---|---|---|
| | | Arrival Date | 12/12/ND2 10/25/2010 | 8:38:00AM |
| WEBRE, MIKE | | Departure Date | 10/29/2010 | 8:23:00AM I |
| 105 STONE HILL RD | | | | |
| LAFAYETTE, LA 70508 | | Adult/Child | 1/0 | |
| US | | Room Rate | 219.00 | |
| | | RATE PLAN | | LV3 |
| | | HH# 228543918 BLUE | | |
| | | AL: | | |
| | | CAR: | | |

CONFIRMATION NUMBER: 84826820

10/29/2010    PAGE    2

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/28/2010 | 3449757 | SALES TAX - MISC | $1.90 |
| 10/28/2010 | 3449800 | *VALET LAUNDRY | $17.50 |
| 10/28/2010 | 3449800 | SALES TAX - MISC | $1.44 |
| 10/28/2010 | 3449801 | *VALET LAUNDRY | $13.00 |
| 10/28/2010 | 3449801 | SALES TAX - MISC | $1.07 |
| 10/28/2010 | 3449857 | GUEST ROOM | $219.00 |
| 10/28/2010 | 3449857 | STATE TAX | $13.14 |
| 10/28/2010 | 3449857 | CITY TAX | $19.71 |
| 10/28/2010 | 3449857 | SPORTS TAX | $4.38 |
| 10/29/2010 | 3450357 | *TROFI | $17.02 |
| 10/29/2010 | 3450376 | VS *7842 | ($1,299.95) |
| | | | $0.00 |

SCANNED
OCT 13 2011

You have earned approximately 10940 HHonors points for this stay. To check your earnings for this stay or any other stay at any of more than 3,000 Hilton Family hotels worldwide visit HiltonHHonors.co

Thank you for choosing Doubletree! Come back soon to enjoy our warm chocolate chip cookies and relaxed hospitality. For your next trip visit us at doubletree.com for our best available rates!

| ACCOUNT NO. | | DATE OF CHARGE | | FOLIO NO./CHECK NO. |
|---|---|---|---|---|
| VS  *7842 | | 10/29/10  08:23:00 | | 549442    A |
| CARD MEMBER NAME | | AUTHORIZATION | | |
| WEBRE, MIKE | | 02?2816 | 549442 | INITIAL |
| ESTABLISHMENT NO. & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD ISSUER FOR PAYMENT | PURCHASES & SERVICES | | |
| | | TAXES | | |
| CARD MEMBER'S SIGNATURE | | TIPS & MISC. | | |
| X | | | | |
| | | TOTAL AMOUNT | PAYMENT DUE UPON RECEIPT | -1,299.95 |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

TheHiltonFamily

Hilton

CONRAD

EMBASSY SUITES HOTELS

E

DOUBLETREE

Hampton

Hilton Garden Inn

Hilton Grand Vacations Club

HOMEWOOD SUITES Hilton



USA
Official Sponsor

**Raejean Dorsey**

**From:** Mike Webre
**Sent:** Friday, October 22, 2010 10:12 AM
**To:** Raejean Dorsey
**Subject:** FW: Doubletree Hotels Confirmation #8490331

(c) 2010 Frank's. All rights reserved. This electronic transmission, and any attachments hereto, is intended only for the use of each individual recipient named above and may contain information belonging to the sender that is confidential, proprietary, is subject to copyright, constitutes a trade secret or is legally privileged. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately (i) notify the sender, (ii) permanently delete the original and all copies of this electronic transmission and all attachments hereto, and (iii) destroy all printouts of this electronic transmission and all attachments hereto. Please note that electronic transmissions to and from the sender may be monitored by the sender's employer. Thank you for your cooperation.

SCANNED

OCT 1 3 2011

**From:** Doubletree Hotels Confirmed [mailto:doubletreehotels@res.hilton.com]
**Sent:** Friday, October 22, 2010 9:53 AM
**To:** Mike Webre
**Subject:** Doubletree Hotels Confirmation #8490331

Oct 34 Rent



## Your reservation is confirmed

**DOUBLETREE**

**Doubletree Hotel Houston Downtown**

Directions to Hotel
5-Day Weather Forecast
Local Guide

400 Dallas Street
Houston, TX
United States, 77002
Tel: 1 713-759-0202
Fax: 1 713-752-2734

**Confirmation Number:** 84990331

> Click here to view or edit your reservation.

| | |
|---|---|
| Name: | Charles Weber |
| Arrival Date: | 25 Oct 2010 |
| Departure Date: | 29 Oct 2010 |
| Check-in Time: | 3:00 PM |
| Check-out Time: | 12:00 PM |

**UNIQUE UPGRADE OPPORTUNITY**

PLEASE READ: Regarding Tip's Reservation

There may be times when premium rooms are still available and can be offered at check-in for as little as $15 extra per night.

