# AKIN GUMP
# STRAUSS HAUER & FELD LLP

■■■■■■ Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1347233 |
| Invoice Date | 01/19/11 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

Date                                                                              Value

| 12/09/10 | Document Image Printing   16 pages; black and white print job requested by R. Githumbi | 1.60 |
| 12/09/10 | Document Image Printing   504 pages; black and white print job requested by L. Marlin | 50.40 |
| 12/09/10 | Document Image Printing   426 pages; black and white print job requested by L. Marlin | 42.60 |

| | | |
|---|---|---|
| 12/09/10 | Document Image Printing   228 pages; black and white print job requested by L. Marlin | 22.80 |
| 12/09/10 | Document Image Printing   359 pages; black and white print job requested by R. Githumbi | 35.90 |
| 12/10/10 | Document Image Printing   415 pages; black and white print job requested by R. Githumbi | 41.50 |
| 12/16/10 | Document Image Printing   24 pages; black and white print job requested by L. Marlin | 2.40 |
| 12/16/10 | Document Image Printing   144 pages; black and white print job requested by R. Githumbi | 14.40 |
| 12/29/10 | Document Image Printing   172 pages; black and white print job requested by L. Marlin | 17.20 |



| | | |
|---|---|---|
| 11/22/10 | Professional Fees - Miscellaneous   VENDOR: TRIALGRAPHIX, INC; INVOICE#: ITX202158; DATE: 11/22/2010  -  CLIENT#: A0100-07 | 9,940.21 |



| | | |
|---|---|---|
| 12/31/10 | Duplication - In House | $287.20 |
| 12/31/10 | Postage | $0.44 |

Current Expenses

**Total Amount of This Invoice**

Prior Balance Due

Total Balance Due Upon Receipt



# AKIN GUMP
## STRAUSS HAUER & FELD LLP

━━━━━━━━━━ Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1351402 |
| Invoice Date | 02/17/11 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)



FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|------|-------|
| 01/11/11 | Document Image Printing  1,145 pages; black & white print job requested by R. Githumbi | 114.50 |
| 01/24/11 | Document Image Printing  817 pages; black & white print job requested by S. Csizmadia | 81.70 |
| 01/27/11 | Document Image Printing  140 pages; black & white print job requested by L. Marlin | 14.00 |
| 12/31/10 | Miscellaneous   VENDOR: IRON MOUNTAIN RECORDS MANAGEMENT, INC; INVOICE#: CYE7683; DATE: 12/31/2010  -  Customer ID: H0283 | 51.92 |
| 09/08/10 | Deposition   7/22/2010 - Karsten Heidecke | 754.48 |

|  | VENDOR: ROSS REPORTING SERVICES INC;<br>INVOICE#: 113059; DATE: 9/8/2010 - Job#: 10-983AW |  |
| --- | --- | --- |
| 09/08/10 | Deposition 6/8/2010 - George Boyadjieff<br>VENDOR: ROSS REPORTING SERVICES INC;<br>INVOICE#: 113057; DATE: 9/8/2010 - Job#: 10-781AW | 784.86 |
| 09/08/10 | Deposition 8/4/2010 - Richard Murray, Vol. 2<br>VENDOR: ROSS REPORTING SERVICES INC;<br>INVOICE#: 113060; DATE: 9/8/2010 - Job#: 10-1034L | 309.86 |
| 09/08/10 | Deposition 6/28/2010 - Paul Murray<br>VENDOR: ROSS REPORTING SERVICES INC;<br>INVOICE#: 113058; DATE: 9/8/2010 - Job#: 10-897AW | 525.08 |



| 01/31/11 | Duplication - In House | $1.00 |
| --- | --- | --- |
| 01/31/11 | Postage | $2.24 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**



# AKIN GUMP
## STRAUSS HAUER & FELD LLP
■■■■■■■ Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1357008 |
| Invoice Date | 03/21/11 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|--|-------|
| 02/01/11 | Document Image Printing  868 pages; black & white print job requested by L. Marlin | 86.80 |
| 02/01/11 | Document Image Printing  672 pages; black & white print job requested by L. Marlin | 67.20 |
| 02/16/11 | Document Image Printing  77 pages; black & white print job requested by L. Marlin | 7.70 |
| 02/28/11 | Duplication - In House | $21.20 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**



# AKIN GUMP
## STRAUSS HAUER & FELD LLP
■■■■■■ Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1360300 |
| Invoice Date | 04/15/11 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)



FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|--|-------|
| 03/23/11 | Document Image Printing   297 pages; black & white print job requested by L. Marlin | 29.70 |
| 03/29/11 | Document Image Printing   240 pages; black & white print job requested by L. Marlin | 24.00 |
| 03/29/11 | Document Image Printing   271 pages; black & white print job requested by L. Marlin | 27.10 |
| 03/30/11 | Document Image Printing   358 pages; black & white print job requested by L. Marlin | 35.80 |

| | | |
|---|---|---|
| 09/24/10 | Professional Fees - Miscellaneous  VENDOR: DOCUMENT GROUP; INVOICE#: 102912; DATE: 9/24/2010 | 162.38 |
| 03/31/11 | Duplication - In House | $16.80 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**



# AKIN GUMP
## STRAUSS HAUER & FELD LLP

━━━━━━━━━ Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1365482 |
| Invoice Date | 05/17/11 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| | | |
| 04/29/11 | Document Image Printing   150 pages; black & white print job requested by L. Marlin | 15.00 |
| 04/30/11 | Duplication - In House | $16.60 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**

# AKIN GUMP
## STRAUSS HAUER & FELD LLP

━━━━━━━━━ Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1369805 |
| Invoice Date | 06/15/11 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|------|------|
| | | |
| 05/02/11 | Document Image Printing   37 pages; black & white print job requested by L. Marlin | 3.70 |
| 05/02/11 | Document Image Printing   167 pages; black & white print job requested by L. Marlin | 16.70 |
| 05/06/11 | Document Image Printing   1,008 pages; black & white print job requested by L. Marlin | 100.80 |
| 05/31/11 | Duplication - In House | $14.40 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**

# AKIN GUMP
## STRAUSS HAUER & FELD LLP

■■■■■ Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

Invoice Number 1375505
Invoice Date 07/20/11

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)

FOR PROFESSIONAL SERVICES RENDERED:



| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| | Current Fees | | |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 06/21/11 | Document Image Printing   408 pages; black & white print job requested by L. Marlin | 40.80 |
| 06/30/11 | Duplication - In House | $145.60 |

Current Expenses

Apply Credit Funds

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**

# AKIN GUMP
## STRAUSS HAUER & FELD LLP

━━━━━━━━━━ Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1379434 |
| Invoice Date | 08/15/11 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)

FOR PROFESSIONAL SERVICES RENDERED:





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|---|-------|
| 06/25/11 | Courier Service/Messenger Service- Off Site  6/24/11 - Ofc (Jones) VENDOR: MACH 5 COURIERS, INC; INVOICE#: 10482; DATE: 6/25/2011 | 32.25 |
| 07/10/11 | Courier Service/Messenger Service- Off Site 07/06/2011 - Proguard Storage (P Guffy) VENDOR: MACH 5 COURIERS, INC; INVOICE#: 10862; DATE: 7/10/2011  -  Account: 132 | 19.00 |
| 07/08/11 | Document Image Printing  539 pages; black & white print job requested by J. O'Maley | 53.90 |
| 07/11/11 | Document Image Printing  217 pages; black & white print job requested by L. Marlin | 21.70 |
| 07/14/11 | Document Image Printing  103 pages; black & white print job requested by L. Marlin | 10.30 |
| 07/14/11 | Document Image Printing  221 pages; black & white print job requested by J. O'Malley | 22.10 |
| 07/14/11 | Document Image Printing  518 pages; black & white print job requested by L. Marlin | 51.80 |
| 07/18/11 | Document Image Printing  850 pages; black & white print job requested by L. Marlin | 85.00 |
| 07/19/11 | Document Image Printing  17 pages; black & white print job requested by L. Marlin | 1.70 |
| 07/22/11 | Document Image Printing  26 pages; black & white print job requested by L. Marlin | 2.60 |

| | | |
|---|---|---|
| 07/22/11 | Document Image Printing   4 pages; black & white print job requested by L. Marlin | 0.40 |
| 07/22/11 | Document Image Printing   17 pages; black & white print job requested by L. Marlin | 1.70 |
| 07/25/11 | Document Image Printing   198 pages; black & white print job requested by L. Marlin | 19.80 |
| 07/27/11 | Document Image Printing   13 pages; black & white print job requested by L. Marlin | 1.30 |
| 07/27/11 | Document Image Printing   75 pages; black & white print job requested by L. Marlin | 7.50 |
| 07/29/11 | Document Image Printing   303 pages; black & white print job requested by L. Marlin | 30.30 |
| 07/29/11 | Document Image Printing   298 pages; black & white print job requested by L. Marlin | 29.80 |
| 07/11/11 | | |
| 07/26/11 | | |
| 07/26/11 | | |
| 07/31/11 | Duplication - In House | $179.20 |
| 07/31/11 | Postage | $2.56 |

