

**Akin Gump**
Strauss Hauer & Feld LLP

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1404858 |
| Invoice Date | 01/24/12 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|---|-------|
| 11/21/11 | Document Image Printing 230 pages; black & white print job requested by L. Marlin | 23.00 |
| 11/28/11 | Document Image Printing 54 pages; black & white print job requested by L. Marlin | 5.40 |
| 11/29/11 | Document Image Printing 212 pages; black & white print job requested by L. Marlin | 21.20 |
| 11/29/11 | Document Image Printing 4 pages; black & white print job requested by L. Marlin | 0.40 |
| 12/13/11 | Document Image Printing 87 pages; black & white print job requested by L. Marlin | 8.70 |
| 12/22/11 | Document Image Printing 112 pages; black & white print job requested by L. Marlin | 11.20 |



| 12/31/11 | Duplication - In House | $74.80 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**





FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| Invoice Number | 1407613 |
|---|---|
| Invoice Date | 02/14/12 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|--|-------|
| 01/04/12 | Document Image Printing  210 pages; black & white print job requested by L. Marlin | 21.00 |
| 01/17/12 | Document Image Printing  120 pages; black & white print job requested by L. Marlin | 12.00 |
| 01/17/12 | Document Image Printing  555 pages; black & white print job requested by L. Marlin | 55.50 |
| 01/18/12 | Document Image Printing  64 pages; black & white print job requested by L. Marlin | 6.40 |
| 01/19/12 | Document Image Printing  688 pages; black & white print job requested by L. Marlin | 68.80 |
| 01/20/12 | Document Image Printing  90 pages; black & white print job requested by L. Marlin | 9.00 |
| 01/23/12 | Document Image Printing  4 pages; black & white print job requested by L. Marlin | 0.40 |
| 01/25/12 | Document Image Printing  153 pages; black & white print job requested by L. Marlin | 15.30 |
| 01/31/12 | Document Image Printing  4 pages; black & white print job requested by L. Marlin | 0.40 |
| 01/31/12 | Document Image Printing  542 pages; black & white print job requested by L. Marlin | 54.20 |
| 01/31/12 | Document Image Printing  345 pages; black & white print job requested by L. Marlin | 34.50 |
| 01/31/12 | Duplication - In House | $242.00 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**





**Akin Gump**
Strauss Hauer & Feld LLP

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| Invoice Number | 1411812 |
| Invoice Date | 03/12/12 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Value |
|------|-------|



| | | |
|---|---|---|
| 02/02/12 | Document Image Printing  144 pages; black & white print job requested by L. Marlin | 14.40 |
| 02/02/12 | Document Image Printing  342 pages; black & white print job requested by L. Marlin | 34.20 |
| 02/03/12 | Document Image Printing  124 pages; black & white print job requested by L. Marlin | 12.40 |
| 02/03/12 | Document Image Printing  33 pages; black & white print job requested by L. Marlin | 3.30 |
| 02/03/12 | Document Image Printing  56 pages; black & white print job requested by L. Marlin | 5.60 |
| 02/03/12 | Document Image Printing  3 pages; black & white print job requested by L. Marlin | 0.30 |
| 02/09/12 | Document Image Printing  73 pages; black & white print job requested by L. Marlin | 7.30 |
| 02/13/12 | Document Image Printing  180 pages; black & white print job requested by L. Marlin | 18.00 |
| 02/22/12 | Document Image Printing  422 pages; black & white print job requested by L. Marlin | 42.20 |
| 02/29/12 | Document Image Printing  85 pages; black & white print job requested by L. Marlin | 8.50 |
| 01/12/12 | Professional Fees - Process Server  VENDOR: EASY SERVE; INVOICE#: 132-20435901; DATE: 1/12/2012 | 30.00 |
| 03/28/11 | Transcripts  VENDOR: BRUCE SLAVIN CSR; INVOICE#: 00001521; DATE: 3/28/2011 | 39.60 |
| 09/26/11 | Transcripts  09/09/2011 - 1 Copy of William White VENDOR: NELL, MCCALLUM & ASSOCIATES INC; INVOICE#: 193334; DATE: 9/26/2011 | 499.72 |
| 11/02/11 | Transcripts  10/20/2011 - 1 Copy of Lawrence "Larry" Olez VENDOR: NELL, MCCALLUM & ASSOCIATES INC; INVOICE#: 194140; DATE: 11/2/2011 | 381.85 |
| 02/13/12 | Transcripts  VENDOR: BRUCE SLAVIN CSR; INVOICE#: 00001664; DATE: 2/13/2012 | 70.20 |
| 02/29/12 | Duplication - In House | $187.40 |

