

**Akin Gump**
Strauss Hauer & Feld LLP

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1462798 |
| Invoice Date | 01/29/13 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|------|------|
| | | |
| 11/19/12 | Transcripts   11/7/12 Hearing | 320.10 |
| | VENDOR: RALEY & BOWICK LLP; INVOICE#: RA111912; DATE: 11/19/2012 | |
| 12/31/12 | Duplication - In House | $15.40 |
| | Current Expenses | |

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**



FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1490798 |
| Invoice Date | 07/18/13 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:
<u>Date</u>                                                                                    Value





| 02/27/13 | Filing Fees   U.S. District Court - S.D. Texas | 455.00 |

| 06/24/13 | Transcripts   VENDOR: RALEY & BOWICK LLP; INVOICE#: RA062413; DATE: 6/24/2013 | 49.20 |
| 06/30/13 | Duplication - In House | $152.20 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**



**Akin Gump**
Strauss Hauer & Feld LLP

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| Invoice Number | 1504294 |
| Invoice Date | 10/14/13 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Value |
| --- | --- |

| | | |
|---|---|---|
| 09/30/13 | ████████████████████ | |
| | Duplication - In House | $17.60 |
| | Current Expenses | |
| | **Total Amount of This Invoice** | |
| | **Prior Balance Due** | |
| | **Total Balance Due Upon Receipt** |  |



FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

Invoice Number 1510596
Invoice Date 11/13/13

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|------|------|
| | | |
| 10/21/13 | Document Image Printing   138 pages; black & white print job requested by S. Sutherland | 13.80 |
| 10/21/13 | Document Image Printing   174 pages; black & white print job requested by S. Sutherland | 17.40 |
| 10/21/13 | Document Image Printing   255 pages; black & white print job requested by S. Sutherland | 25.50 |
| | | |
| 10/18/13 | Transcripts   1 Certified Copy Of Kyle Fontenot VENDOR: COURT REPORTERS CLEARINGHOUSE, INC; INVOICE#: 99370; DATE: 10/18/2013 | 1,453.85 |
| 10/31/13 | Duplication - In House | $18.00 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**





FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

| | |
|---|---|
| Invoice Number | 1515863 |
| Invoice Date | 12/05/13 |

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:
<u>Date</u>                                                                    <u>Value</u>





11/21/13        Duplication - In House                        $2.40

                Current Expenses

Total Amount of This Invoice

Prior Balance Due

Total Balance Due Upon Receipt



AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

INVOICE NO: 20130056

Robert Bowick
RALEY & BOWICK LLP
1800 Augusta Drive
Suite 300
Houston, TX 77057

Phone:

**MAKE CHECKS PAYABLE TO:**

Mayra Malone, CSR RMR CRR
Federal Official Reporter
515 Rusk
Room 8004
Houston, TX 77002

Phone:     (713) 250-5787
           (713) 250-5895
Tax ID:    27-1710276
mayramalone@comcast.net

RECEIVED JUN 24 2013

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 06-07-2013 | DATE DELIVERED: 06-07-2013 |
|---|---|---|

**Case Style:** 8-2531, Tesco v Weatherford

Reporter's transcript of motion hearing of 06/04/13 before Judge Ellison
transcript emailed to swilson@raleybowick.com

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 82 | 1.20 | 98.40 | | | | 98.40 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 98.40 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $98.40 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 06-07-2013 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

## Csizmadia, Suzanne

**From:** Suzie Wilson [SWilson@raleybowick.com]
**Sent:** Tuesday, June 11, 2013 9:32 AM
**To:** Csizmadia, Suzanne
**Subject:** RE: Tesco Hearing Transcript
**Attachments:** Invoice 2013-056.pdf; 2013-06-04 Status Conference Transcript.pdf

Sure, no problem. See the attached invoice from the court reporter for $98.40 (your half being $49.20). Also, please see the attached transcript already received from the court reporter.

