

FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

Invoice Number   1519485
Invoice Date     01/15/14

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|

| 12/31/13 | Duplication - In House | $27.60 |

Current Expenses

**Total Amount of This Invoice**





FRANK'S CASING CREW AND RENTAL TOOLS, IN
ATTN: BRIAN BAIRD, ESQ., GENERAL COUNSEL
10260 WESTHEIMER
SUITE 700
HOUSTON, TX 77042

Invoice Number 1541773
Invoice Date 05/28/14

Re: TESCO V. FRANK'S CASING CREW AND RENTAL TOOLS, INC. ET AL. (C.A. # H-08-2531)





FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|



| 04/30/14 | Duplication - In House | $19.80 |

Current Expenses

**Total Amount of This Invoice**

**Prior Balance Due**

**Total Balance Due Upon Receipt**