Request Discounted Room Upgrade    Learn More

**Rate Information:**

| | |
|---|---|
| Rate per night: | 219.00 USD |
| Total for Stay per Room | |
| Rate | 876.00 USD |
| Taxes | 148.92 USD |

**Make the Most of Your Stays**
Join Hilton HHonors™. Stay at a participating hotel in the Hilton Worldwide portfolio and you're on your way to

Place or view your Requests Upon Arrival™ order. Have snacks, beverages, extra pillows and/or towels delivered to your room prior to your arrival.

1

**Join Now**

**Book your next stay now**

Earn 25,000
HHonors bonus
points
with the Citi® Hilton
HHonors Visa® Card!



**HHONORS**
HILTON WORLDWIDE

**SCANNED**

OCT 1 3 201[?]

Total                    1,024.92 USD

**Total for Stay:**          **1,024.92 USD**
(Includes estimated taxes and service charges. (Gratuities not included.)

**Tax:**
· There is a 17.00% Per Room Per Night tax.

**Additional Charges:**
· Valet parking: 23.00/night

**Rate Rules and Cancellation Policy:**
· Your reservation is guaranteed for late arrival.
· Please contact us should you need to cancel your reservation.
· Cancellations are required by 4PM on 24 Oct 2010 local hotel time.
· Cancellation penalties may apply

**Thank you for choosing Doubletree**
We hope you enjoy our unique combination of contemporary style
and refreshingly caring and relaxed approach to hospitality.

Our Hotel:
Experience our Fitness by Precor facility
Tour the Hotel
Accommodations
Hotel Services and Amenities
Dining
Groups & Meetings

**Sign up to receive weekly email offers from Doubletree.**

**Room Information:**
Rooms:          1
Clients:         1 Adult
Room Type:    2 DOUBLE BEDS NONSMOKING



* Service of alcoholic beverages is subject to state and local laws. Must be of legal drinking age.
Requests Upon Arrival™ items are subject to availability

If you need to MODIFY or CANCEL your reservation, click here.
Any change to the arrival date, departure date or room type of this reservation is subject to the hotel's availability at the time
the change is requested and may result in a possible rate change or an additional fee. For example, shortening or
lengthening your reservation is subject to availability and may not be possible at a later date. For more information, please
click here to see all the rules and restrictions applicable to this reservation.

If you have questions regarding your reservation, please contact Hilton Reservations and Customer Care at 1-800-222-TREE
(8733), visit us at www.doubletree.com, or email us at doubletreehelp@hiltonres.com.

Hilton HHonors membership, earning of Points & Miles® and redemption of points are subject to HHonors Terms and
Conditions.

ABOUT THIS EMAIL
Please do not reply to this email. Mail sent to this address cannot be answered. For a full description of our privacy policy,



please click here

Update Your Profile
Ensure you receive the most relevant information from Hilton Worldwide and manage your email subscriptions by signing in and updating your profile

Unsubscribe
To unsubscribe from all marketing email from Hilton Worldwide, please send an email with the subject line "Unsubscribe" to e_opt_out@hilton.com. Opting out from all Hilton Worldwide marketing email will prevent you from receiving your monthly HHonors My Way Activity Statement.

Please allow up to 10 business days for processing opt-out requests. You will continue to receive transactional email messages such as reservation confirmations.

If you prefer to unsubscribe via postal mail, please send your name, HHonors Account Number (if applicable) and email address to Hilton Internet Contact Center, 2050 Chemault Drive, Carrollton, Texas, 75006, USA.