Current Expenses

**Total Amount of This Invoice**

# AKIN GUMP
## STRAUSS HAUER & FELD LLP
■ Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1382873 |
| Invoice Date | 09/09/11 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|---|-------|
| 08/01/11 | Document Image Printing   138 pages; black & white print job requested by L. Marlin | 13.80 |
| 08/01/11 | Document Image Printing   306 pages; black & white print job requested by R. Githumbi | 30.60 |
| 08/02/11 | Document Image Printing   224 pages; black & white print job requested by L. Marlin | 22.40 |
| 08/02/11 | Document Image Printing   308 pages; black & white print job requested by L. Marlin | 30.80 |
| 08/02/11 | Document Image Printing   330 pages; black & white print job requested by L. Marlin | 33.00 |
| 08/05/11 | Document Image Printing   78 pages; black & white print job requested by S. Ring | 7.80 |
| 08/30/11 | Document Image Printing   1 page; black & white print job requested by L. Marlin | 0.10 |

| Date | Description | Amount |
|------|-------------|--------|
| 08/03/11 | Transcripts   Hearing<br>VENDOR: MAYRA B MALONE; INVOICE#:<br>20110090; DATE: 8/3/2011 | 586.85 |
| 08/31/11 | Duplication - In House | $140.60 |
| 08/31/11 | Postage | $2.52 |

Current Expenses

Apply Credit Funds

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**

# AKIN GUMP
## STRAUSS HAUER & FELD LLP
■ Attorneys at Law

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1389572 |
| Invoice Date | 10/17/11 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | | Value |
|------|--|--|-------|
| 08/31/11 | Transcripts | Copy of Marion Edward Harris from 8/26/2011 | 479.15 |

VENDOR: NELL, MCCALLUM & ASSOCIATES
INC; INVOICE#: 193158; DATE: 8/31/2011

| | | |
|---|---|---|
| 09/30/11 | Duplication - In House | $237.00 |
| 09/30/11 | Postage | $1.08 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**





**Akin Gump**
Strauss Hauer & Feld LLP

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| Invoice Number | 1392837 |
| Invoice Date | 11/08/11 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)

FOR PROFESSIONAL SERVICES RENDERED:





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|------|-------|
| 10/27/11 | Document Image Printing  68 pages; black & white print job requested by L. Marlin | 6.80 |
| 10/28/11 | Document Image Printing  6 pages; black & white print job requested by L. Marlin | 0.60 |
| 10/31/11 | Duplication - In House | $183.80 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**



**Akin Gump**
Strauss Hauer & Feld LLP

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| Invoice Number | 1397595 |
| Invoice Date | 11/29/11 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

Date                                                                    Value

| 11/03/11 | Document Image Printing   176 pages; black & white print job requested by S. Sutherland | 17.60 |
| 11/10/11 | Document Image Printing   289 pages; black & white print job requested by L. Marlin | 28.90 |
| 11/15/11 | Document Image Printing   418 pages; color print job requested by L. Marlin | 41.80 |
| 11/21/11 | Duplication - In House | $59.00 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

INVOICE NO: 20110090

**MAKE CHECKS PAYABLE TO:**

Lester L. Hewitt
AKIN GUMP STRAUSS HAUER & FELD, LLP
1111 Louisiana Street
44th Floor
Houston, TX 77002
Phone:

Mayra Malone, CSR RMR CRR
Federal Official Reporter
515 Rusk
Room 8016
Houston, TX 77002

Phone:    (713) 250-5787
FAX       (713) 250-5895
Tax ID:   27-1710276
mayramalone@comcast.net

RECEIVED
AUG 15 2011

| | CRIMINAL | [X] CIVIL | DATE ORDERED: 08-03-2011 | DATE DELIVERED: 08-04-2011 |

**Case Style:** 8-2531, Tesco v Weatherford
Reporter's transcript of proceedings of 08/02/11 before Judge Ellison –
transcript emailed to sring@akingump.com and lmarlin@akingump.com

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 97 | 6.05 | 586.85 | | | | | | | 586.85 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 586.85 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $586.85 |

*683946.0005*
*8/5/2011*

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 08-04-2011 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)

# INVOICE 8/31

2615 Calder, Suite 111
Beaumont, Texas 77702
409/838-0333
800/859-9249
Fax 409/832-4501

5300 Memorial Drive, Suite 600
Houston, Texas 77007
713/861-0203
800/525-3075
Fax 713/861-2324



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 193158 | 8/31/2011 | 44773 |

| Job Date | Case No. |
|---|---|
| 8/26/2011 | H-08-2531 |

| Case Name |
|---|
| Tesco Corporation vs. Weatherford International, Inc. et. al. |
| 683946.0005 |

| Payment Terms |
|---|
| Due upon receipt |

Lester Hewitt
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana, 44th Floor
Houston TX 77002

1 COPY OF TRANSCRIPT OF:
   Marion Edward Harris

Thank you. We appreciate your business.