Current Expenses



**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**



**Akin Gump**
Strauss Hauer & Feld LLP

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| Invoice Number | 1416808 |
| Invoice Date | 04/16/12 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|------|-------|
| 03/02/12 | Document Image Printing  155 pages; black & white print job requested by L. Marlin | 15.50 |
| 03/06/12 | Document Image Printing  200 pages; black & white print job requested by L. Marlin | 20.00 |
| 03/19/12 | Document Image Printing  155 pages; black & white print job requested by L. Marlin | 15.50 |
| 03/22/12 | Document Image Printing  268 pages; black & white print job requested by L. Marlin | 26.80 |
| 03/23/12 | Document Image Printing  350 pages; black & white print job requested by L. Marlin | 35.00 |
| 03/30/12 | Document Image Printing  383 pages; black & white print job requested by K. Gilmore | 38.30 |
| 03/30/12 | Document Image Printing  766 pages; black & white print job requested by K. Gilmore | 76.60 |
| 03/30/12 | Document Image Printing  314 pages; black & white print job requested by K. Gilmore | 31.40 |
| 03/30/12 | Document Image Printing  306 pages; black & white print job requested by K. Gilmore | 30.60 |
| 03/31/12 | Duplication - In House | $118.60 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**





FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| Invoice Number | 1423863 |
| Invoice Date | 05/22/12 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|------|------|
| 04/02/12 | Document Image Printing   18 pages; black & white print job requested by L. Marlin | 1.80 |
| 04/02/12 | Document Image Printing   129 pages; black & white print job requested by L. Marlin | 12.90 |
| 04/02/12 | Document Image Printing   216 pages; black & white print job requested by L. Marlin | 21.60 |
| 04/03/12 | Document Image Printing   1 page; black & white print job requested by L. Marlin | 0.10 |
| 04/03/12 | Document Image Printing   1 page; black & white print job requested by L. Marlin | 0.10 |
| 04/03/12 | Document Image Printing   143 pages; black & white print job requested by L. Marlin | 14.30 |
| 04/03/12 | Document Image Printing   702 pages; black & white print job requested by L. Marlin | 70.20 |
| 04/03/12 | Document Image Printing   2,133 pages; color print job requested by L. Marlin | 213.30 |
| 04/09/12 | Document Image Printing   145 pages; black & white print job requested by L. Marlin | 14.50 |
| 04/30/12 | Duplication - In House | $591.00 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**



FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1427571 |
| Invoice Date | 06/19/12 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 04/23/12 | Document Image Printing  10 pages; black & white print job requested by L. Marlin | 1.00 |
| 04/23/12 | Document Image Printing  29 pages; black & white print job requested by L. Marlin | 2.90 |
| 04/23/12 | Document Image Printing  38 pages; black & white print job requested by L. Marlin | 3.80 |
| 04/23/12 | Document Image Printing  99 pages; black & white print job requested by L. Marlin | 9.90 |
| 04/27/12 | Document Image Printing  159 pages; black & white print job requested by L. Marlin | 15.90 |
| 04/27/12 | Document Image Printing  52 pages; black & white print job requested by L. Marlin | 5.20 |
| 05/01/12 | Document Image Printing  624 pages; black & white print job requested by L. Marlin | 62.40 |
| 05/01/12 | Document Image Printing  99 pages; black & white print job requested by L. Marlin | 9.90 |
| 05/11/12 | Document Image Printing  64 pages; black & white print job requested by L. Marlin | 6.40 |

| | | |
|---|---|---|
| 05/11/12 | Document Image Printing   100 pages; black & white print job requested by L. Marlin | 10.00 |
| 05/11/12 | Document Image Printing   8 pages; black & white print job requested by L. Marlin | 0.80 |
| 05/11/12 | Document Image Printing   182 pages; black & white print job requested by L. Marlin | 18.20 |
| 05/11/12 | Document Image Printing   712 pages; black & white print job requested by L. Marlin | 71.20 |
| 05/14/12 | Document Image Printing   44 pages; black & white print job requested by L. Marlin | 4.40 |
| 05/17/12 | Document Image Printing   645 pages; black & white print job requested by L. Marlin | 64.50 |
| 05/31/12 | Duplication - In House | $24.20 |
| 05/31/12 | Postage | $2.70 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**