Please send the partial payment to the address below to my attention.

Thank you,

**RECEIVED JUN 24 2013**

Suzie L. Wilson,
Paralegal

**Raley & Bowick LLP**

1800 Augusta Drive, Suite 300
Houston, Texas 77057
(713) 429-8050
(713) 429-8047 (direct)
(713) 429-8045 (fax)
swilson@raleybowick.com

*1083946.0005*
*Please pay $49.20*
*Send payment to:*

---

**From:** Csizmadia, Suzanne [mailto:scsizmadia@AKINGUMP.com]
**Sent:** Tuesday, June 11, 2013 8:38 AM
**To:** Suzie Wilson
**Cc:** Ring, Sarah
**Subject:** Tesco Hearing Transcript

VENDOR # 68829
ACCT. 1351053

JUN 25 2013

VOUCHER # RA062113
ENTERED REVIEWED

**RECEIVED BY**

JUN 11 2013

**Accounting**

Hi Suzie,

I see that NOV has already ordered the hearing transcript from last week. Would it be possible for Frank's to split the cost with you and then you could just send it to me when you receive it?

Thanks!

**Sue Csizmadia** | Paralegal
**AKIN GUMP STRAUSS HAUER & FELD** LLP

1111 Louisiana Street | 44th Floor | Houston, TX 77002-5200 | USA | Direct: +1 713.250.2190 | Internal: 12190
Fax: +1 713.236.0822 | scsizmadia@akingump.com | akingump.com

---

IRS Circular 230 Notice Requirement: This communication is not given in the form of a covered opinion, within the meaning of Circular 230 issued by the United States Secretary of the Treasury.



10|18|13

# INVOICE


**cRc National**
Court Reporters Clearinghouse - *NATIONAL*
713-626-2629

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 99370 | 10/18/2013 | 89163 |
| Job Date | Case No. | |
| 10/8/2013 | H-08-2531 | |
| Case Name | | |
| Tesco Corporation vs. Weatherford International, Inc., et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Sarah Ring
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana, 44th Floor
Houston, TX 77002-2720

RECEIVED BY
OCT 22 2013
Accounting

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

Kyle Fontenot

1,453.85

**TOTAL DUE >>>** **$1,453.85**

AFTER 11/17/2013 PAY $1,628.31

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

RECEIVED
OCT 24 2013
BY:

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

M8
L839946.0005

VENDOR # 70328
ACCT. 39530

OCT 25 2013

Sarah Ring

VOUCHER #
ENTERED ✓ REVIEWED ✓

Tax ID: 76-0537648

Phone: 713-220-5800    Fax:713-236-0822

---

*Please detach bottom portion and return with payment.*

Sarah Ring
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana, 44th Floor
Houston, TX 77002-2720

| | | |
|---|---|---|
| Invoice No. | : | 99370 |
| Invoice Date | : | 10/18/2013 |
| **Total Due** | : | **$1,453.85** |
| AFTER 11/17/2013 PAY $1,628.31 | | |

Remit To: **Court Reporters Clearinghouse, Inc.**
**1225 North Loop West, Suite 327**
**Houston, TX 77008**

| | | |
|---|---|---|
| Job No. | : | 89163 |
| BU ID | : | HOUSTON |
| Case No. | : | H-08-2531 |
| Case Name | : | Tesco Corporation vs. Weatherford International, Inc., et al. |

# INVOICE

11/8/13



### cRc National

Court Reporters Clearinghouse - *N A T I O N A L*
713-626-2629

RECEIVED BY
DEC 31 2013
Accounting

*friendly*
*Reminder*
*Thanks!*

Sarah Ring
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana, 44th Floor
Houston, TX 77002-2720

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 99782 | 11/8/2013 | 89520 |
| Job Date | Case No. | |
| 10/23/2013 | H-08-2531 | |
| Case Name | | |
| Tesco Corporation vs. Weatherford International, Inc., et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