Notice of Confidentiality: This message and any attachments may contain confidential information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

* indicates a trademark of Hilton Worldwide

Hilton Reservations and Customer Care | 2050 Chemault Drive | Carrollton, Texas 75006, USA

©2010 Hilton Worldwide



**SCANNED**

OCT 1 3 2011

3

**Name & Address**

WEBRE, MIKE
105 STONEHILL RD.
LAFAYETTE, LA 70508
US



## DOUBLETREE
### HOTEL
HOUSTON - DOWNTOWN

400 Dallas Street • Houston, TX 77002
Phone (713) 759-0202 • Fax (713) 752-2734
Reservations
www.doubletree.com or 1 800 222 TREE

| | |
|---|---|
| Room | 220/JKK |
| Arrival Date | 10/31/2010   10:49:00PM |
| Departure Date | 11/5/2010   8:38:00AM I |
| Adult/Child | 1/0 |
| Room Rate | 219.00 |
| RATE PLAN | |
| AL: | |
| CAR: | |
| HH# 228543918 SILVER | LV2 |

*Folio*

| DATE | REFERENCE | DESCRIPTION | DATE OF CHARGE | AUTHORIZATION | PURCHASES & SERVICES | FOLIO NO./CHECK NO. | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10/31/2010 | 3452829 | HIGH SPEED INTERNET | | | | | $9.95 |
| 10/31/2010 | 3452987 | VALET PARKING (WEEKDAY) | | | | | $23.00 |
| 10/31/2010 | 3452987 | SALES TAX - MISC | | | | | $1.90 |
| 10/31/2010 | 3453239 | GUEST ROOM | | | | | $219.00 |
| 10/31/2010 | 3453239 | STATE TAX | | | | | $13.14 |
| 10/31/2010 | 3453239 | CITY TAX | | | | | $19.71 |
| 10/31/2010 | 3453239 | SPORTS TAX | | | | | $4.38 |
| 11/1/2010 | 3453412 | * TROFI | | | | | $17.02 |
| 11/1/2010 | 3453838 | * LOBBY LOUNGE | | | | | $19.33 |
| 11/1/2010 | 3453866 | VALET PARKING (WEEKDAY) | | | | | $23.00 |
| 11/1/2010 | 3453866 | SALES TAX - MISC | | | | | $1.90 |
| 11/1/2010 | 3454210 | GUEST ROOM | | | | | $219.00 |
| 11/1/2010 | 3454210 | STATE TAX | | | | | $13.14 |
| 11/1/2010 | 3454210 | CITY TAX | | | | | $19.71 |
| 11/1/2010 | 3454210 | SPORTS TAX | | | | | $4.38 |
| 11/1/2010 | 3454464 | HIGH SPEED INTERNET | | | | | $9.90 |
| 11/2/2010 | 3454627 | * TROFI | | | | | $20.27 |
| 11/2/2010 | 3455012 | VALET PARKING (WEEKDAY) | | | | | $23.00 |
| 11/2/2010 | 3455012 | SALES TAX - MISC | | | | | $1.90 |
| 11/2/2010 | 3455366 | GUEST ROOM | | | | | $219.00 |
| 11/2/2010 | 3455366 | STATE TAX | | | | | $13.14 |
| 11/2/2010 | 3455366 | CITY TAX | | | | | $19.71 |
| 11/2/2010 | 3455366 | SPORTS TAX | | | | | $4.38 |
| 11/3/2010 | 3455701 | * TROFI | | | | | $17.02 |
| 11/3/2010 | 3455909 | * VALET LAUNDRY | | | | | $32.00 |
| 11/3/2010 | 3455909 | SALES TAX - MISC | | | | | $2.64 |

SCANNED
OCT 13 2011

| ACCOUNT NO. | | | |
|---|---|---|---|
| CARD MEMBER NAME | | | |
| ESTABLISHMENT NO. & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | | |

| | DATE OF CHARGE | | |
|---|---|---|---|
| | 549883 | A | |

| | | INITIAL |
|---|---|---|

CARD MEMBER'S SIGNATURE
X

| | | |
|---|---|---|
| TAXES | | |
| TIPS & MISC. | | |
| **TOTAL AMOUNT** | | |

PAYMENT DUE UPON RECEIPT     0.00

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.




The Hilton Family

Hilton

CONRAD

DOUBLETREE

Embassy

Hampton

Hilton Garden Inn

Homewood Suites

Hilton Grand Vacations Club

USA
Official Sponsor

**DOUBLETREE HOTEL**
HOUSTON • DOWNTOWN

*Folio*

The Hilton Family

Hilton
CONRAD
DOUBLETREE
EMBASSY SUITES
Hampton
Hilton Garden Inn
Hilton Grand Vacations Club
HOMEWOOD SUITES
USA Official Sponsor

**Name & Address**

WEBRE, MIKE
105 STONEHILL RD.