**RECEIVED**
**SEP 20 2011**

|  | 479.15 |
|---|---|
| **TOTAL DUE >>>** | **$479.15** |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$479.15** |

VENDOR # 10777
ACCT. 116506

SEP 20 2011

VOUCHER #
ENTERED          REVIEWED

**RECEIVED BY**
SEP 08 2011
**Accounting**

**Tax ID:** 76-0069825

*Please detach bottom portion and return with payment.*

Lester Hewitt
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana, 44th Floor
Houston TX 77002

| | |
|---|---|
| Invoice No. | : 193158 |
| Invoice Date | : 8/31/2011 |
| **Total Due** | : **$ 479.15** |

Remit To: **Nell McCallum & Associates, Inc.**
   **2615 Calder Avenue, Suite 111**
   **Beaumont TX 77702**

| | |
|---|---|
| Job No. | : 44773 |
| BU ID | : Hou-Dep |
| Case No. | : H-08-2531 |
| Case Name | : Tesco Corporation vs. Weatherford International, Inc. et. al. |

# INVOICE 9/26/11



2615 Calder, Suite 111
Beaumont, Texas 77702
409/858-0133
800/859-9249
Fax 409/832-4501

5300 Memorial Drive, Suite 600
Houston, Texas 77007
713/861-0203
800/525-3078
Fax 713/861-2324

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 193334 | 9/26/2011 | 45267 |

| Job Date | Case No. |
|---|---|
| 9/9/2011 | H-08-2531 |

| Case Name |
|---|
| Tesco Corporation vs. Weatherford International, Inc. et. al. |

Sarah J. Ring
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana, 44th Floor
Houston TX  77002

**RECEIVED**
**FEB 2 0 2012**

| Payment Terms |
|---|
| Due upon receipt |

1 COPY OF TRANSCRIPT OF:
William White                                                          499.72

                                           **TOTAL DUE >>>**          **$499.72**

Thank you. We appreciate your business.

                                           (-) Payments/Credits:         0.00
                                           (+) Finance Charges/Debits:    0.00
                                           (=) New Balance:             499.72

VENDOR # 10777
ACCT. 120858

**FEB 2 0 2012**

VOUCHER #
ENTERED         REVIEWED

**Tax ID:** 76-0069825

*Please detach bottom portion and return with payment.*

Sarah J. Ring
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana, 44th Floor
Houston TX  77002

Job No.      : 45267           BU ID      : Hou-Dep
Case No.     : H-08-2531
Case Name  : Tesco Corporation vs. Weatherford
               International, Inc. et. al.

Invoice No.  : 193334         Invoice Date : 9/26/2011
**Total Due** : **$ 499.72**

Remit To: **Nell McCallum & Associates, Inc.**
          **2615 Calder Avenue, Suite 111**
          **Beaumont TX  77702**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



2615 Calder, Suite 111
Beaumont, Texas 77702
409/838-0333
800/854-9249
Fax 409/832-4501

5300 Memorial Drive, Suite 600
Houston, Texas 77007
713/861-0203
800/525-3075
Fax 713/861-2324

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 194140 | 11/2/2011 | 45892 |
| Job Date | Case No. | |
| 10/20/2011 | H-08-2531 | |
| Case Name | | |
| Tesco Corporation vs. Weatherford International, Inc. et. al. | | |
| | Payment Terms | |
| Due upon receipt | | |

Lester Hewitt
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana, 44th Floor
Houston TX 77002

**RECEIVED FEB 20 2012**

1 COPY OF TRANSCRIPT OF:
  Lawrence "Larry" Olez

381.85

TOTAL DUE  >>>               $381.85

Thank you. We appreciate your business.

(-) Payments/Credits:              0.00
(+) Finance Charges/Debits:        0.00
(=) New Balance:                 381.85

VENDOR # 10777
ACCT. 120658

FEB 20 2012

VOUCHER #
ENTERED        REVIEWED

**Tax ID:** 76-0069825

*Please detach bottom portion and return with payment.*

Lester Hewitt
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana, 44th Floor
Houston TX 77002

| | | | |
|---|---|---|---|
| Job No. | : 45892 | BU ID | : Hou-Dep |
| Case No. | : H-08-2531 | | |
| Case Name | : Tesco Corporation vs. Weatherford International, Inc. et. al. | | |
| Invoice No. | : 194140 | Invoice Date | : 11/2/2011 |
| **Total Due** | : **$ 381.85** | | |

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Nell McCallum & Associates, Inc.**
**2615 Calder Avenue, Suite 111**
**Beaumont TX 77702**