**Akin Gump**
Strauss Hauer & Feld LLP

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| Invoice Number | 1431938 |
| Invoice Date | 07/17/12 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)







FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|---|-------|
| 05/21/12 | Document Image Printing  69 pages; black & white print job requested by L. Marlin | 6.90 |
| 05/25/12 | Document Image Printing  3 pages; black & white print job requested by L. Marlin | 0.30 |
| 05/26/12 | Document Image Printing  131 pages; black & white print job requested by L. Marlin | 13.10 |
| 06/30/12 | Duplication - In House | $50.40 |

Current Expenses

**Total Amount of This Invoice**



**Akin Gump**
Strauss Hauer & Feld LLP

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1435783 |
| Invoice Date | 08/08/12 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)







FOR COSTS ADVANCED AND EXPENSES INCURRED:

Date

Value



| 07/31/12 | Duplication - In House | $0.40 |

Current Expenses

**Total Amount of This Invoice**





# Akin Gump
## Strauss Hauer & Feld LLP

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1441692 |
| Invoice Date | 09/19/12 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:
Date

Value

| 08/27/12 | Document Image Printing   875 pages; black & white print job requested by L. Marlin | 87.50 |
| 08/31/12 | Duplication - In House | $30.20 |

Current Expenses

**Total Amount of This Invoice**





**Akin Gump**
Strauss Hauer & Feld LLP

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| Invoice Number | 1445373 |
|---|---|
| Invoice Date | 10/11/12 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:
Date                                                                                              Value

| 09/30/12 | Duplication - In House | $70.60 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**





FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| Invoice Number | 1453033 |
| Invoice Date | 11/19/12 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

Date                                                                                           Value



| 09/21/12 | Transcripts   VENDOR: RALEY & BOWICK LLP; INVOICE#: RA092112; DATE: 9/21/2012 | 24.60 |
| 10/31/12 | Duplication - In House | $48.80 |

Current Expenses

**Total Amount of This Invoice**



Akin Gump
Strauss Hauer & Feld LLP

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| Invoice Number | 1454183 |
|---|---|
| Invoice Date | 11/26/12 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|------|-------|
| 11/14/12 | Document Image Printing   79 pages; black & white print job requested by S. Ring | 7.90 |
| 11/20/12 | Duplication - In House | $6.00 |
| | Current Expenses | |

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**

RALEY&
BOWICK

**RECEIVED BY**

OCT 0 3 2012

Accounting

Suzie L. Wilson

RALEY & BOWICK LLP
1800 Augusta Drive, Suite 300
Houston, Texas 77057
(713) 429-8050
fax (713) 429-8045
direct (713) 429-8047

swilson@raleybowick.com

September 21, 2012

*Via Hand Delivery*
Attn: Gayle Dye
Court Reporting Services
515 Rusk Ave., Room 8004
Houston, Texas 77002

**RECEIVED**

OCT 0 9 2012

Re:    No. H-08-2531; *Tesco Corp. v. Weatherford Int'l, et al,* in the U.S. District
Court for the Southern District of Texas, Houston Division.

Dear Ms. Dye:

Enclosed please find our firm check in the amount of **$49.20** to cover the required
fees to obtain a copy of the transcript of the August 30, 2012 Status Conference, and the
Transcript Order form.

If you have any questions or need anything further to expedite this request, please do
not hesitate to contact me.

Sincerely,

Suzie Wilson
Paralegal to Robert M. Bowick

Encl.

RECEIVED BY 10|21

OCT 03 2012

Accounting

**Csizmadia, Suzanne**

| | |
|---|---|
| From: | Suzie Wilson [SWilson@raleybowick.com] |
| Sent: | Tuesday, October 02, 2012 3:30 PM |
| To: | Csizmadia, Suzanne |
| Subject: | NOV/Tesco - 8/30/2012 Status Conference Transcript |
| Attachments: | 2012-08-30 Status Conf Hrg.pdf; 2012-09-21 Ltr to Gayle Dye req transcript of 8-30-12.pdf |

Hi Suzanne:

Attached is the 8/30/12 status conference hearing transcript. Sorry for the lateness with this transcript, I got side-tracked last week and completely forgot to send a copy to you.