683946.0005

ORIGINAL & ELECTRONIC COPY OF:
   Keith Evert Beierbach

RECEIVED JAN 0 6 2014

3,002.20

| TOTAL DUE >>> | **$3,002.20** |
| AFTER 12/8/2013 PAY | $3,362.46 |

Deposition Location: Calgary, Alberta

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 360.26 |
| (=) New Balance: | **$3,362.46** |

VENDOR # 70328
ACCT. 14-1-728
JAN 0 2 2013

Tax ID: 76-0537648          Phone: 713-220-5800   Fax:713-236-0822

*Please detach bottom portion and return with payment.*

Sarah Ring
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana, 44th Floor
Houston, TX 77002-2720

| | | |
|---|---|---|
| Invoice No. | : | 99782 |
| Invoice Date | : | 11/8/2013 |
| **Total Due** | : | **$ 3,362.46** |

Remit To: **Court Reporters Clearinghouse, Inc.**
**1225 North Loop West, Suite 327**
**Houston, TX 77008**

| | | |
|---|---|---|
| Job No. | : | 89520 |
| BU ID | : | HOUSTON |
| Case No. | : | H-08-2531 |
| Case Name | : | Tesco Corporation vs. Weatherford International, Inc., et al. |

11/8/13

# INVOICE



**cRc National**

RECEIVED BY DEC 31 2013 Accounting

Court Reporters Clearinghouse - *NATIONAL*
713-626-2628

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 99799 | 11/8/2013 | 89522 |
| **Job Date** | **Case No.** | |
| 10/23/2013 | H-08-2531 | |
| **Case Name** | | |
| Tesco Corporation vs. Weatherford International, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sarah Ring
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana, 44th Floor
Houston, TX 77002-2720

RECEIVED JAN 0 6 2014

ELECTRONIC COPY OF:

   Richard Heenan                           716.88

**TOTAL DUE >>>**      **$716.88**
AFTER 12/8/2013 PAY    **$802.91**

Deposition Location: Calgary, Alberta

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 86.03 |
| **(=) New Balance:** | **$802.91** |

**Tax ID: 76-0537648**                              Phone: 713-220-5800   Fax:713-236-0822

*Please detach bottom portion and return with payment.*

Sarah Ring
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana, 44th Floor
Houston, TX 77002-2720

Invoice No.   : 99799
Invoice Date  : 11/8/2013
**Total Due**    : **$ 802.91**

Remit To: **Court Reporters Clearinghouse, Inc.**
         **1225 North Loop West, Suite 327**
         **Houston, TX 77008**

Job No.     : 89522
BU ID      : HOUSTON
Case No.   : H-08-2531
Case Name  : Tesco Corporation vs. Weatherford
               International, Inc., et al.

11/8/13

RECEIVED BY

DEC 3 1 2013

# INVOICE

Accounting



Court Reporters Clearinghouse - *N A T I O N A L*
713-626-2629

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 99802 | 11/8/2013 | 89524 |
| **Job Date** | **Case No.** | |
| 10/24/2013 | H-08-2531 | |
| **Case Name** | | |
| Tesco Corporation vs. Weatherford International, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sarah Ring
Akin Gump Strauss Hauer & Feld LLP      RECEIVED JAN 0 6 2014
1111 Louisiana, 44th Floor
Houston, TX 77002-2720

---

ELECTRONIC COPY OF:
    Per Gunnar Angman                                               788.42

                                    **TOTAL DUE >>>**        **$788.42**
                                    AFTER 12/8/2013  PAY         $883.03

Deposition Location:  Calgary, Alberta

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

|  | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 94.61 |
| **(=) New Balance:** | **$883.03** |