LAFAYETTE, LA 70508
US

| | |
|---|---|
| Room | 526/NK1 |
| Arrival Date | 10/31/2010 |
| Departure Date | 11/5/2010 |
| Adult/Child | 1/0 |
| Room Rate | 219.00 |

10:49:00PM
8:38:00AM I

LV2

RATE PLAN
HH# 228543918 SILVER
AL:
CAR:

CONFIRMATION NUMBER : 84990031

11/5/2010    PAGE    2

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 11/3/2010 | 3455991 | * IN ROOM DINING | $34.06 |
| 11/3/2010 | 3456068 | VALET PARKING (WEEKDAY) | $23.00 |
| 11/3/2010 | 3456068 | SALES TAX - MISC | $1.90 |
| 11/3/2010 | 3456431 | GUEST ROOM | $219.00 |
| 11/3/2010 | 3456431 | STATE TAX | $13.14 |
| 11/3/2010 | 3456431 | CITY TAX | $19.71 |
| 11/3/2010 | 3456431 | SPORTS TAX | $4.38 |
| 11/4/2010 | 3456701 | HIGH SPEED INTERNET | $9.95 |
| 11/4/2010 | 3456745 | * TROFI | $17.02 |
| 11/4/2010 | 3456960 | TELEPHONE-LD (INTERSTATE) | $8.69 |
| 11/4/2010 | 3456961 | TELEPHONE-LD (INTERSTATE) | $7.61 |
| 11/4/2010 | 3456962 | TELEPHONE-LOCAL | $0.50 |
| 11/4/2010 | 3457049 | * VALET LAUNDRY | $19.50 |
| 11/4/2010 | 3457049 | SALES TAX - MISC | $1.61 |
| 11/4/2010 | 3457108 | VALET PARKING (WEEKDAY) | $23.00 |
| 11/4/2010 | 3457108 | SALES TAX - MISC | $1.90 |
| 11/4/2010 | 3457474 | GUEST ROOM | $219.00 |
| 11/4/2010 | 3457474 | STATE TAX | $13.14 |
| 11/4/2010 | 3457474 | CITY TAX | $19.71 |
| 11/4/2010 | 3457474 | SPORTS TAX | $4.38 |
| 11/5/2010 | 3457798 | * TROFI | $20.77 |
| 11/5/2010 | 3457805 | VS *7842 | ($1,663.49) |
| | | ** BALANCE ** | $0.00 |

SCANNED
OCT 1 3 2011

ACCOUNT NO.
VS *7842

CARD MEMBER NAME
WEBRE, MIKE

ESTABLISHMENT NO. & LOCATION

| DATE OF CHARGE | FOLIO NO./CHECK NO. | A |
|---|---|---|
| 11/05/10 08:38:00 | 548883 | INITIAL |
| AUTHORIZATION | | |
| 042825 | PURCHASES & SERVICES | |
| | TAXES | |
| | TIPS & MISC. | |
| | TOTAL AMOUNT | -1,663.49 |

ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

PAYMENT DUE UPON RECEIPT

CARD MEMBER'S SIGNATURE
X

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.





CONFIRMATION NUMBER : 84990331

Name & Address

WEBRE, MIKE
105 STONEHILL RD.
LAFAYETTE, LA 70508
US

11/5/2010    PAGE    3



**DOUBLETREE HOTEL**
HOUSTON - DOWNTOWN

| | |
|---|---|
| Room | 526/NK1 |
| Arrival Date | 10/31/2010  10:49:00PM |
| Departure Date | 11/5/2010  8:38:00AM I |
| Adult/Child | 1/0 |
| Room Rate | 219.00 |
| RATE PLAN | |
| HH# | 228543918 SILVER |
| AL: | LV2 |
| CAR: | |

*Folio*

400 Dallas Street • Houston, TX 77002
Phone (713) 759-0202 • Fax (713) 752-2734
Reservations
www.doubletree.com or 1 800 222 TREE

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|

*You have earned approximately 16134 Hi-honors points for this stay. To check your earnings for this stay or any other stay at any of more than 3,000 Hilton Family hotels worldwide visit HiltonH-Honors.co*

*Thank you for choosing Doubletree! Come back soon to enjoy our warm chocolate chip cookies and relaxed hospitality. For your next trip visit us at doubletree.com for our best available rates!*

SCANNED
OCT 1 3 2011

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|---|
| VS *7842 | | 11/05/10  08:38:00 | 548883   A |
| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
| WEBRE, MIKE | | 042R25 | |
| ESTABLISHMENT NO. & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | PURCHASES & SERVICES | |
| | | TAXES | |
| | | TIPS & MISC. | |
| X | | TOTAL AMOUNT | -1,663.49 |
| CARD MEMBER'S SIGNATURE | | PAYMENT DUE UPON RECEIPT | |
| X | | | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

The Hilton Family

Hilton

Grand Vacations Club    Hilton Garden Inn

Hampton    Embassy Suites Hotels

DOUBLETREE    CONRAD

HOMEWOOD SUITES

USA

*Official Sponsor*

KROLL ONTRACK |  TRIAL GRAPHIX.

**INVOICE**

Please make check payable to:

TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX 75320-2632

Tax ID: 05-0538152

Billing Inquiries:
Telephone: 800-334-5403
Fax: 305-576-0188

11/22

**RECEIVED BY**

DEC 0 6 2010

Accounting

Invoice #: ITX202158
Client #: A0100-07
Date: 11/22/2010
Due Date: Due Upon Receipt
Page: 1 of 1

Lester L. Hewitt, Esq.
Akin, Gump, Strauss, Hauer & Feld
1111 Louisiana
44th Floor
Houston, Texas 77002

**Ship To/Remarks:**

| Case Name: | TG Job Number: | Client Matter Number: |
|---|---|---|
| Tesco Corporation v. Weatherford International... | H1628 | |

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| 36x48 Color Large Format Board ½" Mounted & Laminated | 6.00 | $215.00 | $1,290.00 |

| | |
|---|---|
| Subtotal | |
| Tax | |
| Total | |

Services rendered after 11/22/2010 will appear on your next month's invoice.

Morgan, Lewis & Bockius LLP
1000 Louisiana Street
Suite 4000
Houston, TX 77002
Tel. 713.890.5000
Fax: 713.890.5001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Paul E. Krieger**
Partner
713.890.5160
pkrieger@MorganLewis.com

December 15, 2010

| Robert M. Bowick | C. James Bushman | Lester L. Hewitt |
|---|---|---|
| John W. Raley, III | Browning Bushman, P.C. | Akin Gump Strauss Hauer & Feld LLP |
| Raley and Bowick LLP | 5851 San Felipe, Suite 975 | 1111 Louisiana Street, 44th Floor |
| 1800 Augusta Dr. S 300 | Houston, TX 77057 - 8018 | Houston, Texas 77002-5002 |
| Houston, TX 77057 | | |

Re:  Civil Action No. 4:08-CV-02531; *Tesco Corporation v. Weatherford International, Inc., National Oilwell Varco, L.P., Offshore Energy Services, Inc. and Frank's Casing Crew and Rental Tools, Inc.*; United States District Court, Southern District of Texas, Houston Division

Gentlemen:

Enclosed is a copy of an Invoice from George Boyadjieff dated December 1, 2010 in the amount of ▮▮▮▮▮ This Invoice covers services from October-November 2010.

As previously agreed, this cost will be split three ways up to the first $30,000. After that, Weatherford has no responsibility for the remainder ▮▮▮▮▮ which is to be divided in half between Frank's and NOV.

Please send a check made payable to George Boyadjieff for your respective portion directly to George at his address at the top of the invoice.

Weatherford  -  ▮▮▮▮▮

Frank's      -  ▮▮▮▮▮

NOV          -  ▮▮▮▮▮



If you have any questions, please do not hesitate to contact me.

Sincerely,

Paul E. Krieger

Encl.: as noted

cc: George Boyadjieff

George Boyadjieff
18772 Colony Circle
Villa Park, CA 92861
Phone 714-998-5763  Fax 714-998-0233

# INVOICE

INVOICE #206
DATE:DECEMBER 1, 2010

**TO:**

Morgan, Lewis & Bockius L.L.P.
1000 Louisiana Street, Suite 4200
Houston, TX 77002

Weatherford International, Inc. et al v. Tesco Corporations, Civil
Action No. 2:07-cv-531  Tesco Corporation v Weatherford
International, Inc. et al, Civil Action No. H-08-2531

Tel.: 713-890--5000

| DATE | SERVICES DESCRIPTION | HOURS | TOTAL |
|------|---------------------|-------|-------|
| 11/15/2010 | Trial Preparation and Attendance per attached detail | | |
| | ███████████████████████ | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL DUE | ██████ |

Make all checks payable to George Boyadjieff

**Thank you for your business!**

| Date | | Hours | Charges | Travel Expenses |
|------|---|-------|---------|-----------------|
| | ███████████████████████████ | | | |
| | ███████████████████████████ | | | |
| | ███████████████████████████ | | | |
| | ███████████████████████████ | | | |
| | ███████████████████████████ | | | |
| | ███████████████████████████ | | | |
| 10/13/2010 | ███████████████████████████ | | | $1,892.45 |
| | ███████████████████████████ | | | |
| | ███████████████████████████ | | | |
| | ███████████████████████████ | | | |
| | ███████████████████████████ | | | |
| | ███████████████████████████ | | | |
| 10/25/2010 | Attend Trial | 6 | ███████ | |
| | ███████████████████████████ | | | |
| 10/26/2010 | Attend Trial | 6.5 | ███████ | $1,918.00 |
| | **Subtotal** | | ████████████ | |
| 10/27/2010 | Attend Trial | 6 | ███████ | |
| 10/28/2010 | Attend Trial | 3.5 | ███████ | $603.71 |
| | ███████████████████████████ | | | |
| | ███████████████████████████ | | | |
| | ███████████████████████████ | | | |
| | ███████████████████████████ | | | |
| 11/1/2010 | Attend Trial | 6.5 | $1,950.00 | |

| Date | | Hours | Charges | Travel Expenses |
|---|---|---|---|---|
| ███ | ████████████████████ | | | |
| 11/2/2010 | Attend Trial | 6 | ████ | |
| ████████████████████████████████ | | | | |
| 11/3/2010 | Attend Trial | 6 | ████ | |
| ████████████████████████████ | | | | |
| 11/4/2010 | Attend Trial | 6.5 | ████ | |
| ████████████████████ | | | | |
| 11/5/2010 | Attend Trial | 5.5 | ████ | |
| ████████████████████ | | | | |
| ████████████████████ | | | | |
| 11/8/2010 | Attend Trial | 6.5 | ████ | |
| ████████████████████ | | | | |
| 11/9/2010 | Attend Trial | 6.5 | ████ | $5,047.42 |
| | | Subtotals | ████████████ | |
| | | G███ | | |



Jennifer Brown Trillsch
jennifer.trillsch@stacklegal.com

Final Invoice Date:    December 14, 2010

Case Name:    *Tesco Corporation v. Weatherford Corporation et al.*, 4:08-cv-02531

Expert:    Mr. James Brugman

**Ref:**    **PO 000054245**


Dear Mr. Baird,

Stack is no longer associated with Datacert, Inc., and Stack Legal LLC has been assigned all rights and responsibilities of the contracts from the business division of Datacert, Inc. that was Stack Expert Witnesses Services.

This is the final invoice received by Stack Legal LLC from Mr. James Brugman, who served as the expert witness representing Frank's in the above-captioned matter.

Please remit payment to Stack Legal LLC by the due date and we will pay Mr. Brugman, pursuant to the terms of the agreement.  Mr. Brugman is aware of this change in parties.

If you have any questions or concerns, please feel free to call or email me anytime.

Thank you for your business.  I hope you were satisfied with the performance of Mr. Brugman; I understand the trial ended favorably for Frank's.

Sincerely,


/s/ Jennifer Trillsch


Jennifer Brown Trillsch


JBT:st


9666 Longmont Drive, Houston, TX 77063 | 832.971.0972



# INVOICE

Final Invoice Date:      December 14, 2010

Case Name:      *Tesco Corporation v. Weatherford Corporation et al.*, 4:08-cv-02531

Expert:      Mr. James Brugman

**Ref:**      **PO 000054245**

**TOTAL AMOUNT DUE:**      ████████

Please remit payment by January 13, 2010 to:

Jennifer Trillsch
Stack Legal LLC
9666 Longmont Drive
Houston, TX 77063

If you have any questions, please contact me at jennifer.trillsch@stacklegal.com or 832-971-0972.  Thank you.



# INVOICE

**Consulting Services Provided by Expert**

| Date | Description | Hours Worked | Amount |
|---|---|---|---|
| ███████ | ███████ | ██ | ███████ |
| 1-Nov-2010 | Attend Trial | 7.0 | ███████ |
| 2-Nov-2010 | Attend Trial ███████ Gump with Attorneys | 9.0 | ███████ |
| 3-Nov-2010 | Attend Trial ███████ | ███ | ███████ |
| 4-Nov-2010 | Attend Trial | 7.0 | ███████ |
| 5-Nov-2010 | Attend Trial ███████ | 8.0 | ███████ |
| 7-Nov-2010 | ███████████ ███████ | ███ | ███████ |
| 8-Nov-2010 | Attend Trial | 8.0 | ███████ |
| | | ███ | ███████ |