**The total came to be $49.20 so your firm's half of the transcript is $24.60.** I have attached a copy of the letter forwarding payment for the transcript. Let me know if your firm requires a more formal invoice and I will have our accountant get one circulated to you.

Thank you,

Suzie L. Wilson,
Paralegal

# Raley & Bowick LLP

1800 Augusta Drive, Suite 300
Houston, Texas 77057
(713) 429-8050
(713) 429-8047 (direct)
(713) 429-8045 (fax)
swilson@raleybowick.com

RECEIVED
OCT 09 2012

VENDOR # 68829
ACCT. 12761.6

OCT 10 2012

VOUCHER # RA09211
ENTERED 26 REVIEWED

This email is from a law firm, is intended only for the person or entity to which it is addressed, and may contain confidential and/or privileged material. Any review, retransmission, dissemination, disclosure or other use of, or taking any action in reliance upon, this information, by persons or entities other than the intended recipient is strictly prohibited. If you received this in error, please contact the sender by reply email and delete or destroy all copies of this email, including any attachments.

Please Pay $24.60
to
Raley & Bowick LLP
1800 Augusta Dr., Suite 300
Houston, TX 77057

683946.0005

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

INVOICE NO: 20120100

| | |
|---|---|
| Robert M. Bowick<br>**RALEY BOWICK**<br>1800 Agusta Drive, Suite 300<br>Houston, TX 77057<br><br>Phone: (713) 429-8050 | **MAKE CHECKS PAYABLE TO:**<br>Johnny C. Sanchez, RPR,RMR,CRR<br>Official Court Reporter<br>515 Rusk, Suite 8004<br>Houston, TX 77002<br><br>Phone: (713) 250-5581<br>Tax ID: 76-0410084<br>_JCSCOURTREPORTER@AOL.COM_ |

**RECEIVED DEC 0 5 2012**

| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 11-13-2012 | DATE DELIVERED: 11-19-2012 |
|---|---|---|

**Case Style:** 08-CV-2531, tesco v weatherford, et al
Motion for summary judgment held before Judge Ellison November 7, 2012

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 132 | 4.85 | 640.20 | | 0.90 | | | 0.60 | | 640.20 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 640.20 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $640.20 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 11-19-2012 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)

PDF created with pdfFactory trial version www.pdffactory.com

**Csizmadia, Suzanne**

| | |
|---|---|
| **From:** | Suzie Wilson [SWilson@raleybowick.com] |
| **Sent:** | Monday, November 19, 2012 4:23 PM |
| **To:** | Csizmadia, Suzanne |
| **Cc:** | Carla Trapp; Cynthia Hepner |
| **Subject:** | Tesco/Weatherford - Hearing of MSJ held on November 7th before Judge Ellison |
| **Attachments:** | November 7, 2012 Tesco vs. Weatherford Final.PDF.PDF; 12-100 Robert Bowick Tesco vs. Weatherford.pdf.pdf |

Hi Suzanne:

Attached is a copy of the transcript of the November 7th hearing, per your request

RECEIVED
DEC 05 2012

**Also attached is a copy of the invoice from the court reporter for a total of $640.20, so your firm's half would be $320.10.**

Please note that we will pay the court reporter, in full, and you can send a check for your half directly to our office payable to Raley & Bowick. Please let me know if your firm requires a more formal invoice and I will have our accountant get one circulated to you.

VENDOR # 08825
ACCT. 129318

Thank you,

DEC 05 2012

VOUCHER # RA111912
ENTERED REVIEWED

← Send payment to + make
▽ check payable to

Suzie L. Wilson,
Paralegal

**Raley & Bowick LLP**

1800 Augusta Drive, Suite 300
Houston, Texas 77057
(713) 429-8050
(713) 429-8047 (direct)
(713) 429-8045 (fax)
swilson@raleybowick.com

This email is from a law firm, is intended only for the person or entity to which it is addressed, and may contain confidential and/or privileged material. Any review, retransmission, dissemination, disclosure or other use of, or taking any action in reliance upon, this information, by persons or entities other than the intended recipient is strictly prohibited. If you received this in error, please contact the sender by reply email and delete or destroy all copies of this email, including any attachments.

683946.0005
Please pay $320.10