**Tax ID:** 76-0537648                          Phone: 713-220-5800   Fax:713-236-0822

*Please detach bottom portion and return with payment.*

---

Sarah Ring
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana, 44th Floor
Houston, TX 77002-2720

| | | |
|---|---|---|
| Invoice No. | : | 99802 |
| Invoice Date | : | 11/8/2013 |
| **Total Due** | : | **$ 883.03** |

Remit To: **Court Reporters Clearinghouse, Inc.**
          **1225 North Loop West, Suite 327**
          **Houston, TX 77008**

| | | |
|---|---|---|
| Job No. | : | 89524 |
| BU ID | : | HOUSTON |
| Case No. | : | H-08-2531 |
| Case Name | : | Tesco Corporation vs. Weatherford International, Inc., et al. |

RECEIVED BY
DEC 3 1 2013
Accounting

# INVOICE

11/8/13


## cRc National
Court Reporters Clearinghouse - *N A T I O N A L*
713-626-2629

RECEIVED JAN 0 6 2014

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 99805 | 11/8/2013 | 89526 |
| **Job Date** | **Case No.** | |
| 10/24/2013 | H-08-2531 | |
| **Case Name** | | |
| Tesco Corporation vs. Weatherford International, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sarah Ring
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana, 44th Floor
Houston, TX 77002-2720

---

ELECTRONIC COPY OF:
   Nigel Lakey

Deposition Location: Calgary, Alberta

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

|  | 384.20 |
|---|---|
| **TOTAL DUE  >>>** | **$384.20** |
| AFTER 12/8/2013  PAY | $430.30 |

70328
141728

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 46.10 |
| (=) New Balance: | **$430.30** |

**Tax ID:** 76-0537648                                    Phone: 713-220-5800   Fax:713-236-0822

*Please detach bottom portion and return with payment.*

---

Sarah Ring
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana, 44th Floor
Houston, TX 77002-2720

| Invoice No. | : | 99806 |
|---|---|---|
| Invoice Date | : | 11/8/2013 |
| **Total Due** | : | **$ 430.30** |

Remit To: **Court Reporters Clearinghouse, Inc.**
              **1225 North Loop West, Suite 327**
              **Houston, TX  77008**

| Job No. | : | 89526 |
|---|---|---|
| BU ID | : | HOUSTON |
| Case No. | : | H-08-2531 |
| Case Name | : | Tesco Corporation vs. Weatherford International, Inc., et al. |

# INVOICE

12/26/13


## cRc National
Court Reporters Clearinghouse - N A T I O N A L
713-626-2629

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 100881 | 12/26/2013 | 90263 |

| Job Date | Case No. | |
|---|---|---|
| 12/17/2013 | H-08-2531 | |

RECEIVED BY

JAN 02 2014

Accounting

| Case Name |
|---|
| Tesco Corporation vs. Weatherford International, Inc., et al. |

Lester Hewitt
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana, 44th Floor
Houston, TX 77002-2720

| Payment Terms |
|---|
| Due upon receipt |

RECEIVED JAN 0 6 2014

ELECTRONIC COPY OF:
James Fraser Orcherton

404.50

**TOTAL DUE >>>**    **$404.50**
AFTER 1/25/2014 PAY    $453.04

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

70328
Acct__14-1728
JAN 0 C 2013

6089946.0005

**Tax ID:** 76-0537648

Phone: 713-220-5800    Fax:713-236-0822

*Please detach bottom portion and return with payment.*

---

Lester Hewitt
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana, 44th Floor
Houston, TX 77002-2720

Invoice No.    :    100881
Invoice Date    :    12/26/2013
**Total Due**    :    **$404.50**
AFTER 1/25/2014 PAY $453.04

Remit To:    **Court Reporters Clearinghouse, Inc.**
         **1225 North Loop West, Suite 327**
         **Houston, TX 77008**

Job No.    :    90263
BU ID    :    HOUSTON
Case No.    :    H-08-2531
Case Name    :    Tesco Corporation vs. Weatherford
                 International, Inc